

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2015-5283 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| Defendant. | ) |

## SUMMONS

To the above-named Defendant: National Board of Medical Examiners
C/o Donald E. Melnick, M.D., President
3750 Market Street
Philadelphia, PA 19104-0

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 29 day of September, 2015.

TIM RHODES, COURT CLERK

By: _____
Deputy Court Clerk

Steven E. Clark, OBA#1712
Heather J. Mitchell, OBA#14035
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
(405) 235-8488; (405) 235-7979 (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

EXHIBIT 2

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named Defendant(s) at the address shown by certified mail, addresses only, return receipt requested on the 1st day of October, 2015 and receipt thereof on the dates shown:

| Defendant | Address Where Serviced | Date Receipted |
|---|---|---|
| National Board of Medical Examiners C/o Donald E. Melnick MD President | 3750 Market Street Philadelphia, PA 19104 | October 6, 2015 |

CLARK & MITCHELL, P.C.

By: _[signature]_

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Board of Medical Examiners
C/o Donald E. Melnick, M.D., President
3750 Market Street
Philadelphia, PA 19104-0

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 10/06/15

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0000 2798 3733

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540