

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Randy Blake Patterson, <br> Plaintiff, <br> v. <br> National Board of Medical Examiners, <br> Defendant. | **No. CJ-2015-5283** <br> **(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)** <br><br> Filed: 09/29/2015 <br><br> Judge: Andrews, Don |

## PARTIES

National Board Of Medical Examiners, Defendant
Patterson, Randy Blake, Plaintiff

## ATTORNEYS

**Attorney**
Clark, Steven E (Bar #1712)
101 Park Avenue, Suite 210
Oklahoma City, OK 73102

**Represented Parties**
Patterson, Randy Blake

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.


EXHIBIT 3

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: Patterson, Randy Blake
Filed Date: 09/29/2015

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-29-2015 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 09-29-2015 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 09-29-2015 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 09-29-2015 | PFE1 | PETITION | | | $ 163.00 |
| 09-29-2015 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 09-29-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 09-29-2015 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 09-29-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 09-29-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 09-29-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 09-29-2015 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 09-29-2015 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 5.00 |
| 09-29-2015 | P | PETITION<br>Document Available (#1030785693) 📄TIFF  📄PDF | | | |
| 09-29-2015 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE ANDREWS, DON TO THIS CASE. | | | |
| 09-29-2015 | ACCOUNT | RECEIPT # 2015-3711274 ON 09/29/2015.<br>PAYOR:CLARK & MITCHELL, P.C. TOTAL AMOUNT PAID: $218.70.<br>LINE ITEMS:<br>CJ-2015-5283: $168.00 ON AC01 CLERK FEES.<br>CJ-2015-5283: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2015-5283: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2015-5283: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2015-5283: $2.00 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2015-5283: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2015-5283: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2015-5283: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-13-2015 | SMS | SUMMONS RETURNED, SERVED: NATIONAL BOARD OF MEDICAL EXAMINERS C/O DONALD E. MELNICK M.D. PRES. BY CM 10-06-15 Document Available (#1031174080) 📄TIFF 📄PDF | | | |