## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

(1) RANDY BLAKE PATTERSON,

Plaintiff(s),

v.

(1) NATIONAL BOARD OF MEDICAL EXAMINERS,

Defendant(s)

Case No. CIV-15-1204-HE

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , National Board of Medical Examiners .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jack S. Dawson                              11/02/2015
Signature                                       Date

Jack S. Dawson
Print Name

MILLER DOLLARHIDE, P.C.
Firm

210 Park Avenue, Suite 2550
Address

Oklahoma City                    OK                    73102
City                             State                 Zip Code

(405) 236-8541                   (405) 235-8130
Telephone                        Fax Number

jdawson@millerdollarhide.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) 11/02/2015 _____, I electronically transmitted the

attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on

file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK  73102
Telephone: (405) 235-8488
Facsimile: (405) 235-7979
Attorneys for Plaintiff

☐ I hereby certify that on (date) _____, I served the attached document by

(service method) _____ on the

following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Jack S. Dawson
s/ Attorney Name