# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Joe Heaton
United States Courthouse, Courtroom No. 301, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL COUNSEL**:

    1.    Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **December 28, 2015**.  See LCvR16.1(a)(1) and *Appendix II*.

    2.    Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

    3.    Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  See LCvR16.1(a)(2).

---

## THURSDAY, JANUARY 7, 2016

| Time | Case | Counsel |
|---|---|---|
| 9:30 A.M. | **CIV-15-0650-HE**<br>ALBERTA ROSE JOSEPHINE JONES, ET AL.,<br>V. QUEST DIAGNOSISTICS, ET AL., | Alberta Rose Josephine Jones, *Pro Se* Plaintiff<br>Ryan Garrett Jones, *Pro Se* Plaintiff |
| | | D. Bowen Berry, Esq., |
| 9:40 A.M. | **CIV-15-1006-HE**<br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ET AL., V. PENNY J. DODSON, ET AL., | Jerry Noblin, Esq.,<br>Ronald Walker, Esq., |
| | | David Teasdale, Esq.,<br>S. Alex Yaffe, Esq., |

| | | |
|---|---|---|
| 9:50 A.M. | **CIV-15-1115-HE**<br>FRANCIS F. MERLISS, ET AL., V. CSAA FIRE & CASUALTY INSURANCE COMPANY | Kenneth G. Cole, Esq.,<br>Mark Engel, Esq.,<br>Steven Mansell, Esq., |
| | | Erin Rooney, Esq.,<br>Gerard Pignato, Esq.,<br>Tom Cooper, Esq., |
| 10:00 A.M. | **CIV-15-1119-HE**<br>ROGER D. CROCKETT, ET AL., V. CAVALRY SPV I LLC | M. Kathi Rawls, Esq.,<br>Minal Gahlot, Esq., |
| | | John M. Bunting, Esq.,<br>Melvin R. McVay, Esq., |
| 10:10 A.M. | **CIV-15-1148-HE**<br>SHEENYA LYONS V. ADVANCEPIERRE FOODS INC., | Jana Leonard, Esq.,<br>Lauren Johnston, Esq., |
| | | Nathan Whatley, Esq., |
| 10:20 A.M. | **CIV-15-1190-HE**<br>MICHAEL TIFFANY, ET AL., V. KO HUTS INC., ET AL., | Taylor McBride, Esq.,<br>Jack McInnes, Esq.,<br>Mark Potashmick, Esq., |
| | | Boyd Byers, Esq.,<br>Charles Plumb, Esq.,<br>Forrest Rhodes, Esq., |
| 10:30 A.M. | **CIV-15-1212-HE**<br>SWANDA BROTHERS INC., V. AVEIRO US LTD | Drew Webb, Esq.,<br>Ross Plourde, Esq., |
| | | Douglas Shelton, Esq.,<br>Erica Mackey, Esq., |
| 10:40 A.M. | **CIV-15-1252-HE**<br>CATHERINE HARRIS V. PROGRESSIVE NORTHERN INSURANCE COMPANY | James Buxton, Esq.,<br>Rachel Smith, Esq., |
| | | Brad Roberson, Esq., |
| 10:50 A.M. | **CIV-15-1303-HE**<br>JAMES BARTON V. LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL., | Roy Dickinson, Esq., |
| | | Erin Dailey, Esq.,<br>James Pebsworth, Esq., |
| 11:00 A.M. | **CIV-15-1136-HE**<br>CLARENCE WOLKING V. TMK TRUCK LINES INC., | Chris Hammons, Esq., |
| | | Melanie Christians, Esq.,<br>Derrick DeWitt, Esq., |

| 11:10 A.M. | **CIV-15-1204-HE**<br>RANDY BLAKE PATTERSON V. THE NATIONAL BOARD OF MEDICAL EXAMINERS | Heather Mitchell, Esq.,<br>Steven Clark, Esq., |
|---|---|---|
| | | Amy Alden, Esq.,<br>Jack Dawson, Esq.,<br>Andrea Rust, Esq., |
| 11:20 A.M. | **CIV-15-1017-HE**<br>JOHN BOYER, ET AL., V. CHESAPEAKE ENERGY CORPORATION, ET AL., | Connie Ditto, Esq., |
| | | Timothy Bomhoff, Esq.,<br>William Connolly, Esq., |
| 11:30 A.M. | **CIV-14-0182-HE**<br>STAMPS BROTHERS OIL AND GAS LLC V. CONTINENTAL RESOURCES, INC., | Kandi Pate, Esq.,<br>Mark Wolfe, Esq.,<br>Darrell Downs, Esq.,<br>Mark Ramsey, Esq., |
| | | Mark Christiansen, Esq.,<br>Gary Chilton, Esq.,<br>Jodi Dishman, Esq., |