IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>(1) NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. ) | Case No. CIV-2015-1204-HE |

**REQUEST FOR JURY TRIAL**

COMES NOW the Plaintiff, Randy Blake Patterson and pursuant to Rule 38 of Federal Rules of Civil Procedure requests a jury trial in this matter. In support thereof, Plaintiff states:

1. Plaintiff's original Petition filed in *Randy Blake Patterson v. National Board of Medical Examiners*, Oklahoma County District Court Case No. CJ-2015-5283 demanded a jury trial.

2. That Petition was served on Defendant, National Board of Medical Examiners on the 6th day of October, 2015.

3. Defendant removed this action to this Court on October 26, 2015.

4. Plaintiff does not believe that Defendant will be prejudiced by any delay in filing this Request for Jury Trial.

WHEREFORE, premises considered, Plaintiff requests the Court to enter this matter on its Trial Docket.

        Respectfully Submitted,


        */s/ Steven E. Clark*
        Steven E. Clark, OBA#1712
        Heather Mitchell, OBA#14035
        CLARK & MITCHELL, P.C.
        101 Park Avenue, Suite 210
        Oklahoma City, OK 73102
        (405) 235-8488
        (405) 235-7979 (fax)
        clark@clarkmitchell.com
        heather@clarkmitchell.com
        *Attorneys for Plaintiff*


## **CERTIFICATE OF SERVICE**

 X   I hereby certify that on January 7, 2016, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of this Court will transmit a notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com

        */s/ Steven E. Clark*