**Amy Alden**

| | |
|---|---|
| From: | okwd_ecf_notice@okwd.uscourts.gov |
| Sent: | Monday, October 26, 2015 3:48 PM |
| To: | okwdecf@okwd.uscourts.gov |
| Subject: | Activity in Case 5:15-cv-01204-HE Patterson v. National Board of Medical Examiners, The Notice of Removal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 10/26/2015 at 3:48 PM CDT and filed on 10/26/2015
**Case Name:** Patterson v. National Board of Medical Examiners, The
**Case Number:** 5:15-cv-01204-HE
**Filer:** National Board of Medical Examiners, The
**Document Number:** 1

**Docket Text:**
**NOTICE OF REMOVAL from District Court of Oklahoma County Oklahoma, case number CJ-2015-5283 filed by National Board of Medical Examiners, The. (Attachments: # (1) Exhibit 1 - Petition filed in District Court of Oklahoma County Oklahoma CJ-2015-5283, # (2) Exhibit 2 - Summons Return as to National Board of Medical Examiners, # (3) Exhibit 3 - Docket Sheet CJ-2015-5283, # (4) Civil Cover Sheet)(pw)**

**5:15-cv-01204-HE Notice has been electronically mailed to:**

Steven E Clark    clark@clarkmitchell.com, heather@clarkmitchell.com, kelly@clarkmitchell.com, rona@clarkmitchell.com

Jack S Dawson    jdawson@millerdollarhide.com, chall@millerdollarhide.com, lking@millerdollarhide.com, receptionist@millerdollarhide.com

Heather Johnson Mitchell    heather@clarkmitchell.com, dee@clarkmitchell.com, kelly@clarkmitchell.com

Amy L Alden    aalden@millerdollarhide.com, chall@millerdollarhide.com, receptionist@millerdollarhide.com


EXHIBIT 2

1

**5:15-cv-01204-HE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=10/26/2015] [FileNumber=3135146-0] [597c6101a0ea8d2db4570f441a4fb6ca91146661f9ffc002e90788f538622ab98f
aa069db7fc0be144d679c14b9f2d830de90c4e67021a33f7472e34d7d6359e]]

**Document description:** Exhibit 1 - Petition filed in District Court of Oklahoma County Oklahoma CJ-2015-5283
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=10/26/2015] [FileNumber=3135146-1] [9297020cd8831c2d00dbc1479e227117872e9ab12dd4ca84eb7e7a6d8e579598ce
29b8e497159e4363d35a6a046ec15fc5bf7d94edb4d5591905069480edf6dd]]

**Document description:** Exhibit 2 - Summons Return as to National Board of Medical Examiners
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=10/26/2015] [FileNumber=3135146-2] [447aef5111703e7f379bc72e3a5a6d77b0f474a37fca9c7a1f90085f2be0721a58
6ade20544970902778b06fac3e0a731ed4dfc135d3df6d9d5eacab569dd9d5]]

**Document description:** Exhibit 3 - Docket Sheet CJ-2015-5283
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=10/26/2015] [FileNumber=3135146-3] [2a09a52ebb7ce56ee0cee840e85c8a29223c17e3a6c43f6f134343d7daa63b7c61
4a80cbbfd17d3524c85f62852fcf9720421e6ddfe291e1af088dce75d8a6b8]]

**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=10/26/2015] [FileNumber=3135146-4] [71931a98d0b79288e05292a5ec3904a0a2f59fd417c0fcaab4d26106459220f79e
2929e465fafb7329f4cf10255ced16a358914d0f96508e85cadf8bfc15ffe7]]

---

**Total Control Panel**                                                                 Login

To: aalden@millerdollarhide.com           Message Score: 15                High (60): Pass
From: okwd_ecf_notice@okwd.uscourts.gov   My Spam Blocking Level: Low      Medium (75): Pass
                                                                           Low (90): Pass
                                          Block this sender
                                          Block okwd.uscourts.gov

*This message was delivered because the content filter score did not exceed your filter level.*