IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE**

Defendant, National Board of Medical Examiners, moves the Court pursuant to Fed.R.Civ.P. 6(b) and L.Cv.R. 7.1 to extend the deadline to complete mediation in the above-captioned matter. In support hereof, Defendant advises the Court:

1. Without the requested extension of time, the parties are to have conducted mediation by May 1, 2015.

2. There have been no previous requests for extension of any deadline.

3. The extension of time is requested to permit the parties to conduct additional discovery prior to mediating the case which, Defendant believes, will make mediation more productive. Discovery is to be concluded by August 1, 2016.

4. Plaintiff's counsel, Steve Clark, has been contacted about the requested extension and does not object to it.

5. The requested extension should not impact the scheduled trial or other

deadlines in the case.

6.  Defendant therefore requests the Court extend the mediation deadline until July 1, 2016.

For the reasons set forth above, Defendant requests that the Court extend the mediation deadline until July 1, 2016.

Respectfully submitted,

/s/   Amy L. Alden
Jack S. Dawson, OBA #2235
Amy L. Alden, OBA #16978
Andrea R. Rust, OBA #30422
MILLER DOLLARHIDE, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile:   (405) 235-8150
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
arust@millerdollarhide.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Ave., Suite 210
Oklahoma City, Oklahoma 73102
***Attorneys for Plaintiff***

/s/   Amy L. Alden
