IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's unopposed motion for extension of deadline [Doc. #11] is **GRANTED**.

The parties shall complete mediation and report the results thereof not later than **July 1, 2016**.

**IT IS SO ORDERED**.

Dated this 21st day of April, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE