## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF INTENTION TO REQUEST PRODUCTION OF DOCUMENTS FROM THE UNIVERSITY OF OKLAHOMA COLLEGE OF MEDICINE

Pursuant to Fed.R.Civ.P. 45 and L.Cv.R. 45.1(a), Defendant, National Board of Medical Examiners ("NBME"), hereby gives Notice of its intent to serve the attached Subpoena, requesting the production of documents, on The University of Oklahoma College of Medicine, 941 Stanton L Young Boulevard, Oklahoma City, OK 73104.

DATE: May 3, 2016

Respectfully Submitted,

/s/  Jack S. Dawson
Jack S. Dawson, OBA No. 2235
Amy L. Alden, OBA No. 16978
Andrea R. Rust, OBA No. 30422
MILLER DOLLARHIDE, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541

1

Facsimile: (405) 235-8130
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
arust@millerdollarhide.com
**Attorneys for Defendant,**
**National Board of Medical Examiners**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
Telephone: (405) 235-8488
Facsimile: (405) 235-7979
clark@clarkmitchell.com
heather@clarkmitchell.com
**Attorneys for Plaintiff**

/s/   Jack S. Dawson

2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  CIV-2015-1204-HE |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  THE UNIVERSITY OF OKLAHOMA COLLEGE OF MEDICINE
941 Stanton L Young Boulevard, Oklahoma City, OK 73104

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE EXHIBIT A, attached hereto and incorporated herein by reference

| Place: MILLER DOLLARHIDE, P.C., 210 Park Avenue, Suite 2550, Oklahoma City, OK 73102 OR to the below email addresses | Date and Time: 05/24/2016 by 3p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  05/03/2016

|  *CLERK OF COURT*  |  |  |
|---|---|---|
|  | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant, National Board of Medical Examiners _____ , who issues or requests this subpoena, are:
Jack S. Dawson, Esq., Amy L. Alden, Esq., and Andrea R. Rust, Esq., 210 Park Avenue, Suite 2550, Oklahoma City, OK 73102; (405) 236-8541; jdawson@millerdollarhide.com; aalden@millerdollarhide.com; arust@millerdollarhide.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

8.  For purposes of these requests, the use of the singular shall be construed as the use of the plural and *vice versa*; "any" includes "all" and *vice versa*; "each" includes "every" and *vice versa*; and the masculine includes the feminine and *vice versa*.

## II.  *Requests to Produce Documents*

1.  Please produce copies of all documents submitted by Dr. Patterson or on Dr. Patterson's behalf to your medical school and/or any of your residency or fellowship programs, including but not limited to any and all applications, letters of recommendation, academic transcripts, medical school performance evaluations, examination scores or performance results, including but not limited to the USMLE Step 1, Step 2 CK, and Step 2 CS, and any other supporting documentation provided with any application.

2.  Please produce copies of all medical school transcripts submitted by Dr. Patterson or on Dr. Patterson's behalf to your medical school and/or any of your residency or fellowship programs.

3.  Please produce copies of all documents concerning any and all evaluations of Dr. Patterson's applications submitted to your medical school and/or any of your residency or fellowship programs, including but not limited to Dr. Patterson's ranking by your medical school and/or any residency or fellowship program.

4.  Please produce copies of all documents and communications concerning your acceptance and/or decision not to accept Dr. Patterson to your medical school and/or any of your residency or fellowship programs.

5.  Please produce copies of all documents reflecting Dr. Patterson's scores or performance on any examinations, including but not limited to the USMLE Step 1, Step 2 CK, and Step 2 CS examinations.

6.  Please produce copies of all communications between you and Dr. Patterson or anyone acting on Dr. Patterson's behalf regarding his application to your medical school and/or any of your residency or fellowship programs.

7.  Please produce copies of all documents and communications relating to any meetings or conversations discussing your evaluation of any application submitted by Dr. Patterson to your medical school and/or any of your residency or fellowship programs.

8.  Please produce copies of all documents and communications relating to any interviews conducted with Dr. Patterson regarding any application submitted by Dr. Patterson to your medical school and/or any of your residency or fellowship programs.

9.  Please produce copies of all documents that refer or relate to Dr. Patterson's schedule for taking or the scheduling of any USMLE examination, including but not limited to the USMLE Step 1, Step 2 CK, and Step 2 CS examinations, or that refer or relate to his experience while taking any of the above-referenced USMLE examinations.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF AUTHENTICITY

I (name) _____, hereby declare that I am the (title) _____, for The University of Oklahoma College of Medicine ("OU-COM"), and that, in that position, I am duly authorized and qualified to make the declarations contained herein.

1.     OU-COM has produced copies of the following records (the "Records") in response to a third-party Subpoena that OU-COM received in connection with the above-captioned lawsuit:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

2.     The copies of the Records that OU-COM has produced in response to the Subpoena constitute full, complete, true and correct copies of the Records as maintained by OU-COM.

1

3.    The Records were prepared by OU-COM in the regular course of business at or near the time of the acts, conditions, events or occurrences described in the Records by a person with knowledge or based upon information transmitted by persons knowledgeable of those matters.

4.    The Records were kept in the course of OU-COM's regularly conducted business activities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, at (City) _____, (State) _____.

By:    _____
       (Signature)

       _____
       (Printed Name)

Title: _____

2