IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON,            )<br>                                                             )<br>                    Plaintiff,          )<br>v.                                                        )<br>                                                             )   Case No. CIV-2015-1204-HE<br>(1) NATIONAL BOARD OF MEDICAL  )<br>EXAMINERS,                                      )<br>                                                             )<br>                    Defendant.       ) | |

**NOTICE TO TAKE RULE 30(b)(6) DEPOSITION**

TO:   **National Board of Medical Examiners**
         **C/o:**  Jack S. Dawson
         Amy L. Alden
         Andrea R. Rust
         MILLER DOLLARHIDE
         210 Park Avenue, Suite 2550
         Oklahoma City, OK 73102

**PLEASE** take notice, pursuant to Federal Rules of Procedure 30(b)(6), that on **Friday, June 10, 2016**, Plaintiff above-named will take the deposition of the person or persons designated by the Defendant, National Board of Medical Examiners as most knowledgeable regarding: (1) the March 22, 2013 Memorandum; (2) the subsequent resetting of Plaintiff's Clinical Skills Step 2 exam; and, (3) the grading of Plaintiff's January 7, 2013 exam taken in Los Angeles, California.

Deponent will appear at the offices of Starkman Reporting and Videoconferencing, 1601 Walnut Street, Suite 200, Philadelphia, PA 19102, (215) 568-5313 for the video-conferencing deposition on said day at the hour of 11:00 a.m. eastern time.

Counsel will appear for video conferencing of the deponent at the offices of Professional Reporters, 511 Couch Drive, Suite 100, Oklahoma City, OK 73102 (405) 272-1006, at the hour of 10:00 a.m. central time on said day.

The taking of the above deposition will be adjourned and continued from day to day at the same place and between the same hours until completed.

                         Respectfully,

                         _____
                         Steven E. Clark, OBA#1712
                         Heather Mitchell, OBA#14035
                         **CLARK & MITCHELL, P.C.**
                         101 Park Avenue, Suite 210
                         (405) 235-8488
                         (405) 235-7979 (fax)
                         clark@clarkmitchell.com
                         heather@clarkmitchell.com
                         *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 X     I hereby certify that on May 26, 2016, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of this Court will transmit a notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com

                         */s/ Steven E. Clark*