IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Amy L. Alden, of the law firm of Miller Dollarhide, moves the Court, pursuant to L.C.v.R. 83.5, to authorize her withdrawal as counsel of record for Defendant, National Board of Medical Examiners, stating as follows:

1. As of June 3, 2016, I will no longer be associated with the law firm of Miller Dollarhide.

2. The firm of Miller Dollarhide will continue to represent Defendant, National Board of Medical Examiners.

3. My withdrawal will not affect Defendant's interests in this matter.

4. A proposed Order permitting my withdrawal as counsel of record is submitted herewith.

WHEREFORE, premises considered, Amy L. Alden respectfully requests this Court enter an Order allowing her to withdraw as counsel of record for this case.

        Respectfully submitted,

        /s/ Amy L. Alden
        Amy L. Alden, OBA #16978
        MILLER DOLLARHIDE, P.C.
        210 Park Avenue, Suite 2550
        Oklahoma City, OK 73102
        Telephone: (405) 236-8541
        Facsimile: (405) 235-8130
        aalden@millerdollarhide.com
        ***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of June, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Steven E. Clark, clark@clarkmitchell.com
    Heather Mitchell, heather@clarkmitchell.com
    CLARK & MITCHELL, P.C.
    101 Park Ave., Suite 210
    Oklahoma City, Oklahoma 73102
    ***Attorneys for Plaintiff***

        /s/ Amy L. Alden