IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.  CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Amy L. Alden, Esq.'s motion seeking leave to withdraw as counsel for defendant [Doc. #27] is **GRANTED**.  The clerk is directed to strike Ms. Alden's name as counsel of record for defendant.

**IT IS SO ORDERED**.

Dated this 7th day of June, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE