# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIV-2015-1204-HE |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

To:  Randy Blake Patterson
     c/o Steven E. Clark
     Heather Mitchell
     CLARK & MITCHELL, P.C.
     101 Park Avenue, Suite 210
     Oklahoma City, OK 73102
     *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of Civil Procedure, National Board of Medical Examiners, Defendant in the above-entitled and numbered cause, will take the oral deposition of Randy Blake Patterson, on the date and at the place stated below:

WITNESS:        Randy Blake Patterson

DATE AND TIME:  Wednesday, June 29, 2016, at 10:00 a.m.

PLACE:          CLARK & MITCHELL, P.C.
                101 Park Avenue, Suite 210
                Oklahoma City, OK 73102

The deposition will continue from day to day until completed. Said deposition is being taken for the purposes of discovery and for use at trial, as well as all other purposes

permitted by law.  Please take notice that the deposition will be recorded by video, audio and stenographic means as provided by the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

                                           Respectfully submitted,

                                       /s/ Jack S. Dawson
                                       Jack S. Dawson, OBA #2235
                                       Amy L. Alden, OBA #16978
                                       Andrea R. Rust, OBA #30422
                                       MILLER DOLLARHIDE
                                       210 Park Avenue, Suite 2550
                                       Oklahoma City, OK 73102
                                       (405) 236-8541
                                       (405) 405 235-8130 fax
                                       jdawson@millerdollarhide.com
                                       aalden@millerdollarhide.com
                                       arust@millerdollarhide.com
                                       *Attorneys for Defendant,*
                                       *National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21st, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to following ECF registrants:

    Steven E. Clark, OBA#1712
    Heather Mitchell, OBA#14035
    CLARK & MITCHELL, P.C.
    101 Park Avenue, Suite 210
    Oklahoma City, OK 73102
    clark@clarkmitchell.com
    heather@clarkmitchell.com
    *Attorneys for Plaintiff*                        /s/ Jack S. Dawson