## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1204-HE |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED APPLICATION TO EXTEND EXPERT DEADLINE AND REQUEST FOR EXPEDITED RULING

Defendant, National Board of Medical Examiners, moves the Court pursuant to Fed.R.Civ.P. 6(b) and L.Cv.R. 7.1 to extend Defendant's deadline to identify experts and file their reports in the above-captioned matter by one week. Furthermore, because Defendant's expert reports will be due next Friday should the Court overrule this Application, Defendant requests that the Court issue an expedited ruling. In support hereof, Defendant advises the Court:

1.    Without the requested extension of time, Defendant is required to identify any experts and to file their reports on or before July 1, 2016.

2.    Defendant has not previously requested an extension of this deadline.

3.    On June 15, 2016, Plaintiff's counsel, Mr. Clark, requested an additional week to identify expert witnesses, if any, and provide reports. As part of the request, Mr. Clark

1

agreed to give Defendant an additional week to do the same. **Exhibit 1**, Email from Steve

Clark to Jack Dawson at 10:23 a.m. Jack Dawson agreed to Plaintiff's request. **Exhibit 1**,

Email from Jack Dawson to Steve Clark at 10:24 a.m. Defendant's expert is a practicing

physician. In addition to her regular professional and family obligations, she has hundreds

of pages of documents related to this case to review, as well as Plaintiff's supplemental

expert disclosures which were provided today, in order to prepare her report.

4.      The undersigned has confirmed with Plaintiff's counsel, Katie Templeton, that

Plaintiff does not oppose this Application. **Exhibit 2**.

5.      The requested extension should not impact the scheduled trial or other

deadlines in the case.

6.      Defendant therefore requests the Court extend Defendant's deadline to file

their expert reports by one additional week, or until July 8, 2016, and to issue an expedited

ruling on this Application.

                                    Respectfully submitted,

                                     /s/   Amy L. Alden
                                    Jack S. Dawson, OBA #2235
                                    Amy L. Alden, OBA #16978
                                    Andrea R. Rust, OBA #30422
                                    MILLER DOLLARHIDE, P.C.
                                    210 Park Avenue, Suite 2550
                                    Oklahoma City, OK 73102
                                    Telephone: (405) 236-8541
                                    Facsimile:   (405) 235-8150
                                    jdawson@millerdollarhide.com
                                    aalden@millerdollarhide.com
                                    arust@millerdollarhide.com
                                    ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Ave., Suite 210
Oklahoma City, Oklahoma 73102
*Attorneys for Plaintiff*

 /s/   Amy L. Alden