## Amy Alden

| | |
|---|---|
| **From:** | Katie Templeton <katie@clarkmitchell.com> |
| **Sent:** | Friday, June 24, 2016 3:04 PM |
| **To:** | Amy Alden |
| **Cc:** | Jack Dawson; Charise Hall-Siler; Steve Clark; Rona Spaulding |
| **Subject:** | Re: Patterson |

Amy, that is confirmed.

Katie

Katie L. Templeton
Clark & Mitchell, P.C.

On Jun 24, 2016, at 2:40 PM, Amy Alden <AAlden@millerdollarhide.com> wrote:

Steve and Katie:

We will accept your letter dated June 24, 2016 as constituting supplemental disclosures for only these two witnesses (Dr. William Dooley and Dr. Herman Jones), and only as to those opinions stated in the letter. In other words, as to only these opinions from only these witnesses, we will agree not to object on the basis they constitute undisclosed expert testimony. We reserve any other objections we may have to the testimony.

Based on my previous communications with Steve, then, I understand I am at liberty to advise the Court that you do *not* oppose our application for one additional week to identify our experts and file their reports. Please confirm ASAP.

Yours very truly,

Amy L. Alden
Miller Dollarhide, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
aalden@millerdollarhide.com

The information in this electronic mail and any attachments is sent by an attorney and is intended to be confidential and for the use of only the intended recipient. The information may be protected by attorney-client privilege, work product, or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, use, dissemination, distribution, or copying of this message and any attachments hereto is strictly prohibited. If you receive this message in error, please notify us immediately by electronic mail or telephone (405-236-8541) and delete this message and any attachments.

**From:** Katie Templeton [mailto:katie@clarkmitchell.com]
**Sent:** Friday, June 24, 2016 2:07 PM

1

**EXHIBIT 2**

**To:** Amy Alden <AAlden@millerdollarhide.com>; Jack Dawson <jdawson@millerdollarhide.com>;
Charise Hall-Siler <chall@millerdollarhide.com>
**Cc:** Steve Clark <clark@ClarkMitchell.com>; Rona Spaulding <rona@ClarkMitchell.com>
**Subject:** Patterson

Jack/Amy,

Please see the attached correspondence from Steve regarding supplemental expert disclosures.

Thank you,
Katie

Katie L. Templeton
Clark & Mitchell, P.C.
101 Park Ave., Suite 210
Oklahoma City, OK 73102
Telephone: 405-235-8488
Facsimile: 405-235-7979

---

Total Control Panel                                                                 Login

To: aalden@millerdollarhide.com        Remove this sender from my allow list
From: katie@clarkmitchell.com

*You received this message because the sender is on your allow list.*