IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON<br><br>Plaintiff(s),<br><br>v.<br><br>(1) NATIONAL BOARD OF MEDICAL EXAMINERS<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-1204-HE<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Randy Blake Patterson .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Katie L. Templeton          06/27/2016
Signature                      Date

Katie L. Templeton
Print Name

Clark & Mitchell, P.C.
Firm

101 Park Avenue, Suite 210
Address

Oklahoma City          OK          73102
City                   State       Zip Code

405-235-8488           405-235-7979
Telephone              Fax Number

Katie@clarkmitchell.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

[✓] I hereby certify that on (date) __June 27, 2016__, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

jdawson@millerdollarhide.com
aalden@millerdollarhide.com
arust@millerdollarhide.com
MILLER DOLLARHIDE PC
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
(405) 236-8547
(405) 235-8130 (fax)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/Katie L. Templeton
s/ Attorney Name