### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant's motion for extension of deadline [Doc. #33] is **GRANTED**. Defendant shall file its expert witness list not later than **July 8, 2016**.

**IT IS SO ORDERED**.

Dated this 28th day of June, 2016.

*[signature]*
JOE HEATON
CHIEF U.S. DISTRICT JUDGE