## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1204-HE |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

To:    Steven E. Clark
       Heather Mitchell
       Katie Templeton
       CLARK & MITCHELL, P.C.
       101 Park Avenue, Suite 210
       Oklahoma City, OK 73102
       *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of

Civil Procedure, National Board of Medical Examiners, Inc., Defendant in the above-entitled

and numbered cause, intends to take the oral deposition of WILLIAM C. DOOLEY, M.D.,

on the date and at the place stated below:

WITNESS:            William C. Dooley, M.D.

DATE AND TIME:      Friday, July 15, 2016 at 10:00 a.m.

PLACE:              MILLER DOLLARHIDE, P.C.
                    210 Park Avenue, Suite 2550
                    Oklahoma City, OK 73102

-1-

A copy of the Subpoena issued to William C. Dooley, M.D., is attached hereto.

The deposition will continue from day to day until completed. Said deposition is being taken for the purposes of discovery and for use at trial, as well as all other purposes permitted by law. Please take notice that the deposition will be recorded by audio and stenographic means as provided by the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

Respectfully submitted,

/s/ Amy L. Alden
Jack S. Dawson, OBA #2235
Amy L. Alden, OBA No. 16978
MILLER DOLLARHIDE, PC
210 Park Avenue, Suite 2550
Oklahoma City, Oklahoma 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
Katie Templeton, Katie@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Ave., Suite 210
Oklahoma City, Oklahoma 73102
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　/s/ Amy L. Alden

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.  CIV-2015-1204-HE |
| (2) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  WILLIAM C. DOOLEY, M.D.

_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: MILLER DOLLARHIDE, P.C. <br> 210 Park Avenue, Suite 2550. Oklahoma City, OK 73102 | Date and Time: <br> 07/15/2016 10:00 am |
|---|---|

The deposition will be recorded by this method:  Stenographic Means

☐ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  06/28/2016

CLERK OF COURT

_____      OR      _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_  Defendant, National Board of Medical Examiners  , who issues or requests this subpoena, are:
Jack S. Dawson, Amy L. Alden, and Andrea R. Rust, MILLER DOLLARHIDE, P.C., 210 Park Avenue, Suite 2550, Oklahoma City, OK  73102; (405) 236-8541; jdawson@millerdollarhide.com; aalden@millerdollarhide.com; arust@millerdollarhide.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).