# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| (1) RANDY BLAKE PATTERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## FINAL WITNESS LIST OF PLAINTIFF

Consistent with the Court's Scheduling Order entered on January 7, 2016 [Doc. No. 9], Plaintiff hereby submits his Final Witness List.

| NO. | WITNESSES | TESTIMONY |
|---|---|---|
| 1. | Plaintiff, Randy Blake Patterson<br>c/o Clark & Mitchell<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Deposed. Facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA and damages sustained by Plaintiff in his inability to complete Step 2 (CS) exam before July 1, 2013. |
| 2. | Randy and Bonnie Patterson<br>c/o Clark & Mitchell<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Parents of Plaintiff will testify as to facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA, and damages sustained by Plaintiff. |
| 3. | Kevin Smith, DDS<br>1000 N Lincoln Blvd # 200,<br>Oklahoma City, OK 73104 | Scheduled to be deposed on July 20, 2016. Dr. Smith will testify as to his knowledge of the facts and circumstances and damages. |
| 4. | Gerry Dillon | Scheduled to be deposed July 15, 2016 |

|     |                                                                                                                      |                                                                                                                                                                                           |
| --- | -------------------------------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102<br>Philadelphia, Penn             |                                                                                                                                                                                           |
| 5.  | William Dooley, M.D.<br>825 NE 10th St #5200<br>Oklahoma City, OK 73104                                               | Scheduled to be deposed on July 15, 2016. Dr. Dooley will testify as to his knowledge of the facts and circumstances and damages.                                                         |
| 6.  | Herman Jones, PhD.<br>711 Stanton L Young Blvd # 210,<br>Oklahoma City, OK 73104                                      | Scheduled to be deposed on July 12, 2016. Dr. Jones will testify as to his knowledge of the facts and circumstances and damages.                                                          |
| 7.  | Marion Proctor<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation.                         |
| 8.  | Pete Johnson<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                   | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation.                         |
| 9.  | Rachael Gillespie<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102              | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation                          |
| 10. | Mary Patterson<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation                          |
| 11. | All witnesses produced by Defendant in response to Plaintiff's Rule 30(b)(6) corporate deposition                     | Facts, circumstances and knowledge regarding the maters at issue in this litigation including but not limited to: (1) the March                                                           |

|     |                                                                                                                                                   |                                                                                                                                                                                                                                                |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | notice, filed 5/26/16 not otherwise objected to by Plaintiff.                                                                                     | 22, 2013 Memorandum; (2) the subsequent resetting of Plaintiff's Clinical Skills Step 2 exam; and, (3) the grading of Plaintiff's January 7, 2013 exam taken in Los Angeles, California.                                                       |
| 12. | All experts listed by Defendant.                                                                                                                  |                                                                                                                                                                                                                                                |
| 13. | All witnesses listed and/or testimony entered at trial by Defendant, National Board of Medical Examiners, not otherwise objected to by Plaintiff. |                                                                                                                                                                                                                                                |

.

Plaintiff specifically reserves the right to list additional witnesses as discovery is ongoing and in accordance with the Pre-Trial Disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure.

    Respectfully Submitted,

    /s/ Steven E. Clark_____
    Steven E. Clark, OBA No. 1712
    Heather Mitchell, OBA No. 14035
    Katie L. Templeton, OBA No. 21553
    CLARK & MITCHELL, P.C.
    101 Park Avenue, Suite 210
    Oklahoma City, OK 73102
    405/235-8488
    405/235-7979   (fax)
    clark@clarkmitchell.com
    heather@clarkmitchell.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On this 30th day of June, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:
Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*                          /s/ Steven E. Clark_____