**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

(1) RANDY BLAKE PATTERSON, )
                                                           )
                Plaintiff, )
v. )
                                                          )   Case No. CIV-2015-1204-HE
(1) NATIONAL BOARD OF MEDICAL )
EXAMINERS, )
                                                           )
                Defendant. )

**FINAL EXHIBIT LIST OF PLAINTIFF**

Consistent with the Court's Scheduling Order entered on January 7, 2016 [Doc. No. 9], Plaintiff hereby submits his Final Exhibit List.

| | |
|---|---|
| 1. | Resume of Plaintiff, Randy Blake Patterson, M.D. |
| 2. | Student Action dated August 13, 2011 to Plaintiff signed by Herman Jones Ph.D. |
| 3. | Plaintiff's letter to Esteemed Academic Promotions Committee dated June 1, 2010. |
| 4. | September 22, 2009 Email correspondence between Plaintiff the Jennifer S. McCartney.(HSC). |
| 5. | Letter dated September 18, 2009 from Scott Lee Sharp, Attorney at Law. |
| 6. | September 29, 2009 Email correspondence between Plaintiff and Jody A. Summers Rada (HSC). |
| 7. | October 1, 2009 Email correspondence between Plaintiff and Jody A. Summers Rada (HSC). |
| 8. | Letter to University of Oklahoma College of Dentistry Admissions Committee regarding Plaintiff by Kevin S. Smith DDS. |
| 9. | April 23-24, 2012 Email correspondence between Plaintiff and Dr. Herman Jones. |
| 10. | October 17-18, 2012 Email correspondence between Plaintiff and Dr. Herman Jones. |
| 11. | Memorandum dated July 14, 2010 to Plaintiff's File from M. Dewayne Andrews, M.D. Executive Dean. |
| 12. | USMLE Certified Transcript of Scores dated December 16, 2013. |
| 13. | NBME letter dated March 22, 2013 to Plaintiff and signed by Marian D. Proctor. |

| | |
|---|---|
| 14. | The University of Oklahoma Records and Enrollment Verification. |
| 15. | Correspondence between Plaintiff and Anita Hagan at Stanford University. |
| 16. | Plaintiff's University of Oklahoma Transcript. |
| 17. | Letter of Recommendation for Plaintiff from Ronal D. Legako, M.D. |
| 18. | Letter of Recommendation for Plaintiff from Russell G. Postier, M.D. |
| 19. | Letter of Recommendation for Plaintiff from Vaidy S. Rao, M.D. |
| 20. | Letter of Recommendation for Plaintiff from OU Department of Surgery. |
| 21. | Letter of Recommendation for Plaintiff from William C. Dooley, M.D. |
| 22. | Letter of Recommendation for Plaintiff from Roxie M. Albrecht, M.D. |
| 23. | Letter of Recommendation for Plaintiff from Jerry B. Vannatta, M.D. |
| 24. | Photographs of Plaintiff's Facebook entries. |
| 25. | Email from Plaintiff to the University of Oklahoma dated October 29, 2012, re Interview |
| 26. | Email from Plaintiff to the Stanford University dated October 30, 2012, re Interview |
| 27. | Email from Plaintiff to the Stanford University dated February 5, 2013, re Interview |
| 28. | Email from Plaintiff to the Stanford University dated February 8, 2013, re Interview |
| 29. | Email from Plaintiff to the Stanford University dated October 21, 2013, re Interview |
| 30. | Email from Plaintiff to the UAMS dated November 25, 2013, re Interview |
| 31. | Email from Plaintiff to the USAF dated December 3, 2013, re Interview |
| 32. | Email from Plaintiff to the University of Colorado dated December 27, 2013, re Interview |
| 33. | Email from Plaintiff to the Wake Forest Baptist Medical Center dated December 27, 2013, re Interview |
| 34. | Email from Plaintiff to the Vanderbilt University Medical Center dated January 20, 2014, re Interview |
| 35. | Email from Plaintiff to the University of Washington dated January 24, 2014, re Interview |
| 36. | Email from Plaintiff to the John Hopkins dated January 28, 2014, re Interview |
| 37. | Email from Plaintiff to the University of Oklahoma dated January 30-31, 2014, re Interview |
| 38. | Email from Plaintiff to the Medical University of  dated February 5, 2014, re Interview |
| 39. | Email from Plaintiff to the University of Oklahoma-Tulsa dated December 12, 2014, re Interview |
| 40. | Email from Plaintiff to the University of Oklahoma-Tulsa dated January 26, 2015, re Interview |
| 41. | AT&T Phone Records of Plaintiff |
| 42. | USMLE Scheduling Permit Eligibility August 30, 2012 – August 30, 2013 |

| | |
|---|---|
| 43. | Correspondence between NBME and Plaintiff re: power outage, dated March 22, 2013 |
| 44. | USMLE Correspondence with Plaintiff, dated April 28, 2013 |
| 45. | USMLE Registration Documentation |
| 46. | Summary of Incident and Statement of Concern submitted by Plaintiff to USMLE, dated January 7, 2013 |
| 47. | Summary of Incident and Statement of Concern submitted by test takers (names redacted) to USMLE, dated January 7, 2013 |
| 48. | 2013 Bulletin of Information |
| 49. | NBME Licensing Exam Services Permit Available Dates |
| 50. | National Resident Matching Program Applicant Rank Order List |
| 51. | National Resident Matching Program Results & Data |
| 52. | *A Critical Review of Standardized Patient Examination as Part of the USMLE.* AMA Journal of Ethics, Hilary Johnson, Ph.D., December 2003, Vol. 5, No. 12. |
| 53. | *The Step 2 Clinical Skills Exam – A Poor Value Proposition.* The New England Journal of Medicine, March 7, 2013, |
| 54. | *Quality, Cost, and Value of Clinical Skills Assessment.* The New England Journal of Medicine 368;10, March 7, 2013 |
| 55. | *A July Spike in Fatal Medication Errors and a Possible Effect of New Medical Residents.* Department of Sociology, University of California San Diego, David P. Phillips, Ph.D. & Gwendolyn E.C. Barker, BA. |
| 56. | *C. Earl Grant v. National Board of Medical Examiners, et.al.*, Case No. 7:07-cv-996, United States District Court Northern District of New York. Decision and Order. |
| 57. | *Sophie C. Currier, on behalf of herself and on behalf of Lea M. Gallien-Currier v. National Board of Medical Examiners.* Commonwealth of Massachusetts, Appeals Court, 07-J-434. Order. |
| 58. | *Medical students confront a residency black hole,* Fortune.com, Elizabeth G. Olson, April 1, 2013. |
| 59. | National Provider Identifiers Registry. |
| 60. | Form 990 Return of Organization Exempt from Income Tax, 2012 NBME |
| 61. | USMLE Application of Plaintiff submitted August 29, 2012. |
| 62. | USMLE Application of Plaintiff submitted April 24, 2013 |
| 63. | Plaintiff's AT&T Records (March and April, 2013) |
| 64. | Incident Report dated March 22, 2013 from Defendant |
| 65. | Written notification made by Plaintiff of Incomplete Examination Record |
| 66. | Plaintiff's Certification of Identification and Authorization Form |
| 67. | USMLE Applicant Registrations. |
| 68. | Examinee Inquiry for Score Report dated March 25, 2013. |
| 69. | Examinee Inquiry for EP Ext/Change dated August 23, 2013. |
| 70. | Email dated April 26, 2013 between Plaintiff and USMLE re Reimbursement |

|     |     |
| --- | --- |
|     | for fees paid for retake. |
| 71. | Seven USMLE Examinee Reports of Incident dated January 7, 2013. |
| 72. | Interruption/Resuming the Exam Procedure. |
| 73. | Score Recheck Request Form for USMLE completed by Plaintiff. |
| 74. | Correspondence from Harolyn Johnson, NBME dated January 28, 2013 to Plaintiff re: recheck responses on 12/22/2012 USMLE Step 2CK. |
| 75. | Correspondence, page 1-2, from Marian Proctor, NBME dated March 27, 2013 to Plaintiff re Power Outage. |
| 76. | March 22, 2013 Letter to Plaintiff from NBME, Marian D. Proctor re Power Outage. |
| 77. | USMLE Step 1 and Step 2CK Eligibility Period Extension Form signed by Plaintiff on August 23, 2013. |
| 78. | Email dated April 16, 2015 to Plaintiff from NBME requesting duplicate transcript mailed to alternate address. |
| 79. | Email dated August 30, 2012 to Plaintiff from USMLE re registration incomplete. |
| 80. | Email dated August 30, 2012 to Plaintiff from USMLE re Registration complete. |
| 81. | Email dated August 31, 2012 to Plaintiff from USMLE re Scheduling permit. |
| 82. | USMLE Test Administration and Processing Problems-Decision Rules. |
| 83. | Email dated March 6, 2013 from Diane Convery to Kevin Balog; Gerry Dillon, cc: Kimberly A. Swygert, Re: response to Plaintiff regarding power outage. |
| 84. | Email dated February 25, 2013 from Kevin Balog to Diane Convery; Gerry Dillon, cc: Kimberly A. Swygert, Re: report of power outage. |
| 85. | Plaintiff's Medical Student Performance Evaluation dated October 1, 2012 prepared by Dr. Herman Jones. |
| 86. | NBME letter dated January 13, 2013 to Plaintiff re: confirming presence for Step 2 CS exam. |
| 87. | NBME letter dated August 6, 2013 to Plaintiff re: confirming presence for Step 2 CS exam. |
| 88. | Email dated August 8, 2013 to Marian Proctor from Plaintiff requesting expedited test results from exam on August 6, 2013. |
| 89. | MedScape Physicians Compensation Report for 2013. |
| 90. | MedScape Physicians Compensation Report for 2014. |
| 91. | MedScape Physicians Compensation Report for 2015. |
| 92. | American Medical Association Medical Student Section Resolution 01(A-16). |
| 93. | Documents elicited from Defendant or discussed during 7/15/16 deposition in response to Plaintiff's 30(b)(6) Notice filed 5/26/16. |

Respectfully Submitted,

/s/ Steven E. Clark_____
Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
Katie L. Templeton, OBA No. 21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
405/235-8488
405/235-7979  (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On this 30th day of June, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*

/s/ Steven E. Clark_____