IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| (1) RANDY BLAKE PATTERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL EXPERT WITNESS LIST OF PLAINTIFF

Consistent with the Court's Scheduling Order entered on January 7, 2016 [Doc. No. 9], Plaintiff hereby submits his Final Expert Witness List.

| 1. | William C. Dooley, M.D. Surgical Breast Oncology, OU Breast Institute. OU Medical Center C/o Clark & Mitchell, P.C. | Dr. Dooley has stated he will testify that Randy Blake Patterson would have interviewed better than his grades perhaps indicated. The gap year as a result of failing the USMLE CS2 exam likely caused Dr. Patterson to be excluded from some interviews in his second application for a match. The gap year is detrimental to the interview process of obtaining a residency unless the applicant was involved in some outstanding research program during that year. Dr. Dooley will provide factual testimony regarding their experience with Randy Blake Patterson, specifically, medical school graduates at OU College of Medicine generally and the Match system. |
|---|---|---|
| 2. | Herman E. Jones, Ph.D. University of Oklahoma Health Sciences Center Associate Dean for Student Affairs C/o Clark & Mitchell, P.C. | Dr. Jones has stated he will testify that Randy Blake Patterson likely would have received a match at a mid-level program had he not had a gap year and been delayed, though probably not in his first choice – surgery. Dr. Jones will provide factual testimony regarding their experience with Randy Blake Patterson, specifically, medical school graduates at OU College of Medicine generally and the Match system. |

Respectfully Submitted,

/s/ Steven E. Clark_____
Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
Katie L. Templeton, OBA No. 21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
405/235-8488
405/235-7979  (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On this 30th day of June, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*

/s/ Steven E. Clark_____