AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Kevin Smith, J.D, S.**
on *(date)* **6-29-16**.

☒ I served the subpoena by delivering a copy to the named individual as follows: **Personal Service at 1000 North Lincoln Blvd, Ste 200, Oklahoma City OK 73104 at 11:45 A.M.** on *(date)* **6-30-16** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6-30-16**

_____
Server's signature

**Larry L Lancaster PSS-2014-13**
Printed name and title

**3915 N.E. 30th St**
**Oklahoma City, OK 73121**
Server's address

Additional information regarding attempted service, etc.:

Case 5:15-cv-01204-HE Document 39 Filed 06/28/16 Page 4 of 4
AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action
Case 5:15-cv-01204-HE Document 44 Filed 07/01/16 Page 2 of 2

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| (1) RANDY BLAKE PATTERSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: KEVIN S. SMITH, D.D.S.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: MILLER DOLLARHIDE, P.C. 210 Park Avenue, Suite 2550, Oklahoma City, OK 73102 | Date and Time: 07/20/2016 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic Means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/28/2016

*CLERK OF COURT*

_____     OR     *[signature]*
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant, National Board of Medical Examiners,** , who issues or requests this subpoena, are:
Jack S. Dawson, Amy L. Alden, and Andrea R. Rust, MILLER DOLLARHIDE, P.C., 210 Park Avenue, Suite 2550, Oklahoma City, OK 73102; (405) 236-8541; jdawson@millerdollarhide.com; aalden@millerdollarhide.com; arust@millerdollarhide.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).