IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## JOINT APPLICATION TO EXTEND DISCOVERY AND *DAUBERT*/DISPOSITIVE MOTION DEADLINES

Plaintiff, Randy Blake Patterson, and Defendant, National Board of Medical Examiners, move the Court pursuant to Fed.R.Civ.P. 6(b) and L.Cv.R. 7.1 to extend the discovery deadline, as well as the deadline to file *Daubert* and dispositive motions in this case by thirty (30) days. In support hereof, the parties advise the Court as follows:

1.      Under the Scheduling Order [Doc. 9] in this case, discovery is to be completed by August 1, 2016. Dispositive and *Daubert* motions are to be filed by August 15, 2016.

2.      The parties have not previously requested an extension of these deadlines.

3.      The parties have diligently been conducting discovery in this case. Numerous sets of written discovery, numerous document subpoenas and deposition discovery have already occurred. Nevertheless, it has become apparent to the parties that additional time is needed to complete discovery. The vast majority of witnesses are physicians or other medical professionals, not all of whom live in Oklahoma, and the parties are attempting to accommodate surgery/professional schedules as well as the schedules of the parties and their attorneys.  The

1

parties believe they can complete discovery in an additional thirty (30) days.

4. The parties make this Application jointly and, thus, are all in agreement about it.

5. This matter is currently scheduled on the Court's November 2016 trial docket. The parties do not believe the requested extension will affect the trial date or the other pretrial deadlines, with the exception of the *Daubert* and dispositive motion deadlines. As stated above, under the current schedule, *Daubert* and dispositive motion deadline must be filed on or before August 15, 2016. In view of the requested extension for discovery, the parties also seek an additional thirty (30) days to file such motions.

6. The parties therefore request the Court to extend the discovery, dispositive motion and *Daubert* deadlines by thirty (30) days, moving the discovery deadline to September 1, 2016 and the *Daubert*/dispositive motion deadline to September 15, 2016.

Respectfully submitted,

/s/ *Steven E. Clark*
Steven E. Clark, OBA #1712
Heather Mitchell, OBA #14035
Katie Templeton, OBA #21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
Telephone: (405) 235-8488
Facsimile: (405) 235-7979
clark@clarkmitchell.com
heather@clarkmitchell.com
katie@clarkmitchell.com
*Attorneys for Plaintiff*

- and -

               /s/ Jack S. Dawson
             Jack S. Dawson, OBA #2235
             Amy L. Alden, OBA #16978
             Andrea R. Rust, OBA #30422
             MILLER DOLLARHIDE, P.C.
             210 Park Avenue, Suite 2550
             Oklahoma City, OK 73102
             Telephone: (405) 236-8541
             Facsimile: (405) 235-8130
             jdawson@millerdollarhide.com
             aalden@millerdollarhide.com
             arust@millerdollarhide.com
             *Attorneys for Defendant*