### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-1204-HE |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties' joint motion for extension of deadlines [Doc. #47] is **GRANTED** as set forth by separate revised scheduling order.

**IT IS SO ORDERED**.

Dated this 7th day of July, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE