# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-1204-HE |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S LIST OF EXPERT WITNESSES IN CHIEF

Defendant, National Board of Medical Examiners, identifies the following expert witness whom it may call in its case in chief:

1.  Catherine Marie Wittgen, M.D., F.A.C.S.
    9009 Fernald Drive
    St. Louis, MO 63123

Proposed Testimony: See Expert Report. Generally, Dr. Wittgen will give opinion testimony regarding the cause of Plaintiff's failure to match into a residency program in 2013-2015, including but not limited to whether Dr. Patterson's lack of a USMLE Step 2 CS score prevented his licensure in sufficient time to match into a residency.

Respectfully submitted,

  /s/ Amy L. Alden
Jack S. Dawson, OBA #2235
Amy L. Alden, OBA #16978
MILLER DOLLARHIDE, P.C.
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsmile: (405) 235-8130
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 8th day of July, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and served the attached document by first class mail, postage prepaid, to all counsel of record addressed as follows:

     Steven E. Clark
     Heather Mitchell
     Katie Templeton
     Clark & Mitchell, P.C.
     101 Park Ave., Suite 210
     Oklahoma City, Oklahoma 73102
     (405) 235-8488
     (405) 235-7979 (Fax)


                                              /s/ Amy L. Alden