### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-1204-HE |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's motion to quash subpoena [Doc. #55] does not reflect compliance with LCvR37.1 and is therefore **STRICKEN**. The motion may be re-filed if issues remain after the necessary in-person conference of counsel.

**IT IS SO ORDERED**.

Dated this 25th day of July, 2016.

*/s/ Joe Heaton*
JOE HEATON
CHIEF U.S. DISTRICT JUDGE