# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON,  )<br>  )<br>        Plaintiff,  )<br>vs.  )<br>  )<br>NATIONAL BOARD OF MEDICAL  )<br>EXAMINERS,  )<br>  )<br>        Defendant.  ) | NO.  CIV-15-1204-HE |

## ORDER

Defendant's response to plaintiff's motion to quash [Doc. #57] shall be filed on or before **August 5, 2016**.

**IT IS SO ORDERED**.

Dated this 28th day of July, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE