# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) RANDY BLAKE PATTERSON,   )
                                                  )
          Plaintiff,   )
v.   )
    )   Case No. CIV-2015-1204-HE
(1) NATIONAL BOARD OF MEDICAL   )
EXAMINERS,   )
                                             )
          Defendant.   )

## FINAL EXHIBIT LIST OF PLAINTIFF

Consistent with the Court's Scheduling Order entered on January 7, 2016 [Doc. No. 9], Plaintiff hereby submits his Final Exhibit List.

| | |
|---|---|
| 1. | Resume of Plaintiff, Randy Blake Patterson, M.D. |
| 2. | Student Action dated August 13, 2011 to Plaintiff signed by Herman Jones Ph.D. |
| 3. | Plaintiff's letter to Esteemed Academic Promotions Committee dated June 1, 2010. |
| 4. | September 22, 2009 Email correspondence between Plaintiff the Jennifer S. McCartney.(HSC). |
| 5. | Letter dated September 18, 2009 from Scott Lee Sharp, Attorney at Law. |
| 6. | September 29, 2009 Email correspondence between Plaintiff and Jody A. Summers Rada (HSC). |
| 7. | October 1, 2009 Email correspondence between Plaintiff and Jody A. Summers Rada (HSC). |
| 8. | Letter to University of Oklahoma College of Dentistry Admissions Committee regarding Plaintiff by Kevin S. Smith DDS. |
| 9. | April 23-24, 2012 Email correspondence between Plaintiff and Dr. Herman Jones. |
| 10. | October 17-18, 2012 Email correspondence between Plaintiff and Dr. Herman Jones. |
| 11. | Memorandum dated July 14, 2010 to Plaintiff's File from M. Dewayne Andrews, M.D. Executive Dean. |
| 12. | USMLE Certified Transcript of Scores dated December 16, 2013. |
| 13. | NBME letter dated March 22, 2013 to Plaintiff and signed by Marian D. Proctor. |

| | |
|---|---|
| 14. | The University of Oklahoma Records and Enrollment Verification. |
| 15. | Correspondence between Plaintiff and Anita Hagan at Stanford University. |
| 16. | Plaintiff's University of Oklahoma Transcript. |
| 17. | Letter of Recommendation for Plaintiff from Ronal D. Legako, M.D. |
| 18. | Letter of Recommendation for Plaintiff from Russell G. Postier, M.D. |
| 19. | Letter of Recommendation for Plaintiff from Vaidy S. Rao, M.D. |
| 20. | Letter of Recommendation for Plaintiff from OU Department of Surgery. |
| 21. | Letter of Recommendation for Plaintiff from William C. Dooley, M.D. |
| 22. | Letter of Recommendation for Plaintiff from Roxie M. Albrecht, M.D. |
| 23. | Letter of Recommendation for Plaintiff from Jerry B. Vannatta, M.D. |
| 24. | Photographs of Plaintiff's Facebook entries. |
| 25. | Email from Plaintiff to the University of Oklahoma dated October 29, 2012, re Interview |
| 26. | Email from Stanford University to Plaintiff dated October 30, 2012, re Interview |
| 27. | Email from Stanford University to Plaintiff dated February 6, 2013, re Interview |
| 28. | Email from Stanford University to Plaintiff dated February 8, 2013, re Interview |
| 29. | Email from Stanford University to Plaintiff dated October 21, 2013, re Interview |
| 30. | Email from UAMS to Plaintiff dated November 25, 2013, re Interview |
| 31. | Email from USAF to Plaintiff dated December 3, 2013, re Interview |
| 32. | Email from Plaintiff to the University of Colorado dated December 27, 2013, re Interview |
| 33. | Email from Wake Forest Baptist Medical Center to Plaintiff dated December 27, 2013, re Interview |
| 34. | Email from Vanderbilt University Medical Center to Plaintiff dated January 20, 2014, re Interview |
| 35. | Email from University of Washington to Plaintiff dated January 24, 2014, re Interview |
| 36. | Email from John Hopkins to Plaintiff dated January 28, 2014, re Interview |
| 37. | Email from Plaintiff to the University of Oklahoma dated January 30-31, 2014, re Interview |
| 38. | Email from the University of Oklahoma Medical Center to Plaintiff dated February 5, 2014, re Interview |
| 39. | Email from the University of Oklahoma-Tulsa to Plaintiff dated December 12, 2014, re Interview |
| 40. | Email from Plaintiff to the University of Oklahoma-Tulsa dated January 26, 2015, re Interview |
| 41. | AT&T Phone Records of Plaintiff |
| 42. | USMLE Scheduling Permit Eligibility August 30, 2012 – August 30, 2013 |

| 43. | Correspondence between NBME and Plaintiff re: power outage, dated March 22, 2013 |
|---|---|
| 44. | Correspondence from USMLE re Step 2 CS Scheduling Permit dated April 28 and 29, 2013 |
| 45. | USMLE Registration Documentation |
| 46. | Summary of Incident and Statement of Concern submitted by Plaintiff to USMLE, dated January 7, 2013 |
| 47. | MSMLE notification to Plaintiff the Application for Step 2 CS was processed |
| 48. | 2013 Bulletin of Information |
| 49. | NBME Licensing Exam Services Permit Available Dates |
| 50. | National Resident Matching Program Applicant Rank Order List |
| 51. | National Resident Matching Program Results & Data |
| 52. | *A Critical Review of Standardized Patient Examination as Part of the USMLE.* AMA Journal of Ethics, Hilary Johnson, Ph.D., December 2003, Vol. 5, No. 12. |
| 53. | *The Step 2 Clinical Skills Exam – A Poor Value Proposition.* The New England Journal of Medicine, March 7, 2013, |
| 54. | *Quality, Cost, and Value of Clinical Skills Assessment.* The New England Journal of Medicine 368;10, March 7, 2013 |
| 55. | *A July Spike in Fatal Medication Errors and a Possible Effect of New Medical Residents.* Department of Sociology, University of California San Diego, David P. Phillips, Ph.D. & Gwendolyn E.C. Barker, BA. |
| 56. | *C. Earl Grant v. National Board of Medical Examiners, et.al.*, Case No. 7:07-cv-996, United States District Court Northern District of New York. Decision and Order. |
| 57. | *Sophie C. Currier, on behalf of herself and on behalf of Lea M. Gallien-Currier v. National Board of Medical Examiners.* Commonwealth of Massachusetts, Appeals Court, 07-J-434.  Order. |
| 58. | *Medical students confront a residency black hole,* Fortune.com, Elizabeth G. Olson, April 1, 2013. |
| 59. | National Provider Identifiers Registry. |
| 60. | Form 990 Return of Organization Exempt from Income Tax, 2012 NBME |
| 61. | USMLE Application of Plaintiff submitted August 29, 2012. |
| 62. | USMLE Application of Plaintiff submitted April 24, 2013 |
| 63. | Letter of recommendation from Brian Simmons, PhD, University of Portland dated March 22, 2011 |
| 64. | Copy of Plaintiff's Decree of Doctor of Medicine from the University of Oklahoma |
| 65. | Written notification made by Plaintiff of Incomplete Examination Record |
| 66. | Plaintiff's Certification of Identification and Authorization Form |
| 67. | USMLE Applicant Registrations. |
| 68. | Examinee Inquiry for Score Report dated March 25, 2013. |

3

| | |
|---|---|
| 69. | Examinee Inquiry for EP Ext/Change dated August 23, 2013. |
| 70. | Email dated April 26, 2013 between Plaintiff and USMLE re Reimbursement for fees paid for retake. |
| 71. | Seven USMLE Examinee Reports of Incident dated January 7, 2013. |
| 72. | Interruption/Resuming the Exam Procedure. |
| 73. | Score Recheck Request Form for USMLE completed by Plaintiff. |
| 74. | Correspondence from Harolyn Johnson, NBME dated January 28, 2013 to Plaintiff re: recheck responses on 12/22/2012 USMLE Step 2CK. |
| 75. | Correspondence, page 1-2, from Marian Proctor, NBME dated March 27, 2013 to Plaintiff re Power Outage. |
| 76. | March 22, 2013 Letter to Plaintiff from NBME, Marian D. Proctor re Power Outage. |
| 77. | USMLE Step 1 and Step 2CK Eligibility Period Extension Form signed by Plaintiff on August 23, 2013. |
| 78. | Email dated April 16, 2015 to Plaintiff from NBME requesting duplicate transcript mailed to alternate address. |
| 79. | Email dated August 30, 2012 to Plaintiff from USMLE re registration incomplete. |
| 80. | Email dated August 30, 2012 to Plaintiff from USMLE re Registration complete. |
| 81. | Email dated August 31, 2012 to Plaintiff from USMLE re Scheduling permit. |
| 82. | USMLE Test Administration and Processing Problems-Decision Rules. |
| 83. | Email dated March 6, 2013 from Diane Convery to Kevin Balog; Gerry Dillon, cc: Kimberly A. Swygert, Re: response to Plaintiff regarding power outage. |
| 84. | Email dated February 25, 2013 from Kevin Balog to Diane Convery; Gerry Dillon, cc: Kimberly A. Swygert, Re: report of power outage. |
| 85. | Plaintiff's Medical Student Performance Evaluation dated October 1, 2012 prepared by Dr. Herman Jones. |
| 86. | NBME letter dated January 13, 2013 to Plaintiff re: confirming presence for Step 2 CS exam. |
| 87. | NBME letter dated August 6, 2013 to Plaintiff re: confirming presence for Step 2 CS exam. |
| 88. | Email dated August 8, 2013 to Marian Proctor from Plaintiff requesting expedited test results from exam on August 6, 2013. |
| 89. | MedScape Physicians Compensation Report for 2013. |
| 90. | MedScape Physicians Compensation Report for 2014. |
| 91. | MedScape Physicians Compensation Report for 2015. |
| 92. | American Medical Association Medical Student Section Resolution 01(A-16). |
| 93. | Documents elicited from Defendant or discussed during 7/15/16 deposition in response to Plaintiff's 30(b)(6) Notice filed 5/26/16. |
| 94. | USMLE Score Reports dated August 6, 2013 and October 10, 2013. |

| | |
|---|---|
| 95. | Letter from Pepperdine University dated April 1, 2008 to Plaintiff. |
| 96. | Any and all documents produced by Loma Linda University School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 97. | Any and all documents produced by The University of Oklahoma College of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016. |
| 98. | Any and all documents produced by The University of Oklahoma Health Sciences Center in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016. |
| 99. | Any and all documents produced by The University of Oklahoma School of Community Medicine in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016. |
| 100. | Any and all documents produced by The University of Arkansas for Medical Sciences in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 101. | Any and all documents produced by The University of Colorado School of Medicine in response to the subpoena duces tecum issued by Defendant on or about June 1, 2016. |
| 102. | Any and all documents produced by The University of Virginia School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 103. | Any and all documents produced by Vanderbilt University Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 104. | Any and all documents produced by The Association of American Medical Colleges in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 105. | Any and all documents produced by Medical University of South Carolina in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016. |
| 106. | Any and all documents produced by National Resident Matching Programs in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 107. | Any and all documents produced by Wake Forest Baptist Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016. |
| 108. | Any and all documents produced by Oklahoma Christian University in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016. |
| 109. | Any and all documents produced by Pepperdine University in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016. |

| | |
|---|---|
| 110. | Any and all documents produced by The University of Kansas Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 27, 2016. |
| 111. | Any and all documents produced by Stanford University in response to the subpoena duces tecum issued by Defendant on or about June 11, 2016. |
| 112. | Any and all documents produced by AT&T, if any, in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016 |
| 113. | Expert Report(s), including but not limited to the expert report of Catherine Marie Wittgen, M.D., F.A.C.S. and any document relied upon by experts, including but not limited to Catherine Marie Wittgen, M.D., F.A.C.S. |
| 114. | Any documents listed by Defendant and to which an objection is not asserted by Plaintiff. |
| 115. | Any documents revealed, produced, and/or exchanged during discovery and to which an objection is not asserted by Plaintiff. |

Respectfully Submitted,

/s/ Steven E. Clark_____
Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
Katie L. Templeton, OBA No. 21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
405/235-8488
405/235-7979  (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

On this 1st day of August, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*

/s/ Steven E. Clark_____

6