## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>(1) NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. ) | Case No. CIV-2015-1204-HE |

### FINAL WITNESS LIST OF PLAINTIFF

Consistent with the Court's Scheduling Order entered on January 7, 2016 [Doc. No. 9], Plaintiff hereby submits his Final Witness List.

| NO. | WITNESSES | TESTIMONY |
|---|---|---|
| 1. | Plaintiff, Randy Blake Patterson<br>c/o Clark & Mitchell<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Deposed.  Facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA and damages sustained by Plaintiff in his inability to complete Step 2 (CS) exam before July 1, 2013. |
| 2. | Randy and Bonnie Patterson<br>c/o Clark & Mitchell<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Parents of Plaintiff will testify as to facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA, and damages sustained by Plaintiff. |
| 3. | Kevin Smith, DDS<br>1000 N Lincoln Blvd # 200,<br>Oklahoma City, OK 73104 | Scheduled to be deposed on July 20, 2016.  Dr. Smith will testify as to his knowledge of the facts and circumstances and damages. |
| 4. | Gerald Dillon | Deposed. Facts, circumstances, and |

|     |                                                                                                                                                              |                                                                                                                                                                                                                                                     |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------ | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102<br>Philadelphia, Penn                                                    | knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation.                                                                                                             |
| 5.  | William Dooley, M.D.<br>825 NE 10th St #5200<br>Oklahoma City, OK 73104                                                                                      | Dr. Dooley will testify as to his knowledge of the facts and circumstances and damages.                                                                                                                                                             |
| 6.  | Herman Jones, PhD.<br>711 Stanton L Young Blvd # 210,<br>Oklahoma City, OK 73104                                                                             | Dr. Jones will testify as to his knowledge of the facts and circumstances and damages.                                                                                                                                                              |
| 7.  | Marion Proctor<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                                                        | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation.                                                                                   |
| 8.  | Pete Johnson<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                                                          | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation.                                                                                   |
| 9.  | Rachael Gillespie<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                                                     | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation                                                                                    |
| 10. | Mary Patterson<br>c/o Miller Dollarhide, PC<br>210 Park Avenue, Suite 2550<br>Oklahoma City, OK 73102                                                        | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation                                                                                    |
| 11. | All witnesses produced by Defendant in response to Plaintiff's Rule 30(b)(6) corporate deposition notice, filed 5/26/16 not otherwise objected to by Plaintiff. | Facts, circumstances and knowledge regarding the maters at issue in this litigation including but not limited to: (1) the March 22, 2013 Memorandum; (2) the subsequent resetting of Plaintiff's Clinical Skills Step 2 exam; and, (3) the grading of Plaintiff's |

| | | |
|---|---|---|
| | | January 7, 2013 exam taken in Los Angeles, California. |
| 12. | Catherine Marie Wittgen, M.D., F.A.C.S. c/o Miller Dollarhide, PC 210 Park Avenue, Suite 2550 Oklahoma City, OK 73102 | Defendant's Expert Witness. Generally, Dr. Wittgen will give opinion testimony regarding the cause of Plaintiff's failure to match into a residency program in 2013-2015, including but not limited to whether Dr. Patterson's lack of a USMLE Step 2 CS score prevented his licensure in sufficient time to match into a residency. |
| 13. | Dr. Jerry Vannatta c/o Office of Legal Counsel The University of Oklahoma Health Science Center 1105 N. Stonewall Avenue Suite 1221 Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 14. | Dr. Chittur Slvaram c/o Office of Legal Counsel The University of Oklahoma Health Science Center 1105 N. Stonewall Avenue, Suite 1221 Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 15. | Dr. Roxie Albrecht c/o Office of Legal Counsel The University of Oklahoma Health Science Center 1105 N. Stonewall Avenue Suite 1221 Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 16. | Dr. William Havron c/o Office of Legal Counsel The University of Oklahoma Health Science Center 1105 N. Stonewall Avenue Suite 1221 | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |

| | Oklahoma City, OK | |
|---|---|---|
| 17. | Dr. Russell Postier<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 18. | Dr. Alex Jacocks<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 19. | Dr. Jeff Bender<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 20. | Dr. Vaidy Rao<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 21. | Dr. Jody Summers Rada<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221 | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |

|     |                                                                                                                                                 |                                                                                                                                                                      |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     | Oklahoma City, OK                                                                                                                               |                                                                                                                                                                      |
| 22. | Dr. Phebe Tucker<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 23. | Dr. Rachel Franklin<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 24. | Dr. Mark Allee<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 25. | Dr. Michael Brand<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 26. | Dr. LaTasha Craig<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |

| 27. | Dr. Mark Ferguson<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
|---|---|---|
| 28. | Dr. Gary Raskob, Ph.D.<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 29. | Dr. John Dmytryk<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 30. | Dr. Raymond Cohlmia<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 31. | Dr. Kevin Haney<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 32. | Dr. Allen Wiechmann | Facts, circumstances, and knowledge |

|  | | |
|---|---|---|
|  | c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 33. | Dr. Celeste Wirsig-Wiechmann<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 34. | Dr. Ronal Legako<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 35. | Dr. Daniel O'Donoghue<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 36. | Dr. Bernard Rhone<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | Facts, circumstances, and knowledge regarding he matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation. |
| 37. | Dr. Susan Settle<br>c/o Office of Legal Counsel | Facts, circumstances, and knowledge regarding he matters at issue in this |

|  | The University of Oklahoma Health Science Center<br>1105 N. Stonewall Avenue<br>Suite 1221<br>Oklahoma City, OK | litigation; knowledge of any other facts or circumstances relevant to this litigation. |
|---|---|---|
| 38. | Other witnesses to be identified as discovery progresses and in accordance with the Court's Scheduling Order in this case. |  |
| 39. | All witnesses listed by Defendant to whom Plaintiff does not object. |  |
| 40. | All witnesses necessary for rebuttal or impeachment. |  |
| 41. | All witnesses necessary for identification and/or authentication of any exhibits/documents. |  |

.

Plaintiff specifically reserves the right to list additional witnesses as discovery is ongoing and in accordance with the Pre-Trial Disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Steven E. Clark_____
Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
Katie L. Templeton, OBA No. 21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
405/235-8488
405/235-7979   (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

On this 1st day of August, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*

                                              /s/ Steven E. Clark_____