# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1204-HE |
| | ) | |
| (1) NATIONAL BOARD OF | ) | *(Formerly District Court of Oklahoma* |
| MEDICAL EXAMINERS, | ) | *County Case No. CJ-2015-5283)* |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Jack S. Dawson, Amy L. Alden, Andrea R. Rust and Patrick H. Lane, attorneys for Defendant, National Board of Medical Examiners, hereby notify the clerk and counsel in this case of their change of address. All notices regarding the case should be sent to the address below.

Dated this 5th day of August, 2016.

                                                                               Respectfully submitted,

                                                          /s/ Amy L. Alden
                                         Jack S. Dawson, OBA No. 2235
                                         Amy L. Alden, OBA No. 16978
                                         Andrea R. Rust, OBA No. 30422
                                         Patrick H. Lane, OBA No. 30885
                                         MILLER DOLLARHIDE, P.C.
                                         309 N.W. 9th Street
                                         Oklahoma City, OK 73102
                                         Telephone: (405) 236-8541
                                         Facsimile:  (405) 235-815
                                         jdawson@millerdollarhide.com
                                         aalden@millerdollarhide.com
                                         arust@millerdollarhide.com
                                         plane@millerdollarhide.com
                                         ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Steven E. Clark, clark@clarkmitchell.com
    Heather Mitchell, heather@clarkmitchell.com
    Katie L. Templeton, katie@clarkmitchell.com

                                             /s/ Amy L. Alden