# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. ) | NO. CIV-15-1204-HE |

## ORDER

Defendant's unopposed motion for leave to file its response brief under seal [Doc. #62] is **GRANTED**. The referenced brief may be filed under seal.

**IT IS SO ORDERED**.

Dated this 5th day of August, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE