# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1204-HE |
| | ) | |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS

COMES NOW Defendant, National Board of Medical Examiners ("NBME"), and submits its objections to Final Exhibit List of Plaintiff [Doc. No. 60] and Final Witness List of Plaintiff [Doc. No. 61] filed herein on August 1, 2016.

NBME makes the following specific objections to Plaintiff's Final Witness List:

| WITNESS | OBJECTION(S) |
|---|---|
| Plaintiff, Randy Blake Patterson<br>c/o CLARK & MITCHELL<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Improper Opinion (FRE 701, 702) |
| Randy and Bonnie Patterson<br>c/o CLARK & MITCHELL<br>101 Park Avenue, Suite 210<br>Oklahoma City, OK 73102 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802) |
| Kevin Smith, DDS<br>1000 N Lincoln Blvd., Suite 200<br>Oklahoma City, OK 73104 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802) |

| | |
|---|---|
| Gerry Dillon<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |
| William Dooley, M.D.<br>825 NE 10th Street, Suite 5200<br>Oklahoma City, OK 73104 | Improper Opinion (FRE 701, 702) |
| Herman Jones, Ph.D.<br>711 Stanton L Young Blvd., Suite 210<br>Oklahoma City, OK 73104 | Improper Opinion (FRE 701, 702) |
| Marion Proctor<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |
| Pete Johnson<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |
| Rachael Gillespie<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |
| Mary Patterson<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |
| All witnesses produced by Defendant in response to Plaintiff's Rule 30(b)(6) corporate deposition notice, filed 5/26/2016 not otherwise objected to by Plaintiff | |
| Catherine Marie Wittgen, M.D., F.A.C.S.<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102 | |

| | |
|---|---|
| Dr. Jerry Vannatta<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Chittur Slvaram<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Roxie Albrecht<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. William Havron<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Russell Postier<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |

| | |
|---|---|
| Dr. Alex Jacocks<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until testimony more adequately identified |
| Dr. Jeff Bender<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until testimony more adequately identified |
| Dr. Vaidy Rao<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until testimony more adequately identified |
| Dr. Jody Summers Rada<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until testimony more adequately identified |
| Dr. Phebe Tucker<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until testimony more adequately identified |

| | |
|---|---|
| Dr. Rachel Franklin<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Mark Allee<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Michael Brand<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. LaTasha Craig<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Mark Ferguson [*sic*]<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |

| | |
|---|---|
| Dr. Gary Raskob, Ph.D.<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. John Dmytryk<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Raymond Cohlmia<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Kevin Haney<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Allen Wiechmann<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |

| | |
|---|---|
| Dr. Celeste Wirsig-Wiechmann<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Ronal Legako<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Daniel O'Donoghue<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Bernard Rhone<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Dr. Susan Settle<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health<br>Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Improper Opinion (FRE 701, 702)<br>Lack of Personal Knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Additional objection(s) reserved until<br>testimony more adequately identified |
| Other witnesses to be identified as<br>discovery progresses and in<br>accordance with the Court's<br>Scheduling Order in this case | |

| All witnesses listed by Defendant to whom Plaintiff does not object | |
|---|---|
| All witnesses necessary for rebuttal or impeachment | |
| All witnesses necessary for identification and/or authentication of any exhibits/documents | |

NBME makes the following specific objections to Plaintiff's Final Exhibit List:

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION | OBJECTION(S)[1] |
|---|---|---|
| 1. | Resume of Plaintiff, Randy Blake Patterson, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) |
| 2. | Student Action dated August 13, 2011 to Plaintiff signed by Herman Jones Ph.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 3. | Plaintiff's letter to Esteemed Academic Promotions Committee dated June 1, 2010 | |

[1]NBME objects to the vague descriptions of Plaintiff's exhibits.  NBME and virtually every subpoenaed party have produced documents with a bates label.  Without reference to bates number, and with the vague descriptions, NBME cannot always be sure which documents Plaintiff is listing.  NBME has attempted to go back through the documents in order to determine to which documents Plaintiff makes reference.

| | | |
|---|---|---|
| 4. | September 22, 2009 Email correspondence between Plaintiff the [sic] Jennifer S. McCartney (HSC) | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 5. | Letter dated September 18, 2009 from Scott Lee Sharp, Attorney at Law | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 6. | September 29, 2009 Email Correspondence between Plaintiff and Jody A. Summers Rada (HSC) | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 7. | October 1, 2009 Email correspondence between Plaintiff and Jody A. Summers Rada (HSC) | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 8. | Letter to University of Oklahoma College of Dentistry Admissions Committee regarding Plaintiff by Kevin S. Smith DDS | |
| 9. | April 23-24, 2012 Email correspondence between Plaintiff and Dr. Herman Jones | |
| 10. | October 17-18, 2012 Email correspondence between Plaintiff and Dr. Herman Jones | |

| 11. | Memorandum dated July 14, 2010 to Plaintiff's File from M. Dewayne Andrews, M.D. Executive Dean | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 12. | USMLE Certified Transcript of Scores dated December 16, 2013 | Objection(s) reserved until produced |
| 13. | NBME letter dated March 22, 2013 to Plaintiff and signed by Marian D. Proctor | Relevance (FRE 401, 402) Hearsay (FRE 802) |
| 14. | The University of Oklahoma Records and Enrollment Verification | The University of Oklahoma has provided in excess of 1,100 pages of records. Objection(s) reserved until produced and more specifically identified |
| 15. | Correspondence between Plaintiff and Anita Hagan at Stanford University | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified |
| 16. | Plaintiff's University of Oklahoma Transcript | None as to certified copy of transcript. Additional objection(s) reserved until produced and more specifically identified |
| 17. | Letter of Recommendation for Plaintiff from Ronal D. Legako, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 18. | Letter of Recommendation for Plaintiff from Russell G. Postier, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 19. | Letter of Recommendation for Plaintiff from Vaidy S. Rao, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 20. | Letter of Recommendation for Plaintiff from OU Department of Surgery | Objection(s) reserved until produced and more specifically identified. |
| 21. | Letter of Recommendation for Plaintiff from William C. Dooley, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 22. | Letter of Recommendation for Plaintiff from Roxie M. Albrecht, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 23. | Letter of Recommendation for Plaintiff from Jerry B. Vannatta, M.D. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 24. | Photographs of Plaintiff's Facebook entries | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objections reserved until produced and more specifically identified. |
|-----|-----|-----|
| 25. | Email from Plaintiff to the University of Oklahoma dated October 29, 2012, re: Interview | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 26. | Email from Plaintiff to the Stanford University dated October 30, 2012, re: Interview | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) NBME also objects because the complete email exchange was not produced. Additional objection(s) reserved until fully produced. |
| 27. | Email from Plaintiff to the Stanford University dated February 5, 2013, re: Interview | Objection(s) reserved until produced. |
| 28. | Email from Plaintiff to the Stanford University dated February 8, 2013, re: Interview | Objection(s) reserved until produced. |
| 29. | Email from Plaintiff to the Stanford University dated October 21, 2013, re: Interview | Objection(s) reserved until produced. |
| 30. | Email from Plaintiff to the UAMS dated November 25, 2013, re: Interview | Objection(s) reserved until produced. |

| 31. | Email from Plaintiff to the USAF dated December 3, 2013, re: Interview | Objection(s) reserved until produced. |
|---|---|---|
| 32. | Email from Plaintiff to the University of Colorado dated December 27, 2013, re: Interview | Objection(s) reserved until produced. |
| 33. | Email from Plaintiff to the Wake Forest Baptist Medical Center dated December 27, 2013, re: Interview | Objection(s) reserved until produced. |
| 34. | Email from Plaintiff to the Vanderbilt University Medical Center dated January 20, 2014, re: Interview | Objection(s) reserved until produced. |
| 35. | Email from Plaintiff to the University of Washington dated January 24, 2014, re: Interview | Objection(s) reserved until produced. |
| 36. | Email from Plaintiff to the John Hopkins dated January 28, 2014, re: Interview | Objection(s) reserved until produced. |
| 37. | Email from Plaintiff to the University of Oklahoma dated January 30-31, 2014, re: Interview | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) NBME also objects because the complete email exchange was not produced. Additional objection(s) reserved until fully produced. |
| 38. | Email from Plaintiff to the Medical University of [sic] dated February 5, 2014, re: Interview | Not sufficiently identified for NBME to know to which University Plaintiff refers. Objection(s) reserved until produced. |
| 39. | Email from Plaintiff to the University of Oklahoma-Tulsa dated December 12, 2014, re: Interview | Objection(s) reserved until produced. |

| 40. | Email from Plaintiff to the University of Oklahoma-Tulsa dated January 26, 2015, re: Interview | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) NBME also objects because the complete email/email exchange was not produced. Additional objection(s) reserved until fully produced. |
| --- | --- | --- |
| 41. | AT&T Phone Records of Plaintiff | None as to records from March and April 2013. Additional objection(s) reserved until produced and more specifically identified. |
| 42. | USMLE Scheduling Permit Eligibility August 30, 2012 - August 30, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 43. | Correspondence between NBME and Plaintiff re: power outage, dated March 22, 2013 | There is more than one correspondence between NBME and Plaintiff dated March 22, 2013. Objection(s) reserved until produced and/or more specifically identified. |
| 44. | USMLE Correspondence with Plaintiff, dated April 28, 2013 | Objection(s) reserved until produced and/or more specifically identified. |
| 45. | USMLE Registration Documentation | Objection(s) reserved until produced and/or more specifically identified. |

| 46. | Summary of Incident and Statement of Concern submitted by Plaintiff to USMLE, dated January 7, 2013 | Relevance (401, 402) Hearsay (FRE 802) Prejudicial, Confusion of the Issues, and Misleading (FRE 403) Identification and Authentication (FRE 901) |
|---|---|---|
| 47. | Summary of Incident and Statement of Concern submitted by test takers (names redacted) to USMLE, dated January 7, 2013 | Relevance (401, 402) Hearsay (FRE 802) Prejudicial, Confusion of the Issues, and Misleading (FRE 403) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 48. | 2013 Bulletin of Information | |
| 49. | NBME Licensing Exam Services Permit Available Dates | Objection(s) reserved until produced and/or more specifically identified. |
| 50. | National Resident Matching Program Applicant Rank Order List | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Plaintiff prepared more than one Rank Order List. Additional objection(s) reserved until produced and more specifically identified. |

| | | |
|---|---|---|
| 51. | National Resident Matching Program Results & Data | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Plaintiff does not identify to which year's results and data he refers.  Additional objection(s) reserved until produced and more specifically identified. |
| 52. | *A Critical Review of Standardized Patient Examination as Part of the USMLE*.  AMA Journal of Ethics, Hilary Johnson, Ph.D., December 2003, Vol. 5, No. 12 | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 53. | *The Step 2 Clinical Skills Exam - A Poor Value Proposition*.  The New England Journal of Medicine, March 7, 2013 | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 54. | *Quality, Cost, and Value of Clinical Skills Assessment*.  The New England Journal of Medicine, 368;10 [sic], March 7, 2013 | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 55. | *A July Spike in Fatal Medication Errors and a Possible Effect of New Medical Residents.*  Department of Sociology, University of California San Diego, David P. Phillips, Ph.D. & Gwendolyn E.C. Barker, BA | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 56. | *C. Earl Grant v. National Board of Medical Examiners, et. al.*, Case No. 7:07-cv-996, United States District Court Northern District of New York. Decision and Order. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| 57. | *Sophie C. Currier, on behalf of herself and on behalf of Lea M. Gallien-Currier v. National Board of Medical Examiners.*  Commonwealth of Massachusetts, Appeals Court, 07-J-434.  Order. | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| 58. | *Medical students confront a residency black hole*, Fortune.com, Elizabeth G. Olson, April 1, 2013 | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| 59. | National Provider Identifiers Registry | Objection(s) reserved until produced and more specifically identified. |

| 60. | Form 990 Return of Organization Exempt from Income Tax, 2012 NBME | Relevance (FRE 401, 402) Prejudicial, Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 61. | USMLE Application of Plaintiff submitted August 29, 2012 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 62. | USMLE Application of Plaintiff submitted April 24, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 63. | Plaintiff's AT&T Records (March and April, 2013) | |
| 64. | Incident Report dated March 22, 2013 from Defendant | Objection(s) reserved until produced and more specifically identified. |
| 65. | Written notification made by Plaintiff of Incomplete Examination Record | Objection(s) reserved until produced and more specifically identified. |
| 66. | Plaintiff's Certification of Identification and Authorization Form | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 67. | USMLE Applicant Registrations | Objection(s) reserved until produced and more specifically identified. |

| 68. | Examinee Inquiry for Score Report dated March 25, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 69. | Examine Inquiry for EP Ext/Change dated August 23, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 70. | Email dated April 26, 2013 between Plaintiff and USMLE re: Reimbursement for fees paid for retake | Objection(s) reserved until produced. |
| 71. | Seven USMLE Examinee Reports of Incident dated January 7, 2013 | Relevance (FRE 401, 402) Cumulative (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 72. | Interruption/Resuming the Exam Procedure | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 73. | Score Recheck Request Form for USMLE completed by Plaintiff | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 74. | Correspondence from Harolyn Johnson, NBME dated January 28, 2013 to Plaintiff re: recheck responses on 12/22/2012 USMLE Step 2 CK | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 75. | Correspondence, page 1-2, from Marian Proctor, NBME dated March 27, 2013 to Plaintiff re: Power Outage | Relevance (FRE 401, 402) Cumulative (FRE 403) Hearsay (FRE 802) |
|-----|-----|-----|
| 76. | March 22, 2013 Letter to Plaintiff from NBME, Marian D. Proctor re: Power Outage | Relevance (FRE 401, 402) Cumulative (FRE 403) Hearsay (FRE 802) |
| 77. | USMLE Step 1 and Step 2 CK Eligibility Period Extension Form signed by Plaintiff on August 23, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 78. | Email dated April 16, 2015 to Plaintiff from NBME requesting duplicate transcript mailed to alternate address | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 79. | Email dated August 30, 2012 to Plaintiff from USMLE re: registration incomplete | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 80. | Email dated August 30, 2012 to Plaintiff from USMLE re: Registration complete | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 81. | Email dated August 31, 2012 to Plaintiff from USMLE re: Scheduling permit | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 82. | USMLE Test Administration and Processing Problems-Decision Rules | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 83. | Email dated March 6, 2013 from Diane Convery to Kevin Balog, Gerry Dillon, cc: Kimberly A. Swygert, Re: response to Plaintiff regarding power outage | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 84. | Email dated February 25, 2013 from Kevin Balog to Diane Convery, Gerry Dillon, cc: Kimberly A. Swygert, Re: report of power outage | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 85. | Plaintiff's Medical Student Performance Evaluation dated October 1, 2012 prepared by Herman Jones | Relevance (FRE 401, 402) Confusion of the Issues (FRE 403) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until more specifically identified. |
| 86. | NBME letter dated January 13, 2013 to Plaintiff re: confirming presence for Step 2 CS exam | Objection(s) reserved until produced and more specifically identified |
| 87. | NBME letter dated August 6, 2013 to Plaintiff re: confirming presence for Step 2 CS exam | Objection(s) reserved until produced and more specifically identified |
| 88. | Email dated August 8, 2013 to Marian Proctor from Plaintiff requesting expedited test results from exam on August 6, 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 89. | MedScape Physicians Compensation Report for 2013 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| --- | --- | --- |
| 90. | MedScape Physicians Compensation Report for 2014 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| 91. | MedScape Physicians Compensation Report for 2015 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) Additional objection(s) reserved until produced and more specifically identified. |
| 92. | American Medical Association Medical Student Section Resolution 01(A-16) | Objection(s) reserved until produced and more specifically identified |
| 93. | Documents elicited from Defendant or discussed during 7/15/16 deposition in response to Plaintiff's 30(b)(6) Notice filed 5/26/16 | Objection(s) reserved until produced and more specifically identified |
| 94. | USMLE Score Reports dated August 6, 2013 and October 10, 2013 | Objection(s) reserved until produced and more specifically identified |
| 95. | Letter from Pepperdine University dated April 1, 2008 to Plaintiff | Objection(s) reserved until produced and more specifically identified |

| 96. | Any and all documents produced by Loma Linda University School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016 | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 97. | Any and all documents produced by The University of Oklahoma College of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 98. | Any and all documents produced by The University of Oklahoma Health Sciences Center in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 99. | Any and all documents produced by The University of Oklahoma School of Community Medicine - Tulsa in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 100. | Any and all documents produced by The University of Arkansas for Medical Sciences in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 101. | Any and all documents produced by The University of Colorado School of Medicine in response to the subpoena duces tecum issued by Defendant on or about June 1, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 102. | Any and all documents produced by The University of Virginia School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| --- | --- | --- |
| 103. | Any and all documents produced by Vanderbilt University Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 104. | Any and all documents produced by The Association of American Medical Colleges in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 105. | Any and all documents produced by Medical University of South Carolina in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 106. | Any and all documents produced by National Resident Matching Program in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 107. | Any and all documents produced by Wake Forest Baptist Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |

| 108. | Any and all documents produced by Oklahoma Christian University in response to the subpoena duces tecum issued by Defendant on or about June 23, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
|---|---|---|
| 109. | Any and all documents produced by Pepperdine University in response to the subpoena duces tecum issued by Defendant on or about July 6, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 110. | Any and all documents produced by University of Kansas Medical Center in response to the subpoena duces tecum issued by Defendant on or about June 27, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 111. | Any and all documents produced by Stanford University in response to the subpoena duces tecum issued by Defendant on or about July 11, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 112. | Any and all documents produced by AT&T, if any, in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016, to which an objection is not asserted by Defendant | Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) Identification and Authentication (FRE 901) |
| 113. | Expert Report(s), including but not limited to the expert report of Catherine Marie Wittgen, M.D., F.A.C.S., and any documents relied upon by experts, including but not limited to Catherine Marie Wittgen, M.D., F.A.C.S. | None as to the Expert Report; as to "any documents relied upon", NBME objects as follows: Relevance (FRE 401, 402) Hearsay (FRE 802) Foundation (FRE 602) |

| 114. | Any documents listed by Defendant and to which an objection is not asserted by Plaintiff | Objection(s) reserved until produced and more specifically identified |
| 115. | Any documents revealed, produced, and/or exchanged during discovery and to which an objection is not asserted by Plaintiff | Objection(s) reserved until produced and more specifically identified |

DATED this 15th day of August, 2016.

Respectfully submitted,


 /s/   Andrea R. Rust
Jack S. Dawson, OBA #2235
Amy L. Alden, OBA #16978
Andrea R. Rust, OBA #30422
MILLER DOLLARHIDE, P.C.
309 N.W. 9th Street
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile:   (405) 235-8150
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
arust@millerdollarhide.com
***Attorneys for Defendant***


## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com

Heather Mitchell, heather@clarkmitchell.com
Katie L. Templeton, katie@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Ave., Suite 210
Oklahoma City, Oklahoma 73102
***Attorneys for Plaintiff***

  /s/   Andrea R. Rust