**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-15-1204-HE |
| | ) |
| (1) NATIONAL BOARD OF | ) |
| MEDICAL EXAMINERS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S WITNESS AND EXHIBIT LISTS**

COMES NOW Defendant, National Board of Medical Examiners ("NBME") and,

pursuant to the Court's Scheduling Order entered on July 7, 2016 [Doc. No. 49], submits

its Final Witness and Exhibit Lists.

**WITNESSES NBME EXPECTS TO CALL:**

| Witness Name and Contact Information | Expected Testimony |
|---|---|
| Randy Blake Patterson<br>c/o Clark & Mitchell, P.C.<br>101 Park Ave., Suite 210<br>Oklahoma City, OK 73102<br>Telephone: 405-235-8488 | Deposed. |
| Gerard Dillon, Corporate Representative of NBME<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Deposed. |
| Catherine Marie Wittgen, M.D., F.A.C.S.<br>c/o MILLER DOLLARHIDE, PC | See Expert Report. Generally, Dr. Wittgen will give opinion testimony regarding Plaintiff's failure to match into a residency program in 2013-2015 |

| | |
|---|---|
| 309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | |
| Dr. Herman Jones<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | To be deposed.  Plaintiff's Expert Witness |
| Dr. William Dooley<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | To be deposed.  Plaintiff's Expert Witness |
| All witnesses necessary for identification and/or authentication of any exhibits/documents | |

## WITNESSES NBME MAY CALL:

| **Witness Name and Contact Information** | **Expected Testimony** |
|---|---|
| Marion Proctor<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her communication(s) with Plaintiff regarding the power outage, his performance on the January 7, 2013 Step 2 CS Examination, retaking Step 2 CS, and her letter of March 22, 2013 to Plaintiff; knowledge of any other facts or circumstances relevant to this litigation |
| Pete Johnson<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | |
| Rachel Gillespie<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her review and approval of Step 2 CS retake fee waiver/fee credit for Plaintiff; knowledge of any other facts or circumstances relevant to this litigation |
| Mary Patterson<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to reimbursement to Plaintiff for retake of exam; knowledge of any other facts or circumstances relevant to this litigation |
| Rita Blake<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her communication(s) with Plaintiff and other NBME staff regarding Plaintiff's Step 2 CS retake score report; knowledge of any other facts or circumstances relevant to this litigation |
| Sheila Palmer<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her communication(s) with Plaintiff regarding Plaintiff's previous Step 2 CS registration being terminated and not appearing on his transcript; knowledge of any other facts or circumstances relevant to this litigation |
| Savonia Thorn<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her communication(s) with Plaintiff regarding his inquiry about release of his score report; knowledge of any other facts or circumstances relevant to this litigation |
| Harolyn Johnson<br>c/o MILLER DOLLARHIDE, PC<br>309 N.W. 9th Street<br>Oklahoma City, OK 73102<br>Telephone: 405-236-8541 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation, including but not limited to her communication(s) with Plaintiff regarding a recheck of his December 22, 2012 Step 2 CK; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Jerry Vannatta<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Chittur Sivaram<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Roxie Albrecht<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. William Havron<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Russell Postier<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Alex Jacocks<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Jeff Bender<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Vaidy Rao<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Jody Summers Rada<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Phebe Tucker<br>c/o Office of Legal Counsel<br>The University of Oklahoma<br>Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Rachel Franklin<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Mark Allee<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Michael Brand<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. LaTasha Craig<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Mark Fergeson<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Kevin Smith<br>c/o The Oral Facial Surgery Center<br>1000 N. Lincoln Boulevard,<br>Suite 200<br>Oklahoma City, OK 73104<br>Telephone: (405) 271-8001 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Gary Raskob, Ph.D.<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. John Dmytryk<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Raymond Cohlmia<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Kevin Haney<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue,<br>Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge  regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Allen Wiechmann<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Celeste Wirsig-Wiechmann<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Ronal Legako<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Daniel O'Donoghue<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| Dr. Bernard Rhone<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |

| | |
|---|---|
| Dr. Susan Settle<br>c/o Office of Legal Counsel<br>The University of Oklahoma Health Sciences Center<br>1105 N. Stonewall Avenue, Suite 221<br>Oklahoma City, OK 73117-1221<br>Telephone: (405) 271-2033 | Facts, circumstances, and knowledge regarding the matters at issue in this litigation; knowledge of any other facts or circumstances relevant to this litigation |
| All witnesses listed by Plaintiff to whom Defendant does not object. | |
| All witnesses necessary for rebuttal or impeachment. | |
| All witnesses necessary for identification and/or authentication of any and all documents/exhibits, if needed. | |
| Other witnesses to be identified as discovery progresses and in accordance with the Court's Scheduling Order in this case. | |

## EXHIBITS NBME EXPECTS TO USE:

| No. | Title/Description | Bates No(s). |
|---|---|---|
| 1 | 2013 Bulletin of Information | |
| 2 | Academic transcripts of Plaintiff from The University of Oklahoma College of Medicine | |
| 3 | Academic transcripts of Plaintiff from The University of Oklahoma College of Public Health | |
| 4 | Academic transcripts of Plaintiff from The University of Oklahoma School of Dentistry | |
| 5 | Academic transcripts of Plaintiff from Oklahoma Christian University | |
| 6 | Academic transcript of Plaintiff from Oklahoma Christian University provided to OUHSC | OUHSC 121 |

| 7  | Academic transcripts of Plaintiff from Pepperdine University | PEPPERDINE 00019 |
|----|--------------------------------------------------------------|------------------|
| 8  | 7/11/2016 Declaration of Custodian of Records from Bryan Reeder, Custodian of Records at Pepperdine University | PEPPERDINE 00001 |
| 9  | Academic transcripts of Plaintiff from Cascade College | |
| 10 | NRMP Applicant Report for Plaintiff | NRMP/Patterson 00106 |
| 11 | Plaintiff's NRMP Applicant Report for Match Year 2013 | NRMP/Patterson 00107-00109 |
| 12 | Plaintiff's NRMP Applicant Report for Match Year 2014 | NRMP/Patterson 00110-00111 |
| 13 | Plaintiff's NRMP Applicant Report for Match Year 2015 | NRMP/Patterson 00112 |
| 14 | 05/27/2016 Declaration of Authenticity from Janice E. Huddleston, Residency Coordinator for the University of Arkansas for Medical Sciences | R.B. Patterson Subpoena 49-50 |
| 15 | 11/4/2013 Email from Mary Beth Gresham with UAMS to Plaintiff re: not offering an invitation to interview | R.B. Patterson Subpoena 1 |
| 16 | Plaintiff's 9/15/2013 MyERAS Application for the University of Arkansas for Medical Sciences Anesthesiology program | R.B. Patterson Subpoena 2-6 |
| 17 | Plaintiff's 9/15/2013 My ERAS Application for the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 7-11 |
| 18 | Plaintiff's CV submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 13-15 |
| 19 | Plaintiff's 12/16/2013 USMLE Transcript submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 17-18 |
| 20 | Plaintiff's "Applicant Questionnaire" dated 12/20/2013 | R.B. Patterson Subpoena 36-38 |

| | | |
|---|---|---|
| 21 | Encounter summary from Neal Roberts, M.D. | R.B. Patterson Subpoena 44 |
| 22 | Encounter summary from Janice Huddleston | R.B. Patterson Subpoena 45 |
| 23 | Encounter summary from Ashley McCarty | R.B. Patterson Subpoena 46 |
| 24 | Encounter summary from Michael Macechko, M.D. | R.B. Patterson Subpoena 47 |
| 25 | Encounter summary from Claire Servy, M.D. | R.B. Patterson Subpoena 48 |
| 26 | Encounter summary from Neal Roberts, M.D. | R.B. Patterson Subpoena 44 |
| 27 | 6/8/2016 Declaration of Authenticity from Mark Fergeson, M.D., Associate Dean of Student Affairs for The University of Oklahoma College of Medicine | |
| 28 | 6/8/2016 Declaration of Authenticity from Sherry Glover, Bursar and Director of Student Financial Services for The University of Oklahoma Health Sciences Center | |
| 29 | 6/8/2016 Declaration of Authenticity from Lori Klimkowski, Registrar for The University of Oklahoma Health Sciences Center | |
| 30 | 6/8/2016 Declaration of Authenticity from Robin Howell, Assistant Dean for Student Services Public Health | |
| 31 | 6/9/2016 Declaration of Authenticity from Rita Hains, Student Coordinator II for The University of Oklahoma School of Community Medicine - Tulsa | |
| 32 | 6/9/2016 Declaration of Authenticity from Elisa A. Crouse, MD, Associate Dean for Graduate Medical Education | |

| 33 | Medical Student Performance Evaluation for Plaintiff from OUHSC, College of Medicine, dated 10/1/2012 | OUHSC 293-297 |
|---|---|---|
| 34 | 9/25/2012 Letter of Recommendation for Plaintiff from Dr. William S. Havron | OUHSC 300-301 |
| 35 | 10/31/2012 Letter of Recommendation for Plaintiff from Dr. Russell G. Postier | OUHSC 304 |
| 36 | 9/11/2012 Letter of Recommendation for Plaintiff from Dr. M. Alex Jacocks | OUHSC 307 |
| 37 | 10/17/2013 Letter of Recommendation for Plaintiff from Dr. Jeffrey S. Bender | OUHSC 309 |
| 38 | 7/27/2013 Letter of Recommendation for Plaintiff from Chittur A. Sivaram | OUHSC 311 |
| 39 | 8/14/2013 Letter of Recommendation from Dr. Jerry B. Vannatta | OUHSC 318-319 |
| 40 | OUHSC Customer Advisor Report for Fall 2009 – Medicine | OUHSC 001 |
| 41 | OUHSC Customer Advisor Report for Spring 2010 – Medicine | OUHSC 002 |
| 42 | OUHSC Customer Advisor Report for Fall 2010 – Medicine | OUHSC 003 |
| 43 | OUHSC Customer Advisor Report for Spring 2011 – Medicine | OUSHC 004 |
| 44 | OUHSC Customer Advisor Report for Summer II 2011 – Medicine | OUHSC 005 |
| 45 | OUHSC Customer Advisor Report for Fall 2011 – Medicine | OUHSC 006 |
| 46 | OUHSC Customer Advisor Report for Spring 2012 – Medicine | OUHSC 007 |
| 47 | OUHSC Customer Advisor Report for Summer II 2012 – Medicine | OUHSC 008 |

| 48 | OUHSC Customer Advisor Report for Fall 2012 – Medicine | OUHSC 009 |
|---|---|---|
| 49 | OUHSC Customer Advisor Report for Spring 2013 – Medicine | OUHSC 010 |
| 50 | OUHSC Customer Advisor Report for Fall 2013 – Public Health | OUSHC 011 |
| 51 | OUHSC Customer Advisor Report for Spring 2014 – Public Health | OUHSC 012 |
| 52 | OUHSC Application Summary Report for Plaintiff for Public Health Professional Program | OUHSC 055-058 |
| 53 | Plaintiff's AMCAS Application Report, dated 10/31/2008 | OUHSC 059-071 |
| 54 | OUHSC Application Summary Report for Plaintiff for Professional Dentistry Program | OUHSC 096-100 |
| 55 | 1/8/2015 – 1/12/2015 Email thread re: Plaintiff's Admission as a Special Student | OUHSC 103-105 |
| 56 | OUHSC Application Summary Report for Plaintiff for Medicine Program | OUHSC 118-120; 122-123 |
| 57 | Plaintiff's Application for Admission to OUHSC College of Medicine for Fall 2009 | OUHSC 124-127 |
| 58 | Plaintiff's OUHSC Medicine Enrollment Summary for Fall 2009 | OUHSC 137 |
| 59 | OUHSC Faculty Request for Grade Change, dated 7/8/2010 re: CELL 8110 | OUHSC 139; 140 |
| 60 | Plaintiff's OUHSC Medicine Enrollment Summary for Fall 2009 with notes re: grade change | OUHSC 141 |
| 61 | OUHSC Faculty Request for Grade Change, dated 6/28/2010 re: CELL 8110 | OUHSC 146 |
| 62 | OUHSC Change of Data Request, dated 6/28/2010 re: remediation of CELL 8110 | OUHSC 152 |
| 63 | OUHSC Change of Data Request, dated 6/1/2010 re: probation | OUHSC 154 |

| 64 | 11/29/2009 – 12/16/2009 Email thread re: HOLD on account Spring enrollment failure | OUHSC 155-156 |
|---|---|---|
| 65 | 6/1/2010 Letter from Plaintiff to Esteemed Academic Promotions Committee | OUHSC 161-167 |
| 66 | 11/17/2009 Emails between Dr. Phebe Tucker and Dr. Jody Summers Rada re: Plaintiff's embryology exam | OUHSC 169 |
| 67 | 9/18/2009 Letter from Attorney Scott Lee Sharp re: Plaintiff | OUHSC 172 |
| 68 | 9/22/2009 Email from Plaintiff to Jennifer S. McCartney re: absence during test block | OUHSC 173 |
| 69 | OUHSC Notes to File Student Counseling Session, dated 11/16/2009, by Dr. Phebe Tucker | OUHSC 180 |
| 70 | Student Action dated 8/31/2011 by Dr. Herman Jones re: Plaintiff's failure of shelf and didactics | OUHSC 198 |
| 71 | Student Evaluation Form for Clerkships and Clinical Electives for Family Medicine Clerkship, dated 3/16/2012 | OUHSC 237-238 |
| 72 | Student Evaluation Form for Clerkships and Clinical Electives for Medicine Clerkship, dated 2/17/2012 | OUHSC 239-240 |
| 73 | Student Evaluation Form for Clerkships and Clinical Electives for Psychiatry Clerkship, dated 12/9/2011 | OUHSC 241-242 |
| 74 | Student Evaluation Form for Clerkships and Clinical Electives for OB/GYN & Gynecology Clerkship, dated 10/28/2011 | OUHSC 243-244 |
| 75 | Student Evaluation Form for Clerkships and Clinical Electives for OB/GYN & Gynecology Clerkship, dated 8/5/2011 | OUHSC 245-246 |
| 76 | Student Evaluation Form for Clerkships and Clinical Electives for Pediatric Clerkship, dated 9/16/2011 | OUHSC 247-248 |

| 77 | Student Evaluation Form for Clerkships and Clinical Electives for OB/GYN Clerkship, dated 9/8/2011 | OUHSC 249-251 |
|---|---|---|
| 78 | OUHSC Change of College, Major, or Degree Option regarding Certificate of Public Health, dated 6/1/2015 | OUHSC 253 |
| 79 | Plaintiff's Application for Graduation regarding Certificate of Public Health, dated 4/7/2015 | OUHSC 257 |
| 80 | Plaintiff's Application for Admission to College of Public Health | OUHSC 271-273 |
| 81 | Plaintiff's Application for College of Dentistry | OUHSC 274-282 |
| 82 | Plaintiff's Resume | OUHSC 616-620 |
| 83 | 3/2/2016 Email from Dr. Kevin Haney to Dr. Raymond Cohlmia and Dr. John Dmytryk re: Plaintiff's offer to "teach" Dr. Settle's oral medicine course | OUHSC 383 |
| 84 | 3/8/2016 Email from Dr. Kevin Haney to Dr. Raymond Cohlmia and Dr. John Dmytryk re: Plaintiff's behavior towards faculty members | OUHSC 384 |
| 85 | 3/10/2016 Email from Dr. Kevin Haney to Dr. Paul Mullasseril and Dr. John Dmytryk re: student complaint | OUHSC 385 |
| 86 | 4/12/2016 and 4/13/2016 Emails between Dr. Celeste Wirsig-Wiechmann and Dr. Kevin Haney re: Plaintiff's poor performance in Oral Histology | OUHSC 386 |
| 87 | Plaintiff's USMLE Step 2 CS Score Report, dated 8/6/2013 | OUHSC 419 |
| 88 | Plaintiff's USMLE Step 2 CK Score Report, dated 10/10/2013 | OUHSC 420 |
| 89 | 12/10/2015 Letter from Dr. Kevin Haney re: meeting with Plaintiff, Dr. Smith, and Dr. Dmytryk re: Plaintiff's "oral and maxillofacial surgery" advertising | OUHSC 474 |
| 90 | U.S. News print-out re: Dr. Randy Blake Patterson | OUHSC 475-477 |

| | | |
|---|---|---|
| 91 | 12/11/2015 Emails between Plaintiff and Linda Hall and Dr. Haney re: physician licensing file and filings with State Board of Medical Licensure | OUHSC 478-481 |
| 92 | Various "advertisements" re: "oral and maxillofacial surgery" practice by Plaintiff | OUHSC 482-485; 487-495 |
| 93 | 4/12/2016 Email from Dr. Kevin Haney to Plaintiff re: meeting to discuss concerns with class performance | OUHSC 508 |
| 94 | 3/14/2016 Email from Dr. Bernard Rhone to Plaintiff re: lundeen wax up project | OUHSC 509 |
| 95 | 4/12/2016 and 4/13/2016 Emails between Dr. Kevin Haney and Dr. Wirsig re: Plaintiff's poor performance in Oral Histology | OUHSC 510-511 |
| 96 | 4/13/2016 Memo re: counseling session with Plaintiff regarding his performance in Oral Histology | OUHSC 515 |
| 97 | 3/10/2016 and 3/11/2016 Emails between Alison Seamans, Dr. Kevin Haney, and Dr. Kay Beavers, with attachment, re: PCR write-up | OUHSC 550-552 |
| 98 | 9/17/2014 Emails between Plaintiff and Dr. Herman Jones re: dean's letter MSPE | OUHSC 638 |
| 99 | 7/25/2014 Emails between Plaintiff and Dr. Herman Jones re: NMRP match | OUHSC 639 |
| 100 | 3/28/2014 Emails between Plaintiff and Dr. Herman Jones re: dean's letter | OUHSC 640 |
| 101 | 2/20/2014 Emails between Plaintiff and Dr. Herman Jones re: rank list questions | OUHSC 641-642 |
| 102 | 9/24/2013 and 9/25/2013 Emails between Plaintiff and Dr. Herman Jones re: anesthesiology personal statement | OUHSC 643-644 |
| 103 | 5/9/2013 Emails between Plaintiff and James Albertson re: plans following graduation | OUHSC 646-648 |

| | | |
|---|---|---|
| 104 | 4/22/2013 – 4/26/2013 Emails between Plaintiff and James Albertson and Herman Jones re: Step 2 CS verification | OUHSC 652-659 |
| 105 | 3/14/2013 Emails between Plaintiff and Amanda Lee and Dr. Herman Jones re: leave of absence from anesthesiology elective | OUHSC 660 |
| 106 | 2/12/2013 and 2/14/2013 Emails from Shelby Brightbill to Plaintiff re: rank order list | OUHSC 661-662 |
| 107 | 1/29/2013 – 2/1/2013 Emails between Plaintiff and Dr. Herman Jones re: match/prelim surgery | OUHSC 663-664 |
| 108 | 12/4/2012 Emails between Plaintiff and Dr. Herman Jones re: prelim surgery | OUHSC 665 |
| 109 | 10/17/2012 – 10/18/2012 Emails between Plaintiff and Dr. Herman Jones re: lab research | OUHSC 669 |
| 110 | 10/8/2012 - 10/9/2012 Emails between Plaintiff and Dr. Herman Jones re: gen surg residency | OUHSC 670 |
| 111 | 9/6/2012 Emails between Plaintiff and Dr. Herman Jones re: meeting to discuss Dean's letter and residency | OUHSC 671 |
| 112 | 8/31/2012 Email from Dr. Jones to Plaintiff re: where Plaintiff got his degree | OUHSC 672 |
| 113 | 4/23/2012 and 4/24/2012 Emails between Plaintiff and Dr. Herman Jones re: step 2 advice | OUHSC 674 |
| 114 | 12/17/2015 Email from Plaintiff to Dr. Raymond Cohlmia re: "[d]entistry is such a great profession" | OUHSC 724-725 |
| 115 | 12/11/2015 Emails between Plaintiff and Dr. Kevin Smith re: physician licensing file | OUHSC 726-729 |
| 116 | 12/8/2015 and 12/9/2015 Emails between Plaintiff and Dr. Mark Fergeson re: letter for Oklahoma Board of Medical Licensure and Supervision | OUHSC 732-733 |
| 117 | 12/26/2013 Email from Plaintiff to Mollie Draughon at Wake Forest re: a preliminary surgery (non-designated) position | Wake Forest 00004 |

| 118 | Plaintiff's MyERAS Application to The University of Oklahoma School of Community Medicine – Family Medicine, including attachments | OU-Tulsa 001-028 |
|---|---|---|
| 119 | The University of Oklahoma School of Community Medicine Interviewer Notes/Comments re: Plaintiff | OU-Tulsa 029 |
| 120 | Plaintiff's MyERAS Application to The University of Oklahoma College of Medicine – Family Medicine for 2013-2014, including attachments | OUCOM 001-030 |
| 121 | The University of Oklahoma College of Medicine Interviewer Notes/Comments re: Plaintiff from 2012-2013 | OUCOM 031 |
| 122 | Plaintiff's Admission Application to Pepperdine University for Fall 2007 Term | PEPPERDINE 00002 |
| 123 | Letter/Email from Michael E. Truschke at Pepperdine re: Plaintiff's admission as non-degree student for Summer 2007 semester | PEPPERDINE 00003 |
| 124 | 2013 Applicant Messages | AAMC_0011-0039 |
| 125 | 2013 ERAS Application Spreadsheet | AAMC_0040-0045 |
| 126 | 2013 ERAS Application Track Spreadsheet | AAMC_0046-0059 |
| 127 | 2013 ERAS Non-Medical Education Spreadsheet | AAMC_0076-0079 |
| 128 | 2013 ERAS Program Spreadsheet | AAMC_0080-0089 |
| 129 | USMLE Application for Randy Blake Patterson submitted 8/29/2012 | NBME 00001-00008 |
| 130 | USMLE Application for Randy Blake Patterson submitted 4/24/2013 | NBME 00009-00016 |
| 131 | Applicant Registration Follow-up for Randy Blake Patterson | NBME 00018 |
| 132 | USMLE Registration Inquiry for Randy Blake Patterson | NBME 00019 |
| 133 | USMLE Score Inquiry for Randy Blake Patterson | NBME 00020 |

| 134 | USMLE Score Inquiry for Randy Blake Patterson | NBME 00025 |
|---|---|---|
| 135 | 8/8/2013 Email from Plaintiff to Marian Proctor and Aida Santiago re: Step 2 CS Examination | |
| 136 | Plaintiff's MyERAS Application Form | |
| 137 | Plaintiff's Applicant Rank Order List (certified 2/26/2014) | |
| 138 | Plaintiff's Applicant Rank Order List (certified on 2/17/2015) | |
| 139 | 2014 Applicant Messages | AAMC_0119-0174 |
| 140 | 2014 ERAS Application Spreadsheet | AAMC_0175-0186 |
| 141 | 2014 ERAS Application Track Spreadsheet | AAMC_0187-0207 |
| 142 | 2014 ERAS Non-Medical Education Spreadsheet | AAMC_0224-0228 |
| 143 | 2014 ERAS Program Spreadsheet | AAMC_0229-0248 |
| 144 | 2015 ERAS Applicant Messages | AAMC_0518-0523 |
| 145 | 2015 ERAS Application Spreadsheet | AAMC_0524-0535 |
| 146 | 2015 ERAS Application Track Spreadsheet | AAMC_0536-0549 |
| 147 | 2015 ERAS Non-Medical Education Spreadsheet | AAMC_0565-0569 |
| 148 | 2015 ERAS Program Spreadsheet | AAMC_0570-0602 |
| 149 | Expert Report(s), including but not limited to the expert report of Catherine Marie Wittgen, M.D., F.A.C.S., and any documents relied upon by experts, including but not limited to Catherine Marie Wittgen, M.D., F.A.C.S. | |

**EXHIBITS NBME MAY USE:**

| No. | Title/Description | Bates No(s). |
|---|---|---|
| 150 | Match Participation Agreement for Applicants and Programs For the 2013 Main Residency Match | NRMP/Patterson 00008-00038 |
| 151 | Match Participation Agreement for Applicants and Programs For the 2014 Main Residency Match | NRMP/Patterson 00039-00070 |
| 152 | Match Participation Agreement for Applicants and Programs For the 2015 Main Residency Match | NRMP/Patterson 00071-00105 |
| 153 | Plaintiff's "Scores & Notes Page" for the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 12 |
| 154 | Medical Student Performance Evaluation for Plaintiff from OUHSC, College of Medicine, dated 10/1/2012 submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 20-24 |
| 155 | Plaintiff's Official Transcript from OUHSC for College of Medicine, dated 8/29/2013 submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 25-27 |
| 156 | Plaintiff's Official Transcript from OUHSC for Public Health Program, dated 8/29/2013 submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 28 |
| 157 | 8/14/2013 Letter of Recommendation for Plaintiff from Dr. Jerry Vannatta submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 29-30 |
| 158 | 7/27/2013 Letter of Recommendation for Plaintiff from Dr. Chittur Slvaram submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 31 |
| 159 | 9/20/2012 Letter of Recommendation for Plaintiff from Dr. Ronal D. Legako submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 32 |

| | | |
|---|---|---|
| 160 | 10/28/2013 Letter of Recommendation for Plaintiff from Dr. Roxie M. Albrecht submitted to the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 33 |
| 161 | Plaintiff's "Personal Statement" for the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 34 |
| 162 | Plaintiff's "Summary Page" for the University of Arkansas for Medical Sciences AHEC (Northwest) Program | R.B. Patterson Subpoena 35 |
| 163 | 01/06/2014 Email from R. Blake Patterson to Dr. Linda McGhee re: Residency Interview follow-up | R.B. Patterson Subpoena 40 |
| 164 | 01/13/2014 Email from R. Blake Patterson to Dr. McGhee re: Residency Interview follow-up | R.B. Patterson Subpoena 41-42 |
| 165 | Information sheet for Randy Blake Patterson, M.D. | R.B. Patterson Subpoena 43 |
| 166 | 9/26/2013 Letter of Recommendation for Plaintiff from Dr. Vaidy S. Rao | OUHSC 313 |
| 167 | 9/20/12 Letter of Recommendation for Plaintiff from Dr. Ronal D. Legako | OUHSC 316 |
| 168 | 10/28/2013 Letter of Recommendation for Plaintiff from Dr. Roxie M. Albrecht | OUHSC 326 |
| 169 | 10/25/2013 Letter of Recommendation for Plaintiff from Dr. William C. Dooley | OUHSC 329 |
| 170 | Plaintiff's "Test Scores" and "MCAT Scores" | OUHSC 340-341 |
| 171 | OUHSC Customer Advisor Report for Spring 2015 – Dentistry | OUHSC 013 |
| 172 | OUHSC Customer Advisor Report for Summer 2015 – Dentistry | OUHSC 014 |
| 173 | OUHSC Customer Advisor Report for Fall 2015 – Dentistry | OUHSC 015 |
| 174 | OUHSC Customer Advisor Report for Spring 2016 – Dentistry | OUHSC 016 |

| 175 | OUHSC Customer Advisor Report for Summer 2016 – Dentistry | OUHSC 017 |
|---|---|---|
| 176 | Plaintiff's OUHSC Financial Aid Award Summary for 2010-2011 | OUHSC 018 |
| 177 | Plaintiff's OUHSC Financial Aid Award Summary for 2011-2012 | OUHSC 020 |
| 178 | Plaintiff's OUHSC Financial Aid Award Summary for 2012-2013 | OUHSC 021 |
| 179 | Plaintiff's OUHSC Financial Aid Award Summary for 2013-2014 | OUHSC 022 |
| 180 | 10/8/2013 Email from Plaintiff to Financial Aid (HSC) re: financial aid | OUHSC 031 |
| 181 | 1/9/2015 Email from Mendy M. Schmerer to Audra D. Main and Pamela G. Jordan re: Plaintiff's financial aid aggregates | OUHSC 032 |
| 182 | National Student Loan Data System's Loan History for Plaintiff | OUHSC 033-040 |
| 183 | 1/16/2015 Email from Audra D. Main to Plaintiff re: financial aid | OUHSC 041 |
| 184 | Plaintiff's OUHSC Financial Aid Award Summary for 2009-2010 | OUHSC 079 |
| 185 | Plaintiff's Financial Aid Award Notice for 2009-2010 Aid Year | OUHSC 084-085 |
| 186 | Plaintiff's Add/Drop Request dated 8/22/2013 re: dropping Environmental Health and Practicum Prep for Fall 2013 | OUHSC 047-048 |
| 187 | Plaintiff's OUHSC PHP Enrollment Summary for Fall 2013 | OUHSC 049-050 |
| 188 | Plaintiff's Add/Drop Request dated 2/7/2013 re: adding Surg. Special Study for Fall 2012 | OUHSC 051-052 |
| 189 | Plaintiff's Admission as a Special Student application, dated 1/21/2015 | OUHSC 094 |

| 190 | Plaintiff's Add/Drop Request dated 9/26/2013 re: dropping Computer Apps for Fall 2013 | OUHSC 110 |
|---|---|---|
| 191 | Plaintiff's Admission as a Special Student application, dated 1/8/2015 | OUHSC 114 |
| 192 | Plaintiff's Authorization for Enrollment in a Special Studies Course, dated 2/3/2013 | OUHSC 128 |
| 193 | Plaintiff's OUHSC Medicine Enrollment Summary for Fall 2012 | OUHSC 129; 134-135 |
| 194 | Plaintiff's Dental Admission Test Unofficial Score Report, dated 8/30/2014 | OUHSC 131 |
| 195 | Plaintiff's Add/Drop Request dated 12/6/2012 re: adding Ophthalmology Selective for Fall 2012 | OUHSC 132-133 |
| 196 | OUHSC Faculty Request for Grade Change, dated 7/28/2010 re: BIOC 8203 | OUHSC 136 |
| 197 | 7/14/2010 Memorandum by Dr. M. Dewayne Andrews | OUHSC 181 |
| 198 | 7/7/2010 Letter from Phebe Tucker re: Plaintiff's academic standing | OUHSC 182 |
| 199 | 11/29/2011 Letter of Recommendation from Dr. Herman Jones to JFK School of Government | OUHSC 196 |
| 200 | OUHSC Notes to File Student Counseling Session, dated 7/28/2010 by Dr. Phebe Tucker | OUHSC 200 |
| 201 | OUHSC Notes to File Student Counseling Session, dated 7/12/2010 by Dr. Phebe Tucker | OUHSC 201 |
| 202 | 7/8/2012 Email from Dr. Jody Summers Rada to Dr. Phebe Tucker re: Plaintiff's final grade | OUHSC 202 |
| 203 | OUHSC Notes to File Student Counseling Session, dated 6/9/2010 by Dr. Phebe Tucker | OUHSC 203 |
| 204 | 6/10/2010 – 7/7/2010 Email thread re: embryology exam mis-key | OUHSC 204-206 |

| 205 | 7/6/2010 and 7/7/2010 Emails between Dr. Phebe Tucker and Lori A. Klimkowski re: Plaintiff's grade change | OUHSC 207 |
| 206 | 7/6/2010 Emails between Dr. Phebe Tucker and Jennifer D. Schlegel re: Plaintiff's embryology exam | OUHSC 210 |
| 207 | 7/6/2010 Emails between Dr. Phebe Tucker and Dr. Jody Summers Rada re: Plaintiff's embryology exam | OUHSC 211 |
| 208 | 6/28/2010 Email from Plaintiff to Dr. Phebe Tucker re: academic standing and appeals process | OUHSC 213 |
| 209 | 6/1/2010 Email from Dr. Jody Summers Rada to Dr. Phebe Tucker re: Plaintiff's grades, including email string with Plaintiff | OUHSC 214-218 |
| 210 | Plaintiff's OUHSC Application Summary Report for Professional Dentistry Program | OUHSC 283-287 |
| 211 | 6/3/2010 Letter from Dr. Mark Fergeson to Plaintiff re: 6/1/2010 meeting of Medical Student Promotions Committee | OUHSC 291 |
| 212 | SOPHAS 2013 Application for Plaintiff to MPH Program | OUHSC 602-615 |
| 213 | Plaintiff's Grades for US Health Care Systems, Spring 2014 | OUHSC 621-624 |
| 214 | Plaintiff's College of Public Health Program of Study, dated 4/7/2015 and 6/2/2015 | OUHSC 630 |
| 215 | OUHSC Change of College, Major, or Degree Option regarding Certificate of Public Health, dated 6/1/2015 | OUHSC 631 |
| 216 | OUHSC Application for Graduation regarding Certificate of Public Health, dated 4/7/2015 | OUHSC 632 |
| 217 | 12/22/2014 Email from Plaintiff to Dr. Randy Jones and Dr. Kevin Smith re: OU College of Dentistry Special Studies | OUHSC 347 |

| 218 | 8/17/2015 – 8/19/2015 Emails re: Plaintiff's requests to place out of courses for Dentistry curriculum | OUHSC 359-363 |
|---|---|---|
| 219 | 9/2/2015 Emails between Dr. John Dmytryk and Dr. Kevin Haney re: edits to Student Meeting memo dealing with Plaintiff's request to place out of basic sciences | OUHSC 365-367 |
| 220 | ADEA AADSAS 2015 Application | OUHSC 387; 388-406; 519-547 |
| 221 | Plaintiff's Doctor of Medicine diploma | OUHSC 418 |
| 222 | 2/24/2015 Letter from Plaintiff to various faculty members re: Plaintiff's interest in training in Oral Maxillofacial Surgery at The University of Oklahoma College of Dentistry, including Letter of Recommendation | OUHSC 434-452 |
| 223 | 9/1/2015 Student Meeting notes re: placing out of basic sciences | OUHSC 558 |
| 224 | 11/14/2015 Email from Dr. Kevin Haney to Dr. Raymond Cohlmia re: Plaintiff's lawsuit | OUHSC 562 |
| 225 | 6/19/2015 Email from Dr. John Dmytryk to Plaintiff re: Human Structure Course | OUHSC 577 |
| 226 | 3/11/2015 Email from Ken Tilashaiski to Plaintiff re: UAB MD/DMD curriculum | OUHSC 586 |
| 227 | 4/8/2015 and 4/9/2015 Emails between Plaintiff and Dr. Kevin Haney re: dental school curriculum for M.D.s | OUHSC 588 |
| 228 | DI Curriculum, 2014-2015 | OUHSC 590-591 |
| 229 | 6/19/2015 Minutes for OUCOD Deans Advisory Council | OUHSC 595-600 |
| 230 | 9/2/2015 Emails between Plaintiff and Dr. Farah Masood re: radiology class departure | OUHSC 743 |
| 231 | 9/1/2015 and 9/2/2015 Emails between Plaintiff and Dr. Raymond Cohlmia | OUHSC 744-745 |

| 232 | 8/31/2015 Email from Plaintiff to Dr. Raymond Cohlmia re: "Dentistry is the better profession" | OUHSC 746 |
|---|---|---|
| 233 | 6/16/2015 – 6/17/2015 Emails between Plaintiff and Dr. Daniel O'Donoghue re: advanced standing in College of Dentistry | OUHSC 758-760 |
| 234 | 3/23/2015 Emails between Plaintiff and Dr. Kevin Smith re: Plaintiff's representations as current trainee in OMS Residency Program at OU | OUHSC 769-771 |
| 235 | 2/25/2015 Email from Plaintiff to Dr. Kevin Haney re: attorney referral for board exam dispute | OUHSC 784 |
| 236 | 1/29/2015 Email from Plaintiff to Dr. Kevin Smith re: residency intern year and suggested letter from Dr. Smith to Internal Medicine Program Director in Tulsa | OUHSC 785 |
| 237 | 10/23/2014 Emails between Plaintiff and Dr. Kevin Smith re: recommendation and interview at Columbia University College of Physicians and Surgeons College of Dental Medicine | OUHSC 798 |
| 238 | 7/21/2014 Emails between Plaintiff and Dr. Kevin Smith re: Advanced Standing at OU | OUHSC 799-803 |
| 239 | Emails between Plaintiff and Dr. Kevin Smith re: Plaintiff's communications with UAB and UNC re: Advanced Standing programs | OUHSC 812-818 |
| 240 | Emails between Plaintiff and Dr. Daniel O'Donoghue re: anatomy lectures and failure to match for 2nd year | OUHSC 828-830; 837-839 |
| 241 | 1/20/2014 Email from Vanderbilt to Plaintiff re: Plaintiff's interest in preliminary surgery position | OUHSC 844-845 |
| 242 | 1/15/2014 Emails between Plaintiff and Dr. William Dooley re: residency letter of recommendation and contacts at Stanford, Wake Forest, or University of Colorado | OUHSC 846-848 |
| 243 | 10/16/2013 and 10/29/2013 Emails between Plaintiff and Dr. William Havron re: observation in ICU | OUHSC 851-853 |

| 244 | 7/2/2013 Email from Plaintiff to Dr. Roxie Albrecht re: strengthening himself as a surgery applicant for 2013 Match | OUHSC 889 |
|---|---|---|
| 245 | 4/30/2013 Email from Plaintiff to Dr. Chittur Sivaram re: letter of recommendation | OUHSC 892 |
| 246 | 3/25/2013, 3/27/2013 and 3/28/2013 Emails between Plaintiff and Dr. Roxie Albrecht re: residency vacancies and trauma research | OUHSC 893-894 |
| 247 | 3/21/2013 Email from Plaintiff to Dr. William Havron re: failure to secure spot in Match | OUHSC 896 |
| 248 | 10/8/2012 Email from Plaintiff to Dr. Roxie Albrecht re: letter of recommendation | OUHSC 899 |
| 249 | 9/23/2012 Email from Plaintiff to Dr. William Havron re: letter of recommendation | OUHSC 900-901 |
| 250 | 9/18/2012 and 9/21/2012 Emails between Plaintiff and Dr. Jeffrey Bender re: ERAS personal statement revision | OUHSC 904-905 |
| 251 | 9/14/2012 Email from Plaintiff to Dr. Jeffrey Bender re: ERAS personal statement review | OUHSC 906 |
| 252 | 8/29/2012 and 8/30/2012 Emails between Plaintiff and Dr. Alex Jacocks re: letter of recommendation | OUHSC 907-908 |
| 253 | 6/19/2012 Email from Plaintiff to Dr. Rachel Franklin re: meeting to discuss Family Medicine as a career | OUHSC 909 |
| 254 | 2/18/2012 and 2/26/2012 Emails between Plaintiff and Dr. Mark Allee re: SIMPLE cases and SHELF exam | OUHSC 910 |
| 255 | 2/6/2012 – 2/9/2012 Emails between Plaintiff and Deborah Cacy, and Dr. Rachel Franklin re: March FM Clerkship | OUHSC 911-913 |
| 256 | 1/22/2012 and 2/6/2012 Emails between Plaintiff and Dr. Mark Allee re: HIM Paper | OUHSC 917 |
| 257 | 3/10/2011 Email from Plaintiff to Dr. Phebe Tucker re: absence for back surgery | OUHSC 919 |

| | | |
|---|---|---|
| 258 | 6/1/2010 and 6/2/2012 Emails between Plaintiff and Dr. Phebe Tucker re: Promotion Committee hearing and grade appeal | OUHSC 931-933 |
| 259 | 3/18/2010 and 3/19/2010 Emails between Plaintiff and Dr. Phebe Tucker re: summer research inquiry | OUHSC 934-935 |
| 260 | 2/2/2010 Email from Plaintiff to Dr. Allen Wiechmann re: upcoming exam | OUHSC 937 |
| 261 | 10/14/2009 Emails between Plaintiff and Dr. Daniel O'Donoghue re: grade | OUHSC 939 |
| 262 | 7/2/2013 – 7/29/2013 Emails between Plaintiff and Dr. Jerry Vannatta re: letter of recommendation | OUHSC 948-949 |
| 263 | 10/3/2013 Email from Plaintiff to Dr. Roxie Albrecht re: ERAS Letter of Recommendation | OUHSC 967 |
| 264 | 9/16/2013 Email from Plaintiff to Dr. Roxie Albrecht re: residency match 2014 | OUHSC 968 |
| 265 | 9/5/2013 Email from Plaintiff to Dr. Roxie Albrecht re: Residency Letter of Recommendation | OUHSC 969 |
| 266 | 10/1/2009 Email from Dr. Daniel O'Donoghue to Plaintiff re: Grades | OUHSC 1031 |
| 267 | 7/24/2014 Email from Dr. Stephen Young to Plaintiff re: MD physician pursuing OMFS | OUHSC 1053 |
| 268 | 7/22/2014 Email from Dr. Stephen Young to Plaintiff re: inability to create curriculum for Plaintiff with advanced standing | OUHSC 1054 |
| 269 | 5/19/2014 Email from Plaintiff to Dr. Kevin Smith re: OMFS | OUHSC 1060 |
| 270 | Plaintiff's Incoming Course/Course Equivalent Information for Pepperdine University | PEPPERDINE 00004-00018 |
| 271 | AMCAS Information for Randy Blake Patterson I | AAMC_0001-0002 |
| 272 | ERAS Key | AAMC_0003-0010 |
| 273 | 2013 ERAS Experience Spreadsheet | AAMC_0060-0065 |

| 274 | 2013 ERAS Registrant Spreadsheet | AAMC_0097-0118 |
| 275 | 2014 ERAS Experience Spreadsheet | AAMC_0208-0213 |
| 276 | 2014 ERAS Registrant Spreadsheet | AAMC_0255-0276 |
| 277 | 2014 Application | AAMC_0277-0281 |
| 278 | 2014 Document Assignment | AAMC_0282-0305 |
| 279 | 2014 Download History | AAMC_0306-0433 |
| 280 | 2014 Medical Student Performance Evaluation | AAMC_0448-0452 |
| 281 | 2014 Personal Statement – Surgery | AAMC_0453 |
| 282 | 2014 Personal Statement – Anesthesia | AAMC_0454 |
| 283 | 2014 Personal Statement – Internal Medicine | AAMC_0455 |
| 284 | 2014 Personal Statement – Family Medicine | AAMC_0453 |
| 285 | 2014 Program Assignments (SOAP) | AAMC_0460-0471 |
| 286 | 2014 Program Assignments | AAMC_0472-0500 |
| 287 | 2015 Applicant Messages | AAMC_0502-0517 |
| 288 | 2015 ERAS Experience Spreadsheet | AAMC_0550-0554 |
| 289 | 2015 ERAS Registrant Spreadsheet | AAMC_0610-0631 |
| 290 | 2015 Application | AAMC_0632-0634 |
| 291 | 2015 Document Assignments | AAMC_0635-0650 |
| 292 | 2015 Download History | AAMC_0651-0686 |
| 293 | 2015 Medical Student Performance Evaluation | AAMC_0699-0703 |
| 294 | 2015 Personal Statement – Surgery | AAMC_0704 |
| 295 | 2015 Personal Statement – Anesthesia | AAMC_0705-0706 |

| 296 | 2015 Personal Statement – Internal Medicine | AAMC_0707-0708 |
|---|---|---|
| 297 | 2015 Personal Statement – Family Medicine | AAMC_0709-0710 |
| 298 | 2015 Program Assignments (SOAP) | AAMC_0714-0725 |
| 299 | 2015 Program Assignments | AAMC_0726-0743 |
| 300 | Examinee Inquiry #90254 for Randy Blake Patterson created March 22, 2013 | NBME 00021 |
| 301 | Examinee Inquiry #90316 for Randy Blake Patterson created March 25, 2013 | NBME 00022 |
| 302 | Examinee Inquiry #91830 for Randy Blake Patterson created April 26, 2013 | NBME 00023 |
| 303 | Examinee Inquiry #97029 for Randy Blake Patterson created August 23, 2013 | NBME 00024 |
| 304 | April 26, 2013 Email exchange between Marian Proctor and Mary Patterson | NBME 00033 |
| 305 | UNOP Image Viewer – Inquiry Summary Comment for Inquiry ID 90254 | NBME 00036 |
| 306 | Phone Call Log with note for call on 12/17/2012 with Randy Blake Patterson | NBME 00037 |
| 307 | Phone Call Log with note for call on 8/23/2013 with Randy Blake Patterson | NBME 00038 |
| 308 | Comment for Inquiry ID 90316 re: call with Randy Blake Patterson | NBME 00039 |
| 309 | Examinee Report of Incident dated 01/07/2013 | NBME 00040 |
| 310 | Examinee Report of Incident dated 01/07/2013 | NBME 00041 |
| 311 | Examinee Report of Incident dated 01/07/2013 | NBME 00042 |
| 312 | Examinee Report of Incident dated 01/07/2013 | NBME 00044 |
| 313 | Examinee Report of Incident dated 01/07/2013 | NBME 00045 |

| 314 | Examinee Report of Incident dated 01/07/2013 | NBME 00046 |
| 315 | Procedure for Interrupting/Resuming the exam | NBME 00047-00048 |
| 316 | 08/23/2013 Step 2 CK Eligibility Period Extension Form for Randy Blake Patterson | NBME 00055 |
| 317 | 08/29/2012 Email to Randy Blake Patterson from USMLE re: USMLE Application PK88610 | NBME 00057 |
| 318 | USMLE Administration and Processing Problems – Decision Rules | NBME 00069 |
| 319 | Email String between Diane Convery and Kevin Balog, et al RE: N001591101 | NBME 00070-00071 |
| 320 | Residency Match Timeline – Class of 2013 <http://www.pennstatehershey.org/c/document_library/get_file?uuid=7c20dbe0-1cdc-466f-ba57-102cf050ae28&groupId=133445> | NBME 00644-00645 |
| 321 | AAMC Roadmap to Residency | NBME 00174-00221 |
| 322 | AAMC Organization of Student Representatives "Advice on Applying to Residency Programs" | NBME 00160-00173 |
| 323 | NRMP "The Match: Charting Outcomes in the Match" 2014 Main Residency Match | NBME 00222-00516 |
| 324 | Step 2 CS Score Reporting Schedule 2013 and 2014 | NBME 00762-00763 |
| 325 | Results and Data – 2013 Main Residency Match | NBME 00646-00761 |
| 326 | Results and Data – 2015 Main Residency Match | NBME 00518-00637 |
| 327 | NRMP "How a SOAP Round Works" | NBME 00517 |
| 328 | 2013 Main Match Schedule | NBME 00073-00074 |
| 329 | National Resident Matching Program Medical School Match Day 2013 Results article | NBME 00640-00641 |

| 330 | FREIDA Online – Vanderbilt University Medical Center Program information | |
| 331 | FREIDA Online – Wake Forest University School of Medicine Program information | |
| 332 | FREIDA Online – University of Colorado Program information | |
| 333 | FREIDA Online – University of Oklahoma Health Sciences Center Program information | |
| 334 | FREIDA Online – University of Arkansas for Medical Sciences Regional Centers (Northwest) Program information | |
| 335 | FREIDA Online – University of Oklahoma School of Community Medicine Program information | |
| 336 | FREIDA Online – University of Virginia Program information | |
| 337 | FREIDA Online – Medical University of South Carolina Program information | |
| 338 | FREIDA Online – Loma Linda University Health Education Consortium Program information | |
| 339 | "Matching the Unmatched: The Role of the Medical Student Career Advisor" by Marlene Welch, MD, PhD, FACS | NBME 00638-00639 |
| 340 | 2013 NBME Annual Report | NBME 00075-00159 |
| 341 | Oklahoma Secretary of State Entity Summary for Patterson Surgical Arts LLC | NBME 00642-00643 |
| 342 | Declaration of Authenticity from Anita Hagan for Stanford University | Stanford 000001-000002 |
| 343 | February 6, 2013 Email from Anita Hagan re: phone interview with Stanford Univ for prelim position | Stanford 000003-000004 |
| 344 | Emails from R. Blake Patterson, M.D. to Anita Hagan dated December 26, 2013 and January 24, 2014 | Stanford 000005-000006 |

| | | |
|---|---|---|
| 345 | 01/27/2015 Email from R. Blake Patterson to Anita Hagan re: MD-physician training in OMFS | Stanford 000007-000008 |
| 346 | 10/29/2012 Email from Hayley Miller to Plaintiff re: General Surgery Residency Interview at OU | |
| 347 | 10/30/2012 Emails between Plaintiff and Anita Hagan re: Stanford Univ. General Surgery Training Program | |
| 348 | 2/5/2013 Email from Anita Hagan to Plaintiff re: phone interview with Stanford University for prelim position | |
| 349 | 2/8/2013 Email from Andrea Anas to Plaintiff re: Prelim Phone Interview: Stanford University – Dr. James Lau | |
| 350 | 10/21/2013 Email from Anita Hagan to Plaintiff informing Plaintiff he was not selected for an interview | |
| 351 | 11/25/2013 Email from Ashley McCarty to Plaintiff re: UAMS Northwest Residency Interview | |
| 352 | 12/3/2013 Email from Greg Reyes to Plaintiff re: FAP General Surgery | |
| 353 | 12/26/2013 and 12/27/2013 Emails between Plaintiff and Michele Parsons re: preliminary surgery training position at University of Colorado | |
| 354 | 12/27/2013 Email from Mollie Draughon to Plaintiff re: Plaintiff's request for Preliminary Consideration | |
| 355 | 1/19/2014 and 1/20/2014 Emails between Plaintiff and Stephanie Rowe Burnham at Vanderbilt re: preliminary surgery position at Vanderbilt | |
| 356 | 1/24/2014 Emails between Plaintiff and University of Washington re: preliminary surgery position | |
| 357 | 1/27/2014 and 1/28/2014 Emails between Plaintiff and Dr. Pamela A. Lipsett at Johns Hopkins re: non-designated preliminary surgery position | |

| | | |
|---|---|---|
| 358 | 12/4/2013 and 1/30/2014 Emails between Plaintiff and Dr. Steven Crawford re: residency interview at OU | |
| 359 | 1/30/2014 and 1/31/2014 Emails between Plaintiff and Kristen Dudley at Virginia re: non-designated preliminary surgery position | |
| 360 | 2/5/2014 Emails between Plaintiff and Susan Wetherholt re: non-designated preliminary surgery position at University of South Carolina | |
| 361 | 12/12/2014 Emails between Plaintiff and Katie Stahle re: Nov. 21 preliminary med interview follow-up | |
| 362 | 1/26/2015 Email from Plaintiff to Dr. Jabraan Pasha re: residency interview correspondence | |
| 363 | Plaintiff's Social Media Posts/Pages, including but not limited to Facebook and Instagram | |
| 364 | Any and all documents produced by Loma Linda University School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 365 | Any and all documents produced by The University of Oklahoma College of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016, to which an objection is not asserted by Defendant | |
| 366 | Any and all documents produced by The University of Oklahoma Health Sciences Center in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016, to which an objection is not asserted by Defendant | |
| 367 | Any and all documents produced by The University of Oklahoma School of Community Medicine - Tulsa in response to the subpoena duces tecum issued by Defendant on or about May 26, | |

| | | |
|---|---|---|
| | 2016, to which an objection is not asserted by Defendant | |
| 368 | Any and all documents produced by The University of Arkansas for Medical Sciences in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 369 | Any and all documents produced by The University of Colorado School of Medicine in response to the subpoena duces tecum issued by Defendant on or about June 1, 2016, to which an objection is not asserted by Defendant | |
| 370 | Any and all documents produced by The University of Virginia School of Medicine in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 371 | Any and all documents produced by Vanderbilt University Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 372 | Any and all documents produced by The Association of American Medical Colleges in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 373 | Any and all documents produced by Medical University of South Carolina in response to the subpoena duces tecum issued by Defendant on or about May 26, 2016, to which an objection is not asserted by Defendant | |
| 374 | Any and all documents produced by National Resident Matching Program in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |

| | | |
|---|---|---|
| 375 | Any and all documents produced by Wake Forest Baptist Medical Center in response to the subpoena duces tecum issued by Defendant on or about May 13, 2016, to which an objection is not asserted by Defendant | |
| 376 | Any and all documents produced by Oklahoma Christian University in response to the subpoena duces tecum issued by Defendant on or about June 23, 2016, to which an objection is not asserted by Defendant | |
| 377 | Any and all documents produced by Pepperdine University in response to the subpoena duces tecum issued by Defendant on or about July 6, 2016, to which an objection is not asserted by Defendant | |
| 378 | Any and all documents produced by University of Kansas Medical Center in response to the subpoena duces tecum issued by Defendant on or about June 27, 2016, to which an objection is not asserted by Defendant | |
| 379 | Any and all documents produced by Stanford University in response to the subpoena duces tecum issued by Defendant on or about July 11, 2016, to which an objection is not asserted by Defendant | |
| 380 | Any and all documents produced by The University of North Carolina at Chapel Hill in response to the subpoena duces tecum issued by Defendant on or about August 10, 2016, to which an objection is not asserted by Defendant | |
| 381 | Any and all documents produced by The University of Alabama at Birmingham, School of Dentistry in response to the subpoena duces tecum issued by Defendant on or about August 10, 2016, to which an objection is not asserted by Defendant | |
| 382 | Any and all documents produced by the Oklahoma Board of Medical Licensure and Supervision in response to the subpoena duces tecum issued by | |

|     |                                                                                                                                                                            |     |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- |
|     | Defendant on or about August 10, 2016, to which an objection is not asserted by Defendant                                                                                   |     |
| 383 | Any and all documents produced by AT&T, if any, in response to the subpoena duces tecum issued by Defendant on or about May 23, 2016, to which an objection is not asserted by Defendant |     |
| 384 | Any and all documents produced by The University of Pennsylvania, if any, in response to the subpoena duces tecum to be issued by Defendant, to which an objection is not asserted by Defendant |     |
| 385 | Any and all Declarations of Authenticity produced or provided by any third party in response to requests and/or subpoenas and to which an objection is not asserted by Defendant |     |
| 386 | Any documents listed by Plaintiff and to which an objection is not asserted by Defendant                                                                                    |     |
| 387 | Plaintiff's Discovery Responses to which an objection is not asserted by Defendant                                                                                          |     |
| 388 | Any documents produced by third parties in response to requests and/or subpoenas and to which an objection is not asserted by Defendant                                     |     |
| 389 | Any and all demonstrative aids and/or exhibits, including enlargements, to which an objection is not asserted by Defendant                                                  |     |
| 390 | Timeline and chronology of events that relate to the subject of this litigation and to which an objection is not asserted by Defendant                                      |     |
| 391 | Any and all documents relied upon by Plaintiff's expert witnesses and to which an objection is not asserted by Defendant                                                    |     |
| 392 | Any documents revealed, produced, and/or exchanged during discovery and to which an objection is not asserted by Defendant                                                  |     |

Respectfully submitted,

_____/s/ Andrea R. Rust_____
Jack S. Dawson, OBA No. 2235
Amy L. Alden, OBA No. 16978
Andrea R. Rust, OBA No. 30422
MILLER DOLLARHIDE, P.C.
309 N.W. 9th St.
Oklahoma City, OK 73102
Telephone: (405) 236-8541
Facsimile:   (405) 235-8150
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
arust@millerdollarhide.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
Katie L. Templeton, katie@clarkmitchell.com

_____/s/ Andrea R. Rust_____