IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RANDY BLAKE PATTERSON, )
)
Plaintiff, )
)
v. ) Case No. CIV-15-1204-HE
)
NATIONAL BOARD OF MEDICAL )
EXAMINERS, )
)
Defendant. )

## AMENDED NOTICE OF DEPOSITION

To:  Steven E. Clark
Heather Mitchell
Katie Templeton
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of Civil Procedure, National Board of Medical Examiners, Inc., Defendant in the above-entitled and numbered cause, intends to take the oral deposition of HERMAN JONES, Ph.D., on the date and at the place stated below:

WITNESS:            Herman Jones, Ph.D.

DATE AND TIME:      Wednesday, August 31, 2016 at 1:00 p.m.

PLACE:              DAVID L. BOREN STUDENT UNION, ROOM 265
                    1106 North Stonewall Ave.
                    Oklahoma City, OK 73117

A copy of the Subpoena issued to Herman Jones, Ph.D., is attached hereto.

The deposition will continue from day to day until completed. Said deposition is being taken for the purposes of discovery and for use at trial, as well as all other purposes permitted by law. Please take notice that the deposition will be recorded by audio and stenographic means as provided by the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

Respectfully submitted,

/s/ Amy L. Alden
Jack S. Dawson, OBA #2235
Amy L. Alden, OBA No. 16978
MILLER DOLLARHIDE, PC
309 NW 9th Street
Oklahoma City, Oklahoma 73102
Telephone: (405) 236-8541
Facsimile: (405) 235-8130
jdawson@millerdollarhide.com
aalden@millerdollarhide.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven E. Clark, clark@clarkmitchell.com
Heather Mitchell, heather@clarkmitchell.com
Katie Templeton, Katie@clarkmitchell.com
CLARK & MITCHELL, P.C.
101 Park Ave., Suite 210
Oklahoma City, Oklahoma 73102
***Attorneys for Plaintiff***

/s/ Amy L. Alden

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| RANDY BLAKE PATTERSON <br> *Plaintiff* <br> v. <br> NATIONAL BOARD OF MEDICAL EXAMINERS <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. CIV-15-1204-HE |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    HERMAN JONES, Ph.D.
c/o Executed Secretary for the Board of Regents, 660 Parrington Oval, Norman, OK 73019

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: DAVID L. BOREN STUDENT UNION, ROOM 265 <br> 1106 North Stonewall Ave., Oklahoma City, OK 73117 | Date and Time: <br> 08/31/2016 1:00 pm |
|---|---|

The deposition will be recorded by this method: _____

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   08/29/2016

*CLERK OF COURT*

_____        OR        *[signature]*
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Defendant, National Board of Medical Examiners_____, who issues or requests this subpoena, are:
Jack S. Dawson, Amy L. Alden, Andrea R. Rust, MILLER DOLLARHIDE, P.C., 309 NW 9th Street, Oklahoma City, OK 73102; (405) 236-8541; jdawson@millerdollarhide.com; aalden@millerdollarhide.com; arust@millerdollarhide.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).