**NBME**

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

Telephone: (215) 590-9725
E-mail: testadmin@nbme.org
Fax: (215) 590-9457

March 22, 2013

Randy Blake Patterson

USMLE ID#: 5-267-835-6

Dear Mr. Patterson:

I am writing on behalf of the National Board of Medical Examiners (NBME) regarding your January 7, 2013, USMLE Step 2 CS examination. Based upon a review of information after the administration, it appears that a power outage affected your examination and prevented us from receiving a complete patient note for one encounter.

Your performance on the examination is below the passing level. Although it is impossible to determine if this had any impact on your performance, some improvement on the encounter in question may have made a difference in the pass/fail status of your examination. Under the circumstances, we are offering you the opportunity to retake the entire USMLE Step 2 CS examination without fee. Please allow two or three business days to reset you in our system before reapplying. The online application system requires the selection of a payment option; please select **check/money order**. After completing your application, please contact our registration department via e-mail at usmlereg@nbme.org or by phone at (215) 590-9700 so that the fee waiver can be applied. Please note that you must submit your application within six months of the date of this letter.

In addition, we will reimburse the cost of reasonable travel expenses for the retest. This will include coach class airfare and reasonable hotel rate for a two-night stay. You must submit to me the original receipts for your travel expenses. You will then be reimbursed for those expenses deemed reasonable. Please note that system update and quality assurance processes may delay score reporting for examinees testing from mid-October to mid-November of this year. Therefore, you may want to take this into account when planning your retest.

Sincerely,

*Marian D. Proctor*
Marian D. Proctor
Test Administration Specialist, USMLE

**EXHIBIT 2**