From: "Rachael Gillespie" <rgillespie@nbme.org>
To: 'ESSThirdPartyArchive' <ESSThirdPartyArchive@nbme.org>
Date: 4/26/2013 1:16:06 PM
Subject: FW: Refund for Randy Blake - 52676356

-----Original Message-----
From: Marian Proctor
Sent: Friday, April 26, 2013 1:14 PM
To: Rachael Gillespie
Subject: Refund for Randy Blake - 5-267-835-6

-----Original Message-----
From: Mary Patterson
Sent: Friday, April 26, 2013 10:08 AM
To: Marian Proctor
Subject: RE: CACT Action(s) Completed

Add him as a fee refund.

Mary

-----Original Message-----
From: Marian Proctor
Sent: Friday, April 26, 2013 9:06 AM
To: Mary Patterson
Subject: RE: CACT Action(s) Completed

Mary,

Examinee left me a message that he paid for this retake with a credit card and wants to know about reimbursement. Do I just add him to the fee waiver list and request a full refund of his fee?

Thanks
Marian

4_26_2013

EXHIBIT
3