**Katie DiMartino**

**From:** Rachael Gillespie (JIRA) <jira@nbme.org>
**Sent:** Friday, April 26, 2013 1:20 PM
**To:** Katie Pierson
**Subject:** [JIRA] (APPDESK-8035) Enter $1200 credit - 52678356

**JIRA**

 Rachael Gillespie created APPDESK-8035
**Enter $1200 credit - 52678356**

| | |
|---|---|
| Issue Type: | Issue |
| Assignee: | Unassigned |
| Components: | Examinee Support Services |
| Created: | Apr 26, 2013 01:15 PM |
| Description: | Please enter a $1200 credit for 52678356, Step 2 CS, Ref RE98678. The examinee was approved for a fee waiver for this reg by Test Admin. |
| Project: | ADS-Application Support Desk |
| Priority: | Major |
| Reporter: | Rachael Gillespie |

This message is automatically generated by JIRA.
If you think it was sent incorrectly, please contact your JIRA administrators.
For more information on JIRA, see: http://www.atlassian.com/software/jira

**EXHIBIT 4**

NBME 00035