| | |
|---|---|
| From: | Patterson, Randy B (HSC) |
| Sent: | Thursday, August 08, 2013 10:34 AM |
| To: | Marian Proctor |
| Cc: | Aida Santiago |
| Subject: | RE: Your Step 2 CS Examination |
| Attachments: | 20130808_080547.jpg; Your Step 2 CS Examination.rtfd.zip |

Marian,

Greetings! I just wanted to follow-up with you regarding the status of my USMLE Step 2 CS Examination. I took the Clinical Skills examination in Los Angeles this week on Tuesday August 6 at 8:00 A.M. Pacific Time. Enclosed is the form I received from the testing center here in LA documenting completion of the CS Examination. I've also enclosed the original attachment I received from NBME regarding the administration of my first CS examination attempt on January 7, 2013.

Its my understanding that the CS Examination takes a few months to grade. Is there any way that perhaps the NBME can expedite the grading of my CS Examination?
 Until the Residency committee at my training institution has verification that I've passed the CS exam, I'm not permitted patient contact. I understand that the NBME had no control over the inadvertant power failure (or the stability of Los Angeles' power grid for that matter) that I experienced during the adminstration of my CS examination in January. Nor do I have any control over that, but because of this incident I have been removed from patient contact in my program, and am severely restricted in carrying out my clinical duties. This has become a hindrance to my education as a Physician. Admittedly this was a truly unique circumstance, and any assistance the NBME can offer in expediting the grading of the exam would be greatly appreciated, so that I can resume my post-graduate training.

Thank you for your patience and generosity in assisting me with this matter. I've retained the receipts for my hotel and airfare, per your previous instructions. As was requested, I booked coach airfare roundtrip from OKC to LAX, and stayed in one of the hotels recommended by the First Aid for USMLE Step 2 CS Exam study guide, (the Residence Inn Marriott, 0.4 miles from the Facility where the CS Exam is administered).

Kind regards,
R. Blake Patterson, M.D.


Randy Blake Patterson, M.D.
University of Oklahoma College of Medicine Class of 2013
[redacted]


From: Marian Proctor [MProctor@NBME.org]
Sent: Wednesday, March 27, 2013 6:32 AM
To: Patterson, Randy B (HSC)
Cc: Aida Santiago
Subject: Your Step 2 CS Examination

1

EXHIBIT
5

This message has been archived. View the original item
http://evmail1.hsc.net.ou.edu/EnterpriseVault/ViewMessage.asp?VaultId=1807BA98A29F04A4DB0DE13954F1129691110000evault&Savesetid=201305128375226~201303271133020000~Z~A125AFE38A7E6631DA5AE708F1C57951View the original item

Dear Mr. Patterson:

Please review the attached correspondence relating to your Step 2 CS Examination.

Thank you

Marian D. Proctor

Test Administration Specialist, USMLE

National Board of Medical Examiners

3750 Market Street

Philadelphia, PA 19104

215.590.9725

mpr
Attachments:
 780889_3222013_14_198911.pdf (41 KB)
http://evmail1.hsc.net.ou.edu/EnterpriseVault/ViewMessage.asp?VaultId=1807BA98A29F04A4DB0DE13954F1129691110000evault&Savesetid=201305128375226~201303271133020000~Z~A125AFE38A7E6631DA5AE708F1C57951&Attachmentid=1780889_3222013_14_198911.pdf