# Step 2 CS

Overview | On The Test Day | Exam Format | Schedule | Test Centers | Scoring | **Reporting Schedule**

## Score Reporting Schedule

Step 2 CS examinees are grouped into testing periods according to the dates on which they test. The first results for a given testing period will be issued on the first day of the corresponding reporting period, and it is expected that results for the vast majority of examinees who take the exam during the testing period will be reported on this date. However, it is important to note that there will likely be a small number of examinees for whom scoring and quality assurance are not completed by the first day of the reporting period; these will typically be examinees who took the exam in the latter part of the testing period. Results for these examinees will be reported each week throughout the reporting period, and should be reported no later than the last day of the score reporting period.

2014 Reporting Schedule now available>>

### 2013 Reporting Schedule - Step 2 CS
*Released June 21, 2012*

| Testing Period | Reporting Start Date | Reporting End Date |
|---|---|---|
| January 1 - January 26 | February 27 | March 20 |
| January 27 - March 23 | April 24 | May 22 |
| March 24 - May 18 | June 12 | July 10 |
| All Test Centers Closed No testing May 19 through May 31 | | |
| June 1 - July 13 | August 14 | September 11 |
| July 14 - September 7 | October 9 | November 6 |
| September 8 - November 2 | December 4 | January 1 (2014) |
| November 3 – December 31 | January 29 (2014) | February 19 (2014) |

EXHIBIT 8

For each "Testing Period" in the above schedule, Step 2 CS scores are released every Wednesday over a corresponding four-to five-week "Reporting Period." It is expected that results for the vast majority of examinees who take the exam during the testing period will be reported on the first Wednesday of the Reporting Period. **Results for 98%-99% of examinees who take the exam during the testing period are reported by the third Wednesday in a Reporting Period.** For a small percentage of examinees (1%-2%), scoring and quality assurance may be not completed in time for these examinees to be reported by the first three reporting dates; these will typically be examinees who took the exam in the latter part of the

testing period.

Results for these examinees will be reported each week throughout the reporting period, and should be reported no later than the last day of the score reporting period. This schedule allows USMLE staff to enhance the quality assurance and data collection/scoring procedures performed prior to score reporting. Additionally, it provides examinees, as well as others who rely on Step 2 CS results, with guidelines regarding when a result will be reported for a given exam date. **These guidelines allow examinees to plan their exam registration and scheduling in order to have their results in time to meet specific deadlines, such as those related to graduation or participation in the National Resident Matching Program (NRMP), or "the Match."**

## 2014 Reporting Schedule - Step 2 CS

*Calendar released June 4, 2013*

| Testing Period | Reporting Start Date | Reporting End Date |
| --- | --- | --- |
| January 1 - January 25 | February 26 | March 19 |
| January 26 - March 22 | April 23 | May 21 |
| March 23 - May 17 | June 18 | July 16 |
| May 18 - July 12 | August 13 | September 10 |
| July 13 - September 6 | October 8 | November 5 |
| September 7 - November 1 | December 3 | December 31 |
| November 2 - December 31 | February 4 (2015) | February 25 (2015) |

Note: In each scoring cohort there will be occasional dates when individual test centers or the entire testing network are unavailable. These are typically known in advance, and the dates will be displayed as unavailable when examinees schedule appointments.

For each "Testing Period" in the above schedule, Step 2 CS scores are released every Wednesday over a corresponding four-to five-week "Reporting Period." It is expected that results for the vast majority of examinees who take the exam during the testing period will be reported on the first Wednesday of the Reporting Period. **Results for 98%-99% of examinees who take the exam during the testing period are reported by the third Wednesday in a Reporting Period.** For a small percentage of examinees (1%-2%), scoring and quality assurance may be not completed in time for these examinees to be reported by the first three reporting dates; these will typically be examinees who took the exam in the latter part of the testing period. Results for these examinees will be reported each week throughout the reporting period, and should be reported no later than the last day of the score reporting period.

This schedule allows USMLE staff to enhance the quality assurance and data collection/scoring procedures performed prior to score reporting. Additionally, it provides examinees, as well as others who rely on Step 2 CS results, with guidelines regarding when a result will be reported for a given exam date. **These guidelines allow examinees to plan their exam registration and scheduling in order to have their results in time to meet specific deadlines, such as those related to graduation or participation in the National Resident Matching Program (NRMP), or "the Match."**