# ReedSmith

**Brent R. Gary**
Direct Phone: +1 703 641 4338
Email: bgary@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA 22102
Tel +1 703 641 4200
Fax +1 703 641 4340
reedsmith.com

July 7, 2016

*Via E-Mail - aalden@millerdollarhide.com*

Amy L. Alden
Miller Dollarhide, P.C.
210 Park Avenue
Suite 2550
Oklahoma City, OK 73102

Re: *Randy Blake Patterson v. National Board of Medical Examiners*
   Civil Action CIV-2015-1204-HE
   Notice of Subpoena Duces Tecum to National Resident Matching Program

Dear Amy:

In connection with the above-referenced Subpoena, enclosed please find un-redacted responsive documents in NRMP's possession, bates labeled NRMP/Patterson 00106-000112.

Please feel free to call me if you have any questions.

Sincerely,

Brent R. Gary

BRG:dva
Enclosures

cc:   Katie L. Templeton, Esq.


EXHIBIT 9

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦
PARIS   PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-127327599.2

**NRMP Applicant Report**

| | |
|---|---|
| Last Name | Patterson |
| Middle Name | Blake |
| First Name | Randy |
| Old First Name | |
| Old Last Name | |
| AAMC ID | 12892037 |
| Last 4 SSN | ■■■ |
| USMLE ID | 52678356 |

Source: NRMP Data Warehouse

## NRMP Applicant Report

| | |
|---|---|
| Match Year | 2013 |
| Appointment Year | 2013 |
| Match Code | MAIN |
| Applicant Type | US_SENIOR |
| Application Status | CERTIFIED-ROL |
| NRMP Certify Date | 2/20/2013 2:58:19 |
| Withdrawn Date | |
| Withdrawn Description | |
| Graduation Date | 5/1/2013 |
| Medical School Name | University of Oklahoma COM |
| Medical School Type | U |
| Medical School Country | US |
| Partner Code | |
| ECFMG Certification | |
| Email | |
| Address 1 | |
| Address 2 | |
| City | |
| State | |
| Country | |
| Daytime Phone | |

### Programs

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1012440P0 |
| Program ACGME Code | 4400312420 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | St Josephs Hospital-AZ |
| Program City | PHOENIX |
| Program State | AZ |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1242440P0 |
| Program ACGME Code | 4402321392 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Johns Hopkins Hosp-MD |
| Program City | BALTIMORE |
| Program State | MD |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 3200440P0 |
| Program ACGME Code | 4400321402 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Mayo School of Grad Med Educ-AZ |
| Program City | SCOTTSDALE |
| Program State | AZ |

NRMP/Patterson 00107

Source: NRMP Data Warehouse

# NRMP Applicant Report

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1900440P0 |
| Program ACGME Code | 4403621245 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | U North Carolina Hospitals |
| Program City | CHAPEL HILL |
| Program State | NC |

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1820440P0 |
| Program ACGME Code | 4400521054 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Stanford Univ Progs-CA |
| Program City | STANFORD |
| Program State | CA |

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1706440P0 |
| Program ACGME Code | 4404821328 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Baylor Univ Med Ctr-Dallas-TX |
| Program City | DALLAS |
| Program State | TX |

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1702440P0 |
| Program ACGME Code | 4404721327 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Vanderbilt Univ Med Ctr-TN |
| Program City | NASHVILLE |
| Program State | TN |

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1677440P0 |
| Program ACGME Code | 4404321314 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Rhode Island Hosp/Brown Univ |
| Program City | PROVIDENCE |
| Program State | RI |

Source: NRMP Data Warehouse

## NRMP Applicant Report

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1537440P0 |
| Program ACGME Code | 4403631250 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Wake Forest Baptist Med Ctr-NC |
| Program City | WINSTON-SALEM |
| Program State | NC |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1256440P0 |
| Program ACGME Code | 4402431409 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | B I Deaconess Med Ctr-MA |
| Program City | BOSTON |
| Program State | MA |

## NRMP Applicant Report

| | |
|---|---|
| Match Year | 2014 |
| Appointment Year | 2014 |
| Match Code | MAIN |
| Applicant Type | US_GRAD |
| Application Status | CERTIFIED-ROL |
| NRMP Certify Date | 2/26/2014 6:15:25 |
| Withdrawn Date | |
| Withdrawn Description | |
| Graduation Date | 5/1/2013 |
| Medical School Name | U Oklahoma-OK City COM |
| Medical School Type | U |
| Medical School Country | US |
| Partner Code | |
| ECFMG Certification | |
| Email | |
| Address 1 | |
| Address 2 | |
| City | |
| State | |
| Country | |
| Daytime Phone | |

### Programs

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1737440P1 |
| Program ACGME Code | 4405121342 |
| Program Name | Surg-Prelim/Non-Desig |
| GME Specialty | Surgery-General |
| Program Institution | University of Virginia |
| Program City | CHARLOTTESVILLE |
| Program State | VA |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1702440P0 |
| Program ACGME Code | 4404721327 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Vanderbilt Univ Med Ctr-TN |
| Program City | NASHVILLE |
| Program State | TN |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1680440P0 |
| Program ACGME Code | 4404521315 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Medical University of SC |
| Program City | CHARLESTON |
| Program State | SC |

NRMP/Patterson 00110

Source: NRMP Data Warehouse

## NRMP Applicant Report

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1588120C0 |
| Program ACGME Code | 1203921254 |
| Program Name | Family Medicine |
| GME Specialty | Family Medicine |
| Program Institution | U Oklahoma COM-OK City |
| Program City | OKLAHOMA CITY |
| Program State | OK |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1582120C0 |
| Program ACGME Code | 1200421033 |
| Program Name | Family Medicine/Fayetteville |
| GME Specialty | Family Medicine |
| Program Institution | UAMS-Regional Programs-AR |
| Program City | Little Rock |
| Program State | AR |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1537440P0 |
| Program ACGME Code | 4403631250 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Wake Forest Baptist Med Ctr-NC |
| Program City | WINSTON-SALEM |
| Program State | NC |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1076440P0 |
| Program ACGME Code | 4400721058 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | U Colorado SOM-Denver |
| Program City | AURORA |
| Program State | CO |

| | |
|---|---|
| Match Type | NO MATCH |
| Program Code | 1024440P0 |
| Program ACGME Code | 4400521034 |
| Program Name | Surgery-Preliminary |
| GME Specialty | Surgery-General |
| Program Institution | Loma Linda University-CA |
| Program City | LOMA LINDA |
| Program State | CA |

NRMP/Patterson 00111

Source: NRMP Data Warehouse

## NRMP Applicant Report

| Field | Value |
|---|---|
| Match Year | 2015 |
| Appointment Year | 2015 |
| Match Code | MAIN |
| Applicant Type | US_GRAD |
| Application Status | CERTIFIED-ROL |
| NRMP Certify Date | 2/17/2015 9:15:22 |
| Withdrawn Date | |
| Withdrawn Description | |
| Graduation Date | 5/1/2013 |
| Medical School Name | U Oklahoma-OK City COM |
| Medical School Type | U |
| Medical School Country | US |
| Partner Code | |
| ECFMG Certification | |
| Email | [redacted] |
| Address 1 | [redacted] |
| Address 2 | [redacted] |
| City | [redacted] |
| State | [redacted] |
| Country | [redacted] |
| Daytime Phone | [redacted] |

### Programs

| Field | Value |
|---|---|
| Match Type | NO MATCH |
| Program Code | 2727140P0 |
| Program ACGME Code | 1403921352 |
| Program Name | Medicine-Preliminary |
| GME Specialty | Internal Medicine |
| Program Institution | U Oklahoma COM-Tulsa |
| Program City | TULSA |
| Program State | OK |

NRMP/Patterson 00112

Source: NRMP Data Warehouse