# Information About Rank Order Lists and NRMP Policy

## 2013 Main Residency Match℠



National Resident Matching Program ®



EXHIBIT
10

# Getting Started

∨ Listen to webcast: Creating a Rank Order List - http://www.nrmp.org/rol2013.pdf

∨ Review ROL section of User Guide

∨ Use your AAMC ID and password to login to the NRMP's *Registration, Ranking, and Results*$^{SM}$ (R3$^{SM}$) system

∨ Couples must register both partners' AAMC IDs in their NRMP files

∨ Your NRMP/AAMC ID and your ERAS/AAMC ID must be the same

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Definitions

| | | |
|---|---|---|
| **Match Status:** | ACTIVE | Registered |
| | RANKING | ROL started |
| | CERTIFIED ROL | ROL finished |
| **Fee Status:** | PAID | No fees due |
| **Credentials:** | VERIFIED | By school |
| | (US, Osteo, Canadian applicants) | |
| **ECFMG Status:** | VERIFIED | By ECFMG |
| | (IMGs & 5th Pathway applicants) | |

Reproduction is prohibited without written consent of the NRMP.

Reproduction is prohibited without written consent of the NRMP.

# NRMP®

## Welcome to the NRMP R3℠ system.

**LOGIN**

AAMC ID:

Password:

LOGIN

### Applicant Registration

Forgot Your Password?

NRMP System Requirements

Applicants who have not yet registered for a current NRMP Match must start the registration process by selecting Applicant Registration. Once registered for a current Match, applicants may use their AAMC ID and password for access to the NRMP's R3 system.

*Important Information about e-mail from the NRMP.*

BACK TO NRMP HOME

---

**Matches Open for Registration**

**Main Residency Match℠**

Main Residency Match 2013 — Open

For complete schedule of Residency Match click: ▦

**Specialties Matching Service℠ / Appointment Year**

| | |
|---|---|
| Abdominal Transplant Surgery 2014 | Opens 01/09/13 12:00 pm |
| Adolescent Medicine 2013 | Closed |
| Allergy and Immunology 2013 | Closed |
| Child and Adolescent Psychiatry 2013 | Closed |
| Colon and Rectal Surgery 2013 | Closed |
| Combined Musculoskeletal Matching Program 2014 | Opens 01/09/13 12:00 pm |
| Female Pelvic Medicine & Reconstructive Surgery 2013 | Closed |
| Laryngology 2014 | Open |
| Medical Genetics 2013 | Closed |
| Medical Specialties Matching Program 2013 | Closed |
| Neonatal-Perinatal Medicine 2013 | Closed |
| Obstetrics & Gynecology 2013 | Closed |
| Pediatric Anesthesiology 2013 | Closed |
| Pediatric Hematology/Oncology 2014 | Open |
| Pediatric Rehabilitation Medicine 2013 | Closed |
| Pediatric Specialties Fall Match 2013 | Closed |
| Pediatric Specialties Spring Match 2014 | Opens 01/23/13 12:00 pm |
| Pediatric Surgery 2014 | Open |
| Primary Care Sports Medicine 2013 | Closed |
| Radiology 2013 | Closed |
| Sleep Medicine 2013 | Closed |
| Surgical Critical Care 2013 | Closed |
| Thoracic Surgery 2014 | Opens 01/09/13 12:00 pm |
| Vascular Surgery 2014 | Open |

For complete schedule of Fellowship Matches click: ▦

National Resident Matching Program®



Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program®

# NRMP

## Applicant Options Page

Directory • Agreement

Help • Logout • Contact Us
Back to My Options

**MY PROFILE**
Update My Profile
Change My Password

**MY RANK ORDER LIST**

**UNFILLED PROGRAMS**

**MY REPORTS**

**NRMP Main Residency Match - Welcome to NRMP**

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

Our email address, nrmp@aamc.org, should be added to your personal contact, address book, "Safe", or "People I Know" (for AOL users) list to ensure you receive our communications.

| | |
|---|---|
| School: | National School of Medicine and Health Sciences |
| Fee Status: | PAID |
| Credential Status: | NOT VERIFIED |

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password | Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

Reproduction is prohibited without written consent of the NRMP.

## NRMP — Update My Profile

NRMP Main Residency Match - Welcome to NRMP

Directory - Agreement
Help - Logout - Contact Us
Back to My Option

**MY PROFILE**
Update My Profile
Change My Password

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

| Name | Options |
| --- | --- |
| Holly A Golightly | [Edit] [Couple] [Account History] |

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password | Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

## NRMP — Add Partner

NRMP Main Residency Match - Welcome to NRMP

Directory - Agreement
Help - Logout - Contact Us
Back to My Option

**MY PROFILE**
Update My Profile
Change My Password

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

Partner's AAMC ID: [12385410]

[SUBMIT]   [RESET]

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password | Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®
NRMP

Reproduction is prohibited without written consent of the NRMP.

**NRMP**

## Update Profile

NRMP Main Residency Match - Welcome to NRMP

- Inventory > Agreement
- Help > Support > Contact Us
- Back to My Options
- **MY PROFILE**
- Update My...
- Change My Password
- **ENROLLED PROGRAMS**
- **MY RANK ORDER LIST**
- **MY RESULTS**

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 123456020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

**First Name\***: Holly
**Middle Name**: A
**Last Name\***: Golightly
**Suffix**:

**US SSN** (xxx-xxx-xxxx): 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
**Canadian SIN** (xxx-xxx-xxx)
**USMLE ID\*** (xxxxxx-xxx-x): 5-555-555-5

**Birth Date** (mm/dd/yyyy): 01/01/1978

**Contact Information**

**Street Address\***: 123 Main Street

**City\***: Atlanta
**Country\***: United States
**State\***: Georgia
**Postal Code** (*U.S./Canada): 30106

**Day Phone\***: 404-676-3302
**Evening Phone**: 404-676-3302
**Fax**:

**Primary Email\***: hgolightly@armed.edu   **Confirm Primary Email\***
**Secondary Email**: hgolightly@armed.edu   **Confirm Secondary Email**

**Medical School**

**School Name\*** (Click search icon to see your school name): [search]   **Graduation Date\*** (mm/dd/yyyy): 06/2005
National School or Medicine and Health Sci

\* required fields

[SAVE] [CANCEL]

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

Terms of Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password | Enrolled Programs | My Rank Order List | My Results

National Resident Matching Program®

**NRMP**

Reproduction is prohibited without written consent of the NRMP.

# NRMP

# Institution and Program Violations

Directory • Agreement

Help • Logout • Contact Us

Back to My Options

2013 Main Match

**MY PROFILE**
- Update My Profile
- Change My Password

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

**UNFILLED PROGRAMS**

**INSTITUTION AND PROGRAM VIOLATIONS**

**APPLICANT MATCH HISTORY**

This report displays information about graduate medical education institutions and programs that have violated the National Resident Matching Program's Match Participation Agreement. Institution and program information is displayed permanently on the Institution and Program Violations report. Term limits of any sanction(s) are included to identify the length of time the sanction is in effect.

## Institution Violations

**MY SYSTEM**
- Match Information
- Match Events
- System Parameters
- Broadcast Messages
- Reports
- Fees
- Manage Violation
- Refund
- Create Billing File
- Change User Password
- Institution Information
- School Information

| Match | Institution |
|---|---|
| MAIN 2012 | National Medical Center (1011) |

*Statement* In the 2012 Main Residency Match, the Urology program at National Medical Center offered a July 2013 position to an applicant who was matched to a concurrent year position in another program.

*Sanction* The NRMP has notified the Institutional Review Committee of the ACGME of the Match violation.

## Program Violations

| Match | Institution | Program | |
|---|---|---|---|
| MAIN 2011 | American Hospital Center | 107842A0 | Radiology-Diagnostic |

*Statement* The Radiology-Diagnostic program American Hospital Center offered a 2011 Main Residency Match applicant a position to begin training on July 1, 2012. The applicant had matched to a position in another program for a July 1, 2012 start date.

*Sanction* The NRMP has identified the Radiology-Diagnostic program at American Hospital Center as a match violator in the NRMP's Registration, Ranking, and Results (R3) System until 12/07/2012.

National Resident Matching Program®

NRMP

Reproduction is prohibited without written consent of the NRMP.



# NRMP

## My Rank Order List

Directory • Agreement

Help • Logout • Contact Us

Back to My Options

**NRMP Main Residency Match - Welcome to NRMP**

MY PROFILE
Update My Profile
Change My Password

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
**AAMC ID: 12301020**

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
**Match Status: ACTIVE**

UNFILLED PROGRAMS

MY RANK ORDER LIST

**Certify List**

MY REPORTS

List

**Options**

Primary Rank Order List

View/Print ROL [10Ranks] [Delete All Ranks]

Rank    Prog Code

1

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®

NRMP



Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program®

**NRMP**

Program Search

**Program Search**

This Directory of program lists those programs currently registered for this Match. To retrieve a list of programs select Specialty, Program and/or State. Leave Institution Code blank if you want a list of programs at multiple institutions.

**Specialty:**

All Specialties
Anesthesiology
Dermatology
Emergency Medicine
Family Practice

**Program Type:**

All Program Types
Advanced
Categorical
Physician Only
Preliminary

**State/Province:**

Alaska
Arizona
Arkansas
California
Colorado

To retrieve a list of all programs at one institution, choose an institution and leave other search categories 'All'.

**Institution Code:**

**Display Records Per Page:** 50

Reproduction is prohibited without written consent of the NRMP.

## Program Search

This Directory of program lists those programs currently registered for this Match. To retrieve a list of programs select Specialty, Program and/or State. Leave Institution Code blank if you want a list of progra at multiple institutions.

**Specialty:**

| All Specialties |
|---|
| Anesthesiology |
| Dermatology |
| Emergency Medicine |
| Family Practice |

**State/Province:**

| All States |
|---|
| Alabama |
| Alaska |
| Arizona |
| Arkansas |

**Program Type:**

| All Program Types |
|---|
| Advanced |
| Categorical |
| Physician Only |
| Preliminary |

To retrieve a list of all programs at one institution, choose an institution and leave other search categories "All".

**Institution Code:**

**Display Records Per Page:** 50

To add a program to your List, click on the Program Code.

| Prog Code | Institution Name | Program Description | ACGME Code | Quota | Options |
|---|---|---|---|---|---|
| 1067040A0 | All American Med Ctr - CA | Anesthesiology | 0400511026 | 4 | Details |
| 1024040A0 | National Test Med Ctr - CA | Anesthesiology | 0400521016 | 12 | Details |
| 1820040A0 | Utopia Medical Ctr - CA | Anesthesiology | 0400521025 | 17 | Details |
| 1033040A0 | Patriotic Medical Ctr - CA | Anesthesiology | 0400521018 | 13 | Details |

4 records found.    record 1 - 4

4 records found.    record 1 - 4

NRMP
National Resident Matching Program®

Reproduction is prohibited without written consent of the NRMP.



# NRMP

## My Rank Order List

**Directory • Agreement**

**Help • Logout • Contact Us**

Back to My Options

NRMP Main Residency Match - Welcome to NRMP

**MY PROFILE**
Update My Profile
Change My Password

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: ACTIVE

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**Certify List**

**MY REPORTS**

List
Primary Rank Order List ▼

Options
View/Print ROL [10Ranks] [Delete All Ranks]

| Rank | Prog Code | |
|------|-----------|---|
| 1 ▼ | 182004OA0 | 🖫 SAVE |

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program ®

Reproduction is prohibited without written consent of the NRMP.



## NRMP

**My Rank Order List**

Directory ▪ Agreement
Help ▪ Logout ▪ Contact Us
Back to My Options

**NRMP Main Residency Match - Welcome to NRMP**

MY PROFILE
- Update My Profile
- Change My Password

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: *RANKING*

UNFILLED PROGRAMS

MY RANK ORDER LIST

**Certify List**

MY REPORTS

**List**

Primary Rank Order List ▼

**Options**

[View/Print ROL] [10Ranks] [Delete All Ranks]

| Rank | Prog Code | Description | | | |
|------|-----------|-------------|---|---|---|

| Rank | Prog Code | Description | Status | Supp List | Options |
|------|-----------|-------------|--------|-----------|---------|
| 2 ▼ | | ⌕ SAVE | | | |
| 1 | 1820040A0 | Anesthesiology Utopia Medical Center-CA | NONE ▼ | [Delete] | [Move] |

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password | Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®

NRMP

Reproduction is prohibited without written consent of the NRMP.



## NRMP

**My Rank Order List**

**Directory • Agreement**
**Help • Logout • Contact Us**
Back to My Options

NRMP Main Residency Match - Welcome to NRMP

**MY PROFILE**
Update My Profile
Change My Password

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: *RANKING*

**UNFILLED PROGRAMS**

**Certify List**

**MY RANK ORDER LIST**

**MY REPORTS**

List
Supplemental List - A   ▼

Options
[10 Ranks] [Delete All Ranks]

Rank   Prog Code
3 ▼   [SAVE]

| Rank | Prog Code | Description | | Status | Options |
|------|-----------|-------------|---|--------|---------|
| 1 | 182014OP0 | Medicine-Preliminary Utopia Medical Center-CA | | | [Delete] [Move] |
| 2 | 102414OP0 | Medicine-Preliminary National Test Medical Ctr-CA | | [Delete] | [Delete] [Move] |

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®

NRMP

Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program®

**NRMP**



## NRMP

Directory • Agreement

Help • Logout • Contact Us

Back to My Options

**MY PROFILE**
Update My Profile
Change My Password

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

# My Rank Order List

NRMP Main Residency Match - Welcome to NRMP

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/CFMG: 5-555-555-5
Match Status: RANKING

**Certify List**

List
Primary Rank Order List  ▣

Options
View/Print ROL [10Ranks] [Delete All Ranks]

Rank   Prog Code
4  ▼  [___]  🔍 **ENTER**

| Rank | Prog Code | Description | | Status | Supp List | Options |
|------|-----------|-------------|---|--------|-----------|---------|
| 1 | 1820040A0 | Anesthesiology<br>Utopia Medical Center-CA | | A | ◄ ▶ | [Delete] [Move] |
| 2 | 1046040A0 | Anesthesiology<br>Match Medical Center-MA | | B | ◄ ▶ | [Delete] [Move] |
| 3 | 1511040C0 | Anesthesiology<br>Eagle Pride Medical Ctr-DC | | | | [Delete] [Move] |

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | My Rank Order List | My Reports

Reproduction is prohibited without written consent of the NRMP.



# NRMP

## My Rank Order List

**NRMP Main Residency Match - Welcome to NRMP**

Directory • Agreement
Help • Logout • Contact Us
Back to My Options

**MY PROFILE**
• Update My Profile
• Change My Password

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: RANKING

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

**Certify List**

**List**
| Primary Rank Order List ▼ |

**Options**
[View/Print ROL] [10 Ranks] [Delete All Ranks]

**Rank    Prog Code**
| 4 | ▼ |

| Rank | Prog Code | Description | Status | Supp List | Options |
|------|-----------|-------------|--------|-----------|---------|
| 1 | 1820040A0 | Anesthesiology Utopia Medical Center-CA | A ▼ | [Delete] | [Move] |
| 2 | 1046040A0 | Anesthesiology Match Medical Center-MA | | [Delete] | [Move] |
| 3 | 1511040C0 | Anesthesiology Eagle Pride Medical Ctr-DC | B ▼ | [Delete] | [Move] |

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | My Rank Order List | My Reports

National Resident Matching Program ®

**NRMP**



# NRMP

## My Rank Order List

NRMP Main Residency Match - Welcome to NRMP

Directory · Agreement
Help · Logout · Contact Us
Back to My Options

**MY PROFILE**
· Update My Profile
· Change My Password

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: *RANKING*

**Certify List**

List
Primary Rank Order List ▾

Options
[View/Print ROL] [10Ranks] [Delete All Ranks]

Rank    Prog Code
4 ▾

Rank    Prog Code
▾       [SAVE]

| Rank | Prog Code | Description | Status | Supp List | Options |
|------|-----------|-------------|--------|-----------|---------|
| 1 | 182004040 | Anesthesiology Utopia Medical Center-CA | A ▾ | ▾ | [Delete] [Move] |
| 2 | 104604040 | Anesthesiology Match Medical Center-MA | B | ▾ | [Delete] [Move] |
| 3 | 151104000 | Anesthesiology Eagle Pride Medical Ctr-DC | | | [Delete] [Move] |

| Pgm Code | Old Rank | New Rank |
|----------|----------|----------|
| 104604040 | 2 | 1 ▾ [SAVE] [CANCEL] |

[Agreement] | [Help] | [Logout] | [Contact Us] | [Update My Profile] | [Change My Password] | Unfilled Programs | [My Rank Order List] | [My Reports]

01-2013 National Resident Matching Program ® | [Copyright Notice] | [Privacy Statement]

Reproduction is prohibited without written consent of the NRMP.



**NRMP**
National Resident Matching Program ®

Reproduction is prohibited without written consent of the NRMP.



## NRMP

### My Rank Order List

**NRMP Main Residency Match - Welcome to NRMP**

**Directory · Agreement**
Help · Logout · Contact Us
Back to My Options

**MY PROFILE**
· Update My Profile
· Change My Password

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: RANKING

**Certify List**

**List**

Primary Rank Order List ▼

**Options**    View/Print ROL| [10Ranks] [Delete All Ranks]

| Rank | Prog Code | | |
|------|-----------|---|---|
| 4 ▲▼ | | 💾 SAVE | |

| Rank | Prog Code | Description | Status | Supp List | Options |
|------|-----------|-------------|--------|-----------|---------|
| 1 | 1046040A0 | Anesthesiology Match Medical Center -MA | | B ▲▼ | [Delete] [Move] |
| 2 | 1820040A0 | Anesthesiology Utopia Medical Center-CA | A ▲▼ | | [Delete] [Move] |
| 3 | 1511040C0 | Anesthesiology Eagle Pride Medical Center-DC | | | [Delete] [Move] |

Directory| Agreement| Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs| My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®

NRMP

Reproduction is prohibited without written consent of the NRMP.

# NRMP

## Certify Rank Order List

**Directory · Agreement**

**Help · Logout · Contact Us**

Back to My Options

NRMP Main Residency Match - Welcome to NRMP

**MY PROFILE**

Update My Profile

Change My Password

**Holly A Golightly**

Senior in a U.S. Allopathic Medical School

AAMC ID: 12301020

SSN/SIN: 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

USMLE/ECFMG: 5-555-555-5

Match Status: *RANKING*

**UNFILLED PROGRAMS**

**MY RANK ORDER LIST**

**MY REPORTS**

You have **3** program(s) ranked on your primary list and **2** associated supplemental list(s).

The Match Participation Agreement to which you affixed your password during registration states that the listing of a program on your certified rank order list establishes a binding commitment to accept the position if a match results. Failure to honor that commitment may result in penalties as described in the NRMP's Violations Policy.

To have your rank order list included in the Match, you must complete the certification process by entering your password below and clicking the Submit button.

**Password:** ╍╍╍╍╍   

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |

Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement



National Resident Matching Program ®

Reproduction is prohibited without written consent of the NRMP.

# NRMP

## View Rank Order List

Summary · Agreement

Help · Logout · Contact Us

Back to My Options

**NRMP Main Residency Match - Welcome to NRMP**

MY PROFILE
- Update My Profile
- Change My Password

UNFILLED PROGRAMS

MY RANK ORDER LIST

MY REPORTS

Holly A Golightly
Senior in a U.S. Allopathic Medical School
AAMC ID: 123001020

SSN/SIN: 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
USMLE ECFMG: 5-555-555-5
Match Status: CERTIFIED ROL

### APPLICANT INFORMATION

School of Graduation: 180 - National School of Medicine and Health Sciences
ROL Last Changed: 02/19/2012 12:45 PM

Certified on: 02/19/2012 12:51 PM

Although the data collection activities of the NRMP and the AAMC are
unrelated, we are pleased to offer this link to the AAMC's Medical School
Graduation Questionnaire (GQ). If you have not done so already, please
complete the AAMC Graduation Questionnaire.                    [Graduation Questionnaire.com]

### PRIMARY RANK ORDER LIST

| Rank | Prog Code | Description | Status | Supp List |
|---|---|---|---|---|
| 1 | 1046040A0 | Anesthesiology<br>Itasca Medical Center -MA | | B |
| 2 | 1552040A0 | Anesthesiology<br>Utopia Medical Center-CA | | A |
| 3 | 1511040C0 | Anesthesiology<br>Eagle Pride Medical Ctr-DC | | |

Assigned Programs: 1552040A0

### SUPPLEMENTAL RANK ORDER LIST - A

| Rank | Prog Code | Description | Status |
|---|---|---|---|
| 1 | 1812014P0 | Medicine-Preliminary<br>Utopia Medical Center-CA | |
| 2 | 1824140P0 | Medicine-Preliminary<br>National Test Medical Ctr-CA | |

### SUPPLEMENTAL RANK ORDER LIST - B

Assigned Programs: 1046040A0

| Rank | Prog Code | Description | Status |
|---|---|---|---|
| 1 | 1046040P0 | Anesthesiology<br>Itasca Medical Center-MA | |

Questions | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | The Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

National Resident Matching Program®

NRMP

# Couples Information

- ∨ Any two applicants can couple.  A $15 per partner couples fee must be paid.

- ∨ 30 <u>unique programs</u> can be ranked by each partner before extra rank fees apply.

- ∨ Each partner enters his/her own list.  Lists <u>MUST</u> have equal number of ranks.

- ∨ Applicants participating as a couple can rank the same program more than once.

- ∨ Applicants decide what constitutes an acceptable pair of programs.  NRMP does not check this information.

- ∨ Use special code (999999999) to indicate when one partner is willing to go unmatched if the other partner matches. Code should be used at bottom of lists when other acceptable program pairs have been exhausted.

- ∨ Couples are matched on PRIMARY list only – supplemental rank order lists are <u>NOT</u> linked.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Couples Verification

Reproduction is prohibited without written consent of the NRMP.

## NRMP

### Update My Profile

NRMP Main Residency Match - Welcome to NRMP

Directory • Agreement
Help • Logout • Contact Us
Back to My Options

**MY PROFILE**
- Update My Profile
- Change My Password

**Holly A Golightly**
Senior in a U.S. Allopathic Medical School
AAMC ID: 12301020

SSN/SIN: 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
USMLE/ECFMG: 5-555-555-5
Match Status: *RANKING*

**Couple Status: PENDING**

**UNFILLED PROGRAMS**
**MY RANK ORDER LIST**
**MY REPORTS**

| Name | Options |
|---|---|
| Holly A Golightly | [Edit] [UnCouple] [Account History] |

Directory | Agreement | Help | Logout | Contact Us | Update My Profile | Change My Password |
Unfilled Programs | My Rank Order List | My Reports

Copyright © 2001-2013 National Resident Matching Program ® | Copyright Notice | Privacy Statement

## NRMP
National Resident Matching Program ®

# NRMP Fees

∨ **Registration fee** — $50

∨ **Late registration** — $50 additional (after Nov 30)

∨ **Couples** — $15 per partner

∨ **Primary ROL** — 1-20 programs: No charge

∨ **Additional programs** — $30 per program ranked

∨ **Supplemental ROL(s)** — 1-20 programs: No charge

∨ **Additional programs** — $30 per program ranked on all supplemental lists combined

∨ **Couples ROL** — 30 programs before extra fees are charged

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Deadlines and Dates

▽ **January 15, 2013**   Ranking opens in R3

▽ **January 31, 2013**   Final program quotas

▽ **February 20, 2013**
**9:00 p.m. eastern**   Ranking closes in R3

▽ **March 11, 2013**
**12:00 noon eastern**   Did I match?

▽ **March 11, 2013**
**12:00 noon eastern**   List of Unfilled Programs
(SOAP begins)

▽ **March 15, 2013**
**1:00 p.m. eastern**   Match Day
Where Did I match?

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Strategies

- Refer to *Charting Outcomes in the Match*

- Assess competitiveness
  - Specialty
  - Program
  - Yourself

- Assess the program

- Make your ROL long enough

- Go for the "reach" program

- Include a "safety" program

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# How the Match Algorithm Works

∨ Applicant proposing

∨ Starts with an attempt to place an applicant in the program ranked #1 by the applicant

∨ A tentative match occurs:

- if the program also ranked the applicant and the program has unfilled positions

- if the program is filled but the applicant is ranked higher than another applicant tentatively matched to that program

Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program®

# How the Match Algorithm Works

∀ There is <u>no</u> match if:

- the program did not rank the applicant

- the program ranked the applicant but is filled with other applicants more preferred by the program

∀ Matches are <u>final</u> when:

- when the algorithm completes its cycles, all tentative matches become final

∀ Couples match when:

- the algorithm places a couple in their highest ranked pair of programs on the PRIMARY list where BOTH matched

Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program ®

Reproduction is prohibited without written consent of the NRMP.

# NRMP

## Agreement

### NRMP Main Residency Match

Upon completion of reading the following Terms and Conditions of Match Participation, you will be provided an opportunity to signify your acceptance of them by (1) entering your NRMP Password and (2) clicking on a button labeled "I Accept" at the bottom of the page. By agreeing to these Terms and Conditions you are entering into a binding agreement to conduct your affairs related to the Match consistent with these policies. If you do not wish to accept, click the button labeled "Cancel" at the bottom of the page to leave the registration area.

Terms and Conditions of the

Match Participation Agreement

between

Applicants, the NRMP and Participating Programs

These are the terms and conditions of the Match Participatio[n] desiring to participate in the Main Match enters into by indica[ting] clicking on the I Accept button on the Registration screen. Th[e] party indicating such acceptance, however, until the Nationa[l] such party's registration. Upon the NRMP's acceptance of the binding agreement between such party and the NRMP, as w[ell] executes this Match Participation Agreement and whose reg[istration]

#### 18.0  General

If any provision of this Agreement is found in any arbitration proceeding or by any court of competent jurisdiction to be invalid, illegal, or unenforceable, that provision shall be modified to the minimum extent necessary to achieve the purpose originally intended, if possible, and the validity, legality, and enforceability of the remaining provisions will not be affected or impaired and are to be enforced to the maximum extent permitted by applicable law. If any remedy set forth in this Agreement is determined to have failed of its essential purpose, then all other provisions of this Agreement will remain in full force and effect.

Failure of any party to act or exercise its rights under this Agreement upon the breach of any other terms hereof by any other party, is not to be construed as a waiver of such a breach or prevent such party from later enforcing compliance with any or all of the terms hereof. This Agreement contains the entire agreement between the parties with respect to the Matching Program and its results. Any representations, promises, or conditions not incorporated in this Agreement shall be effective unless in writing and executed by the party against whom it is to be enforced.

**By entering your password and clicking I Accept, you agree that you have read and understood and agree to the Terms and Conditions of the Match Participation Agreement.**

# The Match Commitment

## SECTION 5.1:

"The listing of an applicant by a program on its certified rank order list or of a program by an applicant on the applicant's certified rank order list establishes a binding commitment to offer or to accept an appointment if a match results and to begin training in good faith on the date specified in the appointment contract. The same binding commitment is established during the Match Week *Supplemental Offer and Acceptance Program*SM (*SOAP*SM) if a program offers a position by listing an applicant on its preference list and the applicant accepts that offer.

Failure to honor this commitment by either party participating in a Match will be a breach of this Agreement and may result in penalties to the breaching program or applicant…an applicant who terminates or resigns a position within 45 days of the start date in the appointment contract shall be presumed to have breached this Agreement…"

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Match Waivers

In limited circumstances, the NRMP may grant a waiver of the Match commitment.

<u>Applicants</u>:

∀ Hardship

∀ Change of specialty

- must be requested by <u>January 15</u>

∀ Completion of residency postponed

*Waivers must be requested from, and can be granted only by, the NRMP.*

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Match Waivers - Consequences

## *If a waiver is approved:*

∀ The applicant may obtain another position or participate in future Match and the program may begin to recruit for the position.

## *If a waiver is not approved:*

∀ Both the applicant and program are expected to honor the Match commitment.

∀ Failure of either party to honor the Match commitment is grounds for a violation investigation and the levying of sanctions.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Communication between Applicants and Programs

## 6.0 Restrictions on Persuasion

"One of the purposes of the *Main Residency Match* is to allow both applicants and programs to make selection decisions on a uniform schedule and without coercion or undue or unwarranted pressure. Both applicants and programs may express their interest in each other; however, they shall not solicit verbal or written statements implying a commitment. Applicants shall at all times be free to keep confidential the names or identities of programs to which they have or may apply."

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program ®

# Communication between Applicants and Programs

## Section 6.0:

It is a breach of the Match Participation Agreement for:

(a) a program to request applicants to reveal ranking preferences; or

(b) an applicant to suggest or inform a program that placement on a rank order list or acceptance of an offer during *SOAP* is contingent upon submission of a verbal or written statement indicating the program's preference; or

(c) a program to suggest or inform an applicant that placement on a rank order list or a *SOAP* preference list is contingent upon submission of a verbal or written statement indicating the applicant's preference; or

(d) a program to require applicants to reveal the names or identities of programs to which they have or may apply; or

(e) a program and an applicant in the *Main Residency Match* to make any verbal or written contract for appointment to a concurrent year residency or fellowship position prior to the release of the List of Unfilled Programs.

Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program ®

# Examples of Prohibited Communication

In the 2013 Main Residency Match, Dr. Holly Golightly interviewed with the Radiation-Oncology Program at American Hospital Center. She was encouraged at the end of her interview to send the program director a note indicating her level of interest so that the director would know how or whether to rank her.

In the 2013 Main Residency Match, Dr. Harry Potter interviewed with the General Surgery program at Hogwarts Medical Center. Dr. Potter was unsure how to respond when the program director asked where else he planned to interview and if he planned to rank the Hogwarts program as his first choice.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

FAMOUS EASTERN MEDICAL SCHOOL
GENERAL HOSPITAL

Dear Applicant:

We have thoroughly enjoyed your visit with us and it is clear that you will excel wherever you choose to go.

You represent the kind of candidate that has traditionally done well in our program and we hope to have the opportunity to work with you in the coming year.

Yours sincerely,

Program Director

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Violation Investigations

∨ Report potential violation to Executive Director

∨ Information gathered by NRMP

∨ Preliminary Report reviewed by all parties

∨ Case reviewed by Violations Committee

∨ Review Panel Report to violator

∨ Violator can arbitrate

∨ Final Report distributed

Violation policy is at
http://www.nrmp.org/res_match/policies/violations.html

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Violation by an Applicant

## Final Report sent to:

- ⋎ Applicant's medical school
- ⋎ Directors of residency programs
- ⋎ American Board of Medical Specialties
- ⋎ FSMB* (if applicant is to be permanently barred)
- ⋎ Interested parties

*Applicant may be identified as a Match violator in R3 System or barred from future Matches for one to three years, or permanently.*

*Applicant may be barred from Match-participating programs for one year.*

Reproduction is prohibited without written consent of the NRMP.

NRMP

National Resident Matching Program®

Reproduction is prohibited without written consent of the NRMP.

National Resident Matching Program®

NRMP®

# NRMP®

## Applicant Match History

You are currently working on: Test Residency Match

National Medical Center–Test Institution

Raja Sobale MD
Program Director
Agent ID: NU272334

**MY PROFILE**

Programs shall not disclose with an applicant or offer any potential problem unless the program has first
determined that the applicant is eligible for appointment. NRMP institutional officials and program
directors shall determine the applicant's eligibility by verifying the applicant's PGY-1, PGY-2, or citizenship
match status in the Applicant Match History. The Applicant Match History also will indicate whether an
applicant has a waiver or violation history. Applicant information is reflected permanently in the applicant
match history. Term limits of any sanction(s) are communicated to identify the length of time the sanction is in
effect.

**INSTITUTION AND PROGRAMS**

**APPLICANT MATCH HISTORY**

Note: The NRMP Match Participation Agreement prohibits a program from discussing or offering a
position to an applicant who is a committed-year position in another program. In addition, if an
applicant requests a waiver of the match commitment and the NRMP denies that request, the applicant is
expected to accept the matched position. If the NRMP denies an applicant's waiver request and the
applicant does not accept the matched position, the applicant may be barred from accepting a position in
another NRMP match-participating program if that program has a start date within one year from the date
of the applicant's submission. The applicant assumes the above information on a position in an NRMP
match-participating program that has a period of one year if he/she is found to have violated the Match
Participation Agreement. Any program that discusses or offers a position to that applicant to commence
training during the one-year period will be in violation of the Match Participation Agreement.

Click the following Search Applicant button to find the applicant you want to look up.

Search Applicant ▸

**MY REPORTS**

Applicant

Name:         Sally Marshall (12195923)

School:        National University School of Medicine (100)

History of Matches:

Main Residency Match 2009

Status        Matched Program             Matched Institution        Appointment Year

Matches      111311003   Emergency Medicine   National Med Ctr–GA   2009

Waiver
Statement:   The NRMP did not grant a waiver of the 2009 Main Residency Match commitment.

Sanction:    Ms. Marshall is barred from accepting a position in an NRMP match-participating program
             until 04/27/2010.

Waiver
Statement:   In the 2009 Main Residency Match, Sally Marshall M.D. matched to the Emergency Medicine
             program at National Med Ctr–GA. Per April 27, 2009, Dr. Marshall informed the NRMP that she
             would not honor her binding match commitment.

Sanction:    The NRMP has barred Dr. Marshall from accepting a position in an NRMP match-participating
             program until 05/27/2010, barred her from participation in future NRMP matches until
             05/27/2010, and has identified her as a match violator in the NRMP's Registration, Ranking,
             and Results (R3) System until 05/27/2010.

Directors | Agreement | Table | Contract Us | Update My Profile | Change My Password |
Medical Programs | Contract Medical Match | Institution | Site | Program | Match Information | Match Events |
Institution Information | School Information | Register New Users | User Groups | Match Information |
Admin Functions | My Reports

# NRMP Rule for U.S. Seniors

Sponsoring institutions that register any programs in the *Main Residency Match* agree to select senior students of U.S. allopathic medical schools for all of their programs <u>only</u> through the *Main Residency Match* or another national matching plan. In addition, programs participating in the *Main Residency Match* agree to select senior students of U.S. allopathic medical schools only through the *Main Residency Match*.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# All In Policy

Programs participating in the *Main Residency Match* must register and attempt to fill all positions through the *Main Residency Match* or another national matching program.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Final Considerations

- ∀ Do <u>not</u> wait until the last minute to enter your rank order list. The servers may be overloaded and very slow.

- ∀ Do not make last minute changes to your rank order list. Most such changes are not well thought out and applicants frequently regret the changes.

- ∀ No changes can be made to ROLs after 9:00 p.m. EASTERN time February 20, and only certified lists will be used in the Match.

- ∀ The NRMP will NOT enter a list, add, delete or move programs or in any way modify a rank order list.

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

# Summary

⋎ Prepare a rank order list worksheet with program codes in order of preference before entering them on the "My Rank Order List" screen.

⋎ Be sure to certify your rank order list.

⋎ Complete your list at least a week before the February 20 deadline.

⋎ Relax!

Reproduction is prohibited without written consent of the NRMP.



National Resident Matching Program®

Reproduction is prohibited without written consent of the NRMP.

# For more information visit:

www.nrmp.org

"Main Residency Match"



Like us on Facebook

www.facebook.com/TheNRMP



Follow us on Twitter

@TheNRMP



National Resident Matching Program®

Reproduction is prohibited without written consent of the NRMP.

# Questions?

## 202-400-2233 or
## 1-866-653-6767 (toll-free)

# Email: support@nrmp.org



National Resident Matching Program®