ABOUT    NEWS & ANNOUNCEMENTS    THE MATCH, A TO Z    CONTACT US    NRMPI



KEYWORD

RESIDENCY    FELLOWSHIP    HOW A MATCH WORKS    POLICIES    MATCH DATA

REGISTER /LOGIN FOR A MATCH

REGISTER /LOGIN HELP

## PROGRAMS: ABOUT RANK ORDER LISTS



After registering for a Match and completing interviews, program directors submit to the NRMP® a list of applicants, ranked in order of preference, whom they have interviewed and wish to train. At the same time, applicants submit to the NRMP® a list of programs, ranked in order of preference, where they wish to train. It is the final preferences of applicants and program directors, as expressed on their rank order lists (ROLs), that determines the Match outcome.

Learn

Programs: EMAIL THIS PAGE
Rank Order List

Programs: Certifying a Rank Order List

Residency Institution/Program Toolkit

Fellowship Institutions/Programs:
How a Match Works

Rank order lists for Matches conducted by the NRMP® are submitted electronically via the NRMP's secure, web-based **Registration, Ranking, and Results**® (R3®) system. To create and certify a rank order list, all Match participants must be registered for an NRMP® Match and have approved access to the R3® system.

Creating a ROL        Certifying a ROL



EXHIBIT 11

**ROL Deadline**

**Changes CANNOT be made after 9:00 p.m. Eastern Time on the day of the Rank Order List Deadline and only certified lists will be used in a Match.** The NRMP will not add, delete, or move applicants or in any way modify a rank order list at any time.

*Next:* Create a ROL

### RESOURCES

THE MATCH, A TO Z

MATCH CALENDARS

MATCH CHECKLISTS

FAQS

ESTABLISH A MATCH FOR YOUR SPECIALTY

R3 SYSTEM USER GUIDES

RELATED ORGANIZATIONS

### QUICK LINKS

RESIDENCY

FELLOWSHIP

MATCH FEES

MATCHING ALGORITHM

POLICIES

MATCH DATA

NEWS & ANNOUNCEMENTS

REGISTRATION: APPLICANTS

REGISTRATION: INSTITUTIONS, PROGRAMS, SCHOOLS

RANK ORDER LISTS: APPLICANTS

RANK ORDER LISTS: PROGRAMS

COUPLES

### CONTACT US

PHONE 866-653-NRMP

EMAIL US

### PRISM APP







© 2002-2016 NATIONAL RESIDENT MATCHING PROGRAM |
SITEMAP | COPYRIGHT NOTICE | PRIVACY POLICY | SOCIAL MEDIA POLICY

