| Examinee ID | Candidate ID |
|---|---|
| 8246344 | 52676356 |

Examinee | Bio | User Fields | Score | Event | MCQ Response | Essals
Encounter | Score | Missing Offsets |

| SP Checklist Submitted | Typed Note Started | Typed Note Submitted |
|---|---|---|
| 1/7/2013 10:22:21 AM | 1/7/2013 10:15:31 AM | 1/7/2013 10:26:40 AM |
| 1/7/2013 10:47:03 AM | 1/7/2013 10:42:41 AM | 1/7/2013 10:53:58 AM |
| 1/7/2013 11:11:37 AM | 1/7/2013 11:09:32 AM | 1/7/2013 11:20:41 AM |
| 1/7/2013 12:16:28 PM | 1/7/2013 12:08:19 PM | 1/7/2013 12:19:46 PM |
| 1/7/2013 12:41:42 PM | 1/7/2013 12:34:07 PM | 1/7/2013 12:46:30 PM |
| 1/7/2013 1:03:03 PM | 1/7/2013 1:02:23 PM | 1/7/2013 1:13:23 PM |
| 1/7/2013 1:36:26 PM | 1/7/2013 1:28:57 PM | 1/7/2013 1:40:18 PM |
| 1/7/2013 2:18:10 PM | | |

**From:** Kevin Balog
**Sent:** Monday, February 25, 2013 3:15 PM
**To:** Diane Convery; Gerry Dillon
**Cc:** Kimberly A. Swygert
**Subject:** N001591101

This IR should be under category Power Outage (could not be changed because Examinee IR's were attached)

At 17:10 of the Patient Note portion during Encounter 10, a power outage in the entire building occured for less than a second. This outage caused all TPN's to shut down in the exam hallway, exam rooms and video control for a brief second. An announcement was made by Hallway Proctor (Noemi Arenas) for all the examinees to get a patient note from the side of the TPN and continue writing where they left off. At the end of Encounter 10, the AOD made an announcement to the examinees and offered them an incident report to filled out at the end of the day. Seven Examinees chose to fill out an IR at the end of the exam.
AOD and MIS EUSS (Karin Hovsepyan ) checked CIA and at that time Patient Notes for that encounter were not able to be viewed. Examinees were able to type patient notes for the remaining encounters. The exam was delayed 15 minutes in between encounters 10 and 11.
Written by: Tamekia Bernard

During the 10th encounter all the lights flickered throughout the Center. I immediately went to the Hallway to find out if it affected the TPNs. When I got there the Examinees had started writing their PN on paper. There was an abrupt power outage which caused the TPNs to restart and according to App Development, (Sriram) no data was saved on the local TPNs. The Exam Room computers were not affected, and we were able to collect scores from the SPs. We manually ended the encounter and proceeded with the rest of the encounters with no issues.
Karin Hovsepyan

  a) Score As Is -- Doing nothing what happens?
    1. The examinee fails the ICE subcomponent.

  b) If examinee fails, what happens when given the highest/perfect score for the encounter would the P/F status change?
    1. When given the highest PN score for the 10th encounter, the examinee passes all subcomponents.

  c) If yes, then if the affected case(s) were dropped or eliminated, are there still 10 or more live cases? If yes, then does the examinee pass or fail on the remaining 10 or more live cases?
    1. After dropping the 10th encounter, there are 10 live encounters, and the examinee still fails the ICE subcomponent.

Incident and estimates are attached. Let me know if you have any questions.

Thanks,

Kevin



EXHIBIT
14

NBME 00071