

# CLARK & MITCHELL, P.C.

101 Park Avenue, Suite 210 • Oklahoma City, Oklahoma 73102

Telephone: 405.235.8488

Fax: 405.235.7979

www.clarkmitchell.com

Steven E. Clark
American College of Trial Lawyers-Fellow
American Board of Trial Advocates - Advocate
clark@clarkmitchell.com

Heather Johnson Mitchell, R.N., J.D.
heather@clarkmitchell.com

January 14, 2016

### Plaintiff's Initial Disclosures

*Via Facsimile:*
*Via U.S. Mail*
Jack S. Dawson
Amy L. Alden
MILLER DOLLARHIDE
210 Park Avenue, Suite 2550
Oklahoma City, OK 73102

    RE:     *Randy Blake Patterson v. National Board of Medical Examiners*
              *United States District Court, Western District Case No. CIV-15-1204*

Dear Counsel:

On behalf of Plaintiff, Randy Blake Patterson and pursuant to Rule 26(a)(1), please accept the following Initial Disclosures:

## I.     Individuals Likely to Have Discoverable Information:

| | |
|---|---|
| 1. Plaintiff, Randy Blake Patterson | Facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA and damages sustained by Plaintiff in his inability to complete Step 2 (CS) exam before July 1, 2013. |
| 2. Representative of Defendant. *(Unknown to Plaintiff at this time)* | |



EXHIBIT 18

| | |
|---|---|
| 3. Randy and Bonnie Patterson<br>Oklahoma City, OK | Parents of Plaintiff will testify as to facts and circumstances surrounding the January 7, 2013 Step 2 (CS) exam in Los Angeles, CA, and damages sustained by Plaintiff. |
| 4. Kevin Smith, DDS<br>Oklahoma City, OK | Dr. Smith will testify as to his knowledge of the facts and circumstances and damages. |
| 5. Economic loss expert witness. | Financial damages sustained by Plaintiff. |
| 6. Credentialing expert witness. | Facts concerning the credentialing process and placement of medical school graduates. |

## II.     Documents and Tangible Things in Plaintiff's Possession:

1. Application made by Plaintiff to take Step 2 (CS) examination.
2. Written notification made by Plaintiff of Incomplete Examination Record.
3. Incident Report dated March 22, 2013 from Defendant.
4. Telephone records made to Defendant (March and April, 2013)

## III.     Computation of Damages.

Plaintiff lost five (5) years of income as a residency-trained specialist, the cost of medical school tuition, interest on his loans, and the costs of re-training. A total calculation will be submitted. At this time Plaintiff believes these damages will be in excess of $2,000,000.

Respectfully Submitted,

CLARK & MITCHELL, P.C.

Steven E. Clark

SEC/rjs