# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## JOINT APPLICATION FOR ORDER SETTING STATUS CONFERENCE

COME NOW, the Parties, Plaintiff, Randy Blake Patterson and Defendant, National Board of Medical Examiners and jointly request the Court enter an Order for Status Conference to discuss a proposed settlement and agreement between the Parties. Additionally, the parties jointly request a stay of the deadlines, specifically including the time allotted Plaintiff by law to respond to Defendant's pending Motion for Summary Judgment until such Status Conference can be had. The Parties have consulted and are available on the following dates, should the Court be available: October 10, 2016; October 11, 2016 at 9:00 a.m.; October 21, 2016; or October 22, 2016.

WHEREFORE, premises considered, the Parties respectfully request the Court enter the Order attached as Exhibit A.

1

Respectfully Submitted,

/s/ Steven E. Clark_____
Steven E. Clark, OBA No. 1712
Heather Mitchell, OBA No. 14035
Katie L. Templeton, OBA No. 21553
CLARK & MITCHELL, P.C.
101 Park Avenue, Suite 210
Oklahoma City, OK 73102
405/235-8488
405/235-7979  (fax)
clark@clarkmitchell.com
heather@clarkmitchell.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On this 28th day of September, 2016, I electronically transmitted this document to the Clerk of the Federal Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack S. Dawson; jdawson@millerdollarhide.com
Amy L. Alden; aalden@millerdollarhide.com
Andrea R. Rust; arust@millerdollarhide.com
*Attorneys for Defendant*

/s/ Steven E. Clark_____