IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RANDY BLAKE PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. CIV-2015-1204-HE |
| (1) NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER comes on before this Court upon the Parties Joint Application for Status Conference. The Parties Application is hereby GRANTED, setting Status Conference for October _____, 2016, at _____. Additionally, upon Application, all deadlines are stayed pending Status Conference.

DATED: January \_\_\_\_, 2016.

_____
JOE HEATON, PRESIDING JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA