## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY BLAKE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-1204-HE |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The parties' joint motion for status conference [Doc. #74] is **GRANTED**. The conference will be held on **October 21, 2016, at 1:30 p.m.**, in Chambers. The current scheduling order is **STRICKEN**, to be reset if necessary.

**IT IS SO ORDERED**.

Dated this 4th day of October, 2016.

*[signature]*
JOE HEATON
CHIEF U.S. DISTRICT JUDGE