## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON,<br>　　　　　　　　Plaintiff,<br>vs.<br>THE NATIONAL BOARD OF MEDICAL EXAMINERS,<br>　　　　　　　　Defendant. | NO.  CIV-15-1204-HE |

### MINUTE SHEET OF PROCEEDINGS
☒ **CIVIL HEARING** — ☐ **CRIMINAL HEARING**

| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
|---|---|
| | Date proceedings held: 10/21/2016 @ 1:30 p.m. to 1:45 p.m.<br>Time in court: 15 minutes |

| Appearance for plaintiff(s):<br>Steven Clark, Esq., Katie Templeton, Esq., | Appearance for defendant(s):<br>Jack Dawson, Esq., |
|---|---|

**HEARING CONCLUDED**: ☒ Yes;  ☐ No;

**Type of Hearing held:**

☐ Motion Hearing;  ☐ Show Cause/Contempt Hearing;  ☐ *Daubert* Hearing;
☐ Pretrial Conference;  ☐ Docket Call;  ☐ Oral Arguments;  ☒ Status Conference;  ☐ Other;

**Hearing held on**: counsel for the parties present for status conference in chambers before Chief Judge Joe Heaton; the parties advise the court that defendant has filed a motion for summary judgment and the plaintiff does not intend on filing a response; the court to issue an order on summary judgment motion; court adjourned.

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☒ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☒ Other proceeding - Non-evidentiary; | ☐ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☒ **Oral arguments   only;** |

**Status of Proceedings** (Required if one of the above is selected):

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☒ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |

*Other specifics:*

*Rev.Minute.motion.2014*