# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY BLAKE PATTERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE NATIONAL BOARD OF MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. ) | NO.  CIV-15-1204-HE |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendant the National Board of Medical Examiners and against plaintiff Randy Blake Patterson.

**IT IS SO ORDERED**.

Dated this 7th day of November, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE